# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT COLUMBIA

STEPHEN MATTHEW HOPKINS AND
JULIE R. HOPKINS
   *Plaintiffs*

v.

ANTHONY "TONY" NICHOLS, *in his individual and official capacity*; *Sheriff* WILLIAM "BILLY" LAMB, *in his individual and official capacity*

CASE NO. 1:19-CV-0059
Judge Campbell
Mag. Judge Holmes

## FIRST AMENDED COMPLAINT

Come now the Plaintiffs, STEPHEN MATTHEW HOPKINS and JULIE R. HOPKINS represented by attorneys BRAZIL CLARK, PLLC, and for their complaint would show:

### PRELIMINARY STATEMENT

1. This is a complaint for relief pursuant to 42 U.S.C. §1983 for Unlawful Seizure in Violation of the Plaintiffs' rights under the Fourth Amendment; Violation of the Plaintiffs' Rights to Procedural Due Process pursuant to the Fourteenth Amendment to the United States Constitution; and Violation of the Fifth Amendment's Takings Clause; all made applicable to the states and those acting under color of state law by the Fourteenth Amendment to the United States Constitution.

### JURISDICTION

2. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3)-(4) because this civil action is brought for the redress of

Case 1:19-cv-00059  Document 28  Filed 03/30/20  Page 1 of 75 PageID #: 236

deprivations of constitutional rights as protected by 42 U.S.C. § 1983 and the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution.

## VENUE

3.   Venue is proper in this Court under 28 U.S.C. § 1391(b) because the parties reside in and all incidents, events, and occurrences giving rise to this action occurred in Marshall County, Tennessee.

## PARTIES

4.   Plaintiffs Matthew Hopkins and Julie Hopkins (hereinafter referred to as "Plaintiffs") are husband and wife who reside in Giles County, Tennessee, but at all times relevant herein, resided in Marshall County, Tennessee.

5.   Defendant Anthony Nichols, (hereinafter referred to as "Detective Nichols") is a detective with the Marshall County Sheriff's Department, and is a citizen and resident of Marshall County, Tennessee.  At all times relevant hereto, Mr. Nichols acted under color of law cloaked in the authority of state power derived from his status as a detective with the Marshall County Sheriff's Department. Defendant Nichols is sued in both his individual and official capacity.

6.   Defendant, William "Billy" Lamb (hereinafter referred to as "Sheriff Lamb") is the Sheriff of Marshall County, Tennessee, and a citizen and resident of Marshall County, Tennessee.  At all times relevant hereto, Sheriff Lamb acted under color of law cloaked in the authority of state power derived from

his status as the highest-ranking law enforcement officer for Marshall County. Defendant Lamb is sued in both his individual and official capacity.

## FACTS

**7.**    Mr. Hopkins and his wife purchased a farm in Marshall County, Tennessee, in or about April 2015, though they did not actually take possession until approximately August 2015.  The seller also sold his herd of approximately thirty (30) cattle.

**8.**    The Plaintiffs also maintained their own herd with approximately fourteen (14) cattle brought from their previous home with the intent of producing grass-fed beef on the farm.

**9.**    Prior to July 2, 2018, Detective Nichols claims to have received a complaint regarding animal mistreatment at the Hopkins' farm from another deputy.

**10.**    On or about July 2, 2018, Detective Nichols and Veterinarian Jill Johnson appeared unannounced at the Hopkins' residence, passing a "NO TRESPASSING" sign well in advance of arriving at the back door of the home. (*Exhibit 1*).

**11.**    Detective Nichols possessed no search warrant and there existed no exigent circumstance excusing the absence of a search warrant, when trespassing onto the Plaintiffs' property.

**12.**    Detective Nichols knocked on the back door to Mr. Hopkins' residence.

13.     Mr. Hopkins' wife, Julie Hopkins, who was in the process of feeding her children, opened the door, and was surprised to find the detective and veterinarian.

14.     The detective and veterinarian informed her of a dead cow on the property and demanded that Ms. Hopkins take them to inspect the cattle immediately.

15.     Ms. Hopkins asked to be allowed to finish feeding her children, or to wait until her husband returned home, but Detective Nichols denied both requests.

16.     Ms. Hopkins then contacted Mr. Hopkins on the phone and informed him that the police were demanding to be taken to the cattle.

17.     Mr. Hopkins instructed his wife to follow the officer's commands.

18.     Ms. Hopkins led Detective Nichols and Dr. Johnson to the herd, believing she had no other choice.

19.     Thirty (30) of the fifty-three (53) cattle on the Hopkins' farm were inherited at the time of the purchase of the farm, and from those thirty (30) cattle from the previous farmer's "old herd," approximately ten (10) of them had visible ribs and spines, which was likely the result of genetics and age. Some of the cattle also had pink eye (a common and temporary affliction). There was one very sickly, old cow (near the end of the cow's natural life expectancy). The remaining cattle were healthy.

20. On July 9, 2018, Detective Nichols spoke to Mr. Hopkins on Ms. Hopkins' telephone, and Mr. Hopkins informed Detective Nichols that there was one sickly, old cow and mentioned that it was not doing well.

21. Detective Nichols recommended that Mr. Hopkins call a company to properly dispose of the dead cow and to call a veterinarian to inspect the remaining herd.

22. Mr. Hopkins and his wife contacted the carcass removal company immediately and scheduled a veterinarian to come to inspect the herd as soon as possible.

23. The cattle had adequate grazing area, and neither Detective Nichols nor Veterinarian Jill Johnson inspected the entire property to examine the adequacy of pasture for the cattle.

24. The cattle comprising the "old herd" (purchased by the Plaintiffs from the previous landowner) had adequate water supply, including a spring-fed pond in one area and a creek in another, in addition to an automatic watering trough. The "new" herd had an automatic watering trough and adequate water supply.

25. Before the veterinarian contacted by Ms. Hopkins was able to visit the farm, Detective Nichols called Mr. Hopkins on July 5, 2018.

26. During the July 5, 2018 phone call, Detective Nichols complained about the fact that the cow carcass was not removed. Mr. Hopkins explained that the company failed to follow through after he requested the removal.

27. On July 9th, 2018, Detective Nichols drove through The Plaintiffs' property. Mr. Hopkins approached Detective Nichols' vehicle and said he did not appreciate Detective Nichols driving around on his property.

28. Detective Nichols stated that "this was an open investigation and I will come out here whenever I want. You better watch how you talk to me."

29. Detective Nichols then noticed that Mr. Hopkins had three cattle in a catch area and demanded to know why. Mr. Hopkins explained that he was taking them to sell at the Unionville Sale Barn.

30. This information sent Detective Nichols into a rage, and he threatened to arrest Mr. Hopkins on the spot for "violating [Nichols'] order."

31. Dumbfounded, Mr. Hopkins explained that the cattle were not malnourished, and the sale barn would report him if they were. Mr. Hopkins then asked what he could do to fix the problem.

32. Detective Nichols agreed that if Mr. Hopkins were to sell the all the "old" herd (the thirty or so cattle inherited from the previous farm owner), no further action would be taken against him. Mr. Hopkins asked Detective Nichols if he needed to complete the herd check considering that the "old" herd was going to be carried to the sale barn within the week, Detective Nichols said "No."

33. Detective Nichols recommended that Mr. Hopkins contact the auctioneer of the Unionville sale barn to get all the herd off to the sale barn. Detective Nichols provided the auctioneers cell phone number.

34. Mr. Hopkins attempted to call the auctioneer but was unable to make contact.

35. On or about July 11th, 2019, the sickly old cow (previously pointed out by Mr. Hopkins to Nichols) died.

36. Mr. Hopkins contacted Nichols and informed him of the occurrence then contacted the carcass removal company.

37. On July 12, 2018, Detective Nichols contacted Mr. Hopkins and informed him that "we are going out to your property, we just didn't want to scare your wife again." Mr. Hopkins replied, "Well, do what you have to do."

38. The Veterinarian, Jill Johnson, Detective Nichols of the Sheriff's department, and another unknown officer entered Mr. Hopkins' farm, without his consent and without a warrant.

39. At approximately 6:20 a.m. on July 13, 2018, Sheriff Lamb, Detective Nichols, and others arrived at the Plaintiffs' property and commenced the seizure of forty-nine (49) of the Plaintiffs' cattle.

40. Mr. Hopkins approached Detective Nichols and asked, "What did I do?" Detective Nichols responded, "You didn't follow my order, I can take 'em all." Detective Nichols explained that Mr. Hopkins would be charged a fee for the care and feeding of the cattle, or, if Mr. Hopkins did not wish to incur this fee, he could sign the animals over to Marshall County. Mr. Hopkins refused.

41. Sheriff Lamb arrived sometime after 7:00 a.m. and participated in the raid. The Sheriff's presence and participation in the raid demonstrates that this raid was in accordance with the Marshall County Sheriff's Office's policies, customs and practices.

42. Nichols and Lamb seized all livestock they could wrangle from the two separate herds (the "old" herd and the "new" herd) without a warrant.

43. The animals were not at large and posed no risk of escaping or causing a public nuisance.

44. No warrant was procured, and no exigent circumstance existed which would have excused the filing of a warrant.

45. No accurate evidence log was maintained, and no record was kept of precisely how many cattle were taken from Mr. Hopkins.

46. Detective Nichols had plenty of time to seek a warrant prior to the repeated entries and ultimate seizure of Mr. Hopkins' cattle, but in keeping with the policy, customs, and/or practices of Marshall County, disregarded the Fourth Amendment's warrant requirements while relying solely on a veterinarian's assertion of probable cause.

47. Following Plaintiff's numerous requests to learn the location where his cattle were being held, Detective Nichols informed Mr. Hopkins that Bo Jackson would be holding the cattle "until the issue was resolved," saying "I never get rid of evidence so they can't be sold."

48. State law provides the mandatory process due to Mr. Hopkins following the seizure of his cattle:

(a) Any property subject to forfeiture under this part may be seized by the attorney general, the attorney general's agents, or any law enforcement officer, when acting pursuant to a lawful arrest or search, the execution of a search warrant, a petition to abate a nuisance, or a court order. When property is seized under this part, it may be removed by the seizing agency or official to a place to secure the property, it may be preserved as evidence, it may be padlocked as ordered by a court of record, it may be secured by depositing in an interest bearing account as approved by a court of record or it may be secured as otherwise authorized by law regarding the maintenance, storage, or disposition of seized property.

(b) Upon seizure of property for forfeiture under this part, the seizing agency or official shall cause to be delivered a written receipt and notice of seizure to the possessor, owner and interest holder as determined from public records. The notice shall list and describe generally the property seized, the agency or official responsible for the seizure and shall state the procedure for obtaining return of the property. The seizing agency shall deliver a copy of the notice to the district attorney general of the judicial district where the seizing agency is located or of the judicial district where the seizure occurred.

(c) Upon the seizure of personal property for forfeiture, the seizing agency shall within five (5) working days, apply ex parte for a forfeiture warrant from a judge authorized to issue a search warrant. Upon a finding that probable cause for forfeiture exists, a forfeiture warrant shall issue. The warrant shall be based upon proof by affidavit that there is probable cause that the owner's interest in the seized property is subject to forfeiture. In the event a forfeiture warrant is not issued, then the property shall immediately be returned unless the property is to be retained for evidence in a criminal proceeding. No forfeiture action for personal property may be filed without the issuance of a forfeiture warrant.

(d) No claim need be filed by an interest holder and no interest holder may have interest forfeited without service of a complaint for forfeiture under this part.

T.C.A. § 39-11-707 (West)

49. T.C.A. § 39-11-707 governs the forfeiture of Plaintiffs' cattle. See *In re Tennessee Walking Horse Forfeiture Litigation* W2013–02804–COA–R3–CV, 2015 WL 1636704 (Tenn. Ct. App. Apr. 8, 2015).

50. Detective Nichols failed to obtain a forfeiture warrant within five days.

51. Five days from the seizure passed by July 18, 2018.

52. Because it had been more than five days since the seizure, state law mandated the return of the cattle to the plaintiffs. Tenn. Code Ann. § 39-11-707.

53. On July 19, 2018, six days after the seizure, detective Nichols swore to forty-nine criminal warrants for Animal Cruelty/Neglect/Abuse against Mr. Hopkins. (*Exhibit 2*).

54. Detective Nichols knew or should have known that there was no probable cause to charge Mr. Hopkins with each and every warrant.

55. Mr. Hopkins obtained an attorney, who requested that the District Attorney inform the Sheriff's department to stay off the Plaintiffs' property without a warrant.

56. On July 31, 2018, a full eighteen (18) days after the seizure, Detective Nichols procured the first of two search warrants for the Hopkins farm. He used this warrant to seize one black cow with a white face and one black calf with pink eye. (*Exhibit 3*).

57. On August 1, 2018, Detective Nichols obtained a second search warrant, which he used to seize yet another black cow with a white face and another calf. (*Exhibit 4*).

58. Mr. Hopkins was never criminally charged for the four cattle seized pursuant to the July 31, 2018, and August 1, 2018, search warrants, and no forfeiture proceedings were ever instituted against him for these cattle.

59. Detective Nichols knew or should have known that he provided false information in support of all these warrants, particularly when he claimed that many healthy animals were subject to cruelty and neglect within the meaning of the criminal code, and when he stated that the Plaintiffs disobeyed multiple orders from the veterinarian.

60. Due to the costs of upkeep, the cattle were sold during the pendency of the criminal proceedings.

61. The criminal cases were dismissed on the condition that Mr. Hopkins pay for the care and feeding of the cattle from the proceeds of the cattle's sale. The sale of the cattle did not cover the entire cost and Marshall County agreed to pay the remaining amount.

62. Detective Nichols and Sheriff Lamb have previously participated in other warrantless seizures of animals in Marshall County in violation of the Fourth Amendment rights of the citizens of Marshall County.

63. The Marshall County Sheriff's Department maintained a policy, practice, or custom with the force of official policy, by which law enforcement officers ignore the Fourth Amendment's warrant requirement as it applies to animal seizures.

64. The County's custom, during all times relevant to this lawsuit, permits its law enforcement officers to treat a veterinarian's statement of probable cause as if it were a judicial determination of probable cause, in violation of the Plaintiffs' protected constitutional rights.

65. The County's custom, during all times relevant to this lawsuit, permits its law enforcement officers to ignore the requirements of the T.C.A. § 39-11-701 *et seq.,* when effecting forfeitures of animals within Marshall County.

## FIRST CLAIM FOR RELIEF

### Violation of the Fifth and Fourteenth Amendment Right to Procedural Due Process
### (42 U.S.C. § 1983)

66. Plaintiffs repeat and re-allege all paragraphs above, as if fully set forth herein.

67. Tennessee law uses explicitly mandatory language and substantive predicates to protect citizens from deprivation of property without due process. *See* T.C.A. § 39-11-707.

68. Plaintiffs' right to the protections and procedures of the statutes governing forfeitures, T.C.A. § 39-11-701 *et seq.*.

69. Defendant's seizure of these cattle, with complete disregard for T.C.A. § 39-11-701, constitutes a violation of the Plaintiffs' right to notice and an opportunity to be heard pursuant to the Due Process clauses of the Fifth and Fourteenth Amendments.

70. In violation of T.C.A. § 39-11-707, Plaintiff received no written notice describing the property seized, the agency or official responsible for the seizure, or a statement of the process for obtaining return of the property.

71. Defendants did not obtain a forfeiture warrant within five working days of the seizure of the animals, as required by T.C.A. § 39-11-707.

72. In violation of T.C.A. § 39-11-707, Plaintiffs' property was not immediately returned to them upon Defendants' failure to obtain a forfeiture warrant.

73. Defendants Nichols and Defendant Lamb were bound by the mandatory requirements of the forfeiture statute but complied with none of its provisions.

74. This deprivation of Plaintiffs' rights thwarted the Plaintiffs' ability to access the cattle, have them inspected by an independent veterinarian, or otherwise act to preserve their rights to the cattle as both property and evidence.

75. The cattle were ultimately sold, and the massive financial debt for their care was forced onto the Plaintiffs by way of a conditional dismissal of Mr. Hopkins' criminal case, should they agree to payment of upkeep costs.

76. As a result of the Defendant's conduct, the Plaintiffs were deprived of fifty-three cattle without due process.

77. Both Plaintiffs were deprived of their constitutionally protected rights to the mandatory procedures set out by T.C.A. § 39-11-707.

78. By completely disregarding the mandatory forfeiture provisions and filing baseless criminal charges six days later, the Defendants violated the Plaintiffs' rights to procedural due process.

79. During the pendency of the proceedings, the Plaintiffs visited the farm in Lincoln County, Tennessee, where the cows were being held.

80. The conditions of the farm were visibly worse than the conditions back at the Hopkins farm.

81. Defendants acted under color of law when committing all acts alleged above.

82. Marshall County is liable for the actions above described, as it maintained a *de facto* policy or custom of disregarding mandatory state forfeiture statutes, Tenn. Code Ann. § 37-11-701 *et seq.*, when effecting forfeitures of animals within Marshall County.

83. Marshall County is liable for the actions above described, because the highest-level policymaker for County law enforcement – Sheriff William "Billy" Lamb – attended and participated in the taking of the Plaintiffs' cattle while disregarding the mandatory forfeiture statutes.

## SECOND CLAIM FOR RELIEF

### Violations of the Fourth Amendment – Unlawful Searches and Seizures (42 U.S.C. § 1983)

84. Plaintiffs repeat and re-allege all paragraphs above, as if fully set forth herein.

85. Searches conducted outside the judicial process, without prior approval by a judge or magistrate, are *per se* unreasonable under the Fourth Amendment, subject to only a few specific and well-defined exceptions.

86. Defendants entered Plaintiffs' property On July 13, 2018, and seized their cattle, absent a valid warrant issued by a judge or magistrate.

87. Plaintiffs kept their cattle in manner consistent with approved agricultural standards.

88. The condition in which Plaintiffs kept their cattle posed no imminent or ongoing danger to the health of the animals.

89. Defendants' delay in seizing the animals after inspecting them further indicates the lack of an imminent and ongoing danger to the health and safety of the animals.

90. Absent an imminent and ongoing danger to the animals' health, no exigent circumstance existed which would circumvent the need for a constitutionally required warrant.

91. Therefore, the seizure of Plaintiffs' cattle without a valid warrant was in violation of their Fourth Amendment rights.

92. Detective Nichols knew or should have known that entering onto Plaintiff's property past the "NO TRESPASSING" sign without a warrant constituted an unlawful search without any exception to the Fourth Amendment's warrant requirement. *(Exhibit 5)*.

93. Detective Nichols knew or should have known that demanding that Plaintiff Julie Hopkins take him to the herd, denying her the ability to wait until she fed her children or until her husband returned, was an unlawful search because he lacked any exception to the Fourth Amendment's warrant requirement.

94. Detective Nichols explicitly told Mr. Hopkins that he considered the Hopkins farm an "open investigation" which entitled him to come and go at will.

95. Detective Nichols knew or should have known that repeated entries onto the Plaintiff's property between July 2 and July 13, 2018, having received only obedience to prior unequivocal demands and unannounced entries, constituted an ongoing search, overbroad and without exception to the Fourth Amendment's warrant requirement.

96. When Detective Nichols ordered Plaintiff Matthew Hopkins *not* to sell the three healthy cows found in the catch area on July 9th, 2018, conveniently rendering the cows available for seizure four days later, he knew or should have known that this seizure violated the Plaintiffs' Fourth Amendment rights.

97. Detective Nichols knew or should have known that all of his actions were in violation of the Plaintiffs' Fourth Amendment rights.

98. Detective Nichols' and Sheriff Lamb's conduct was reckless and callously indifferent to the federally protected rights of the Plaintiffs.

99. The Marshall County Sheriff's Department maintained a custom, policy, or practice with the force of official policy whereby law enforcement officers conduct warrantless searches and seizures related to animals based solely upon a non-judicial determination of probable cause by a veterinarian.

100. Marshall County is liable for the actions above described, as it maintained a *de facto* policy or custom of seizing animals without regard for the Fourth Amendment's warrant requirements.

101. Marshall County is liable for the actions above described, because the highest-level policymaker for County law enforcement – Sheriff William "Billy" Lamb – attended and participated in the warrantless seizures of the Plaintiffs' cattle.

## THIRD CLAIM FOR RELIEF

### Violations of the Fifth Amendment's Takings Clause
### (42 U.S.C. § 1983)

102. Plaintiffs incorporate by reference all paragraphs above as if restated fully herein verbatim.

103. A government violates the Takings Clause of the Fifth Amendment to the United States Constitution when it takes property without compensation.

104. Each and every animal seized from the Hopkins farm constitutes a governmental taking without compensation, and Detective Nichols and Sheriff Lamb are liable for these takings.

105. Marshall County maintained a *de facto* policy or custom which condoned its law enforcement officers in taking animals from residents of Marshall County, including the Plaintiffs, without just compensation and without pre-deprivation process.

106. Marshall County is liable for the actions above described, because the highest-level policymaker for County law enforcement – Sheriff William "Billy" Lamb – attended and participated in the taking of the Plaintiffs' cattle while disregarding the Plaintiff's Fifth Amendment rights.

## DAMAGES

107. As a result of each and every of the Defendants' acts above alleged, Plaintiffs have suffered damages, including:

    a.     Emotional distress;

    b.     Deprivation of constitutional rights;

    c.     Deprivation of property;

    d.     Humiliation and damage to reputation;

    e.     Attorney's Fees;

    f.     Loss of enjoyment of life;

    g.     Loss of income;

108. Because Defendants Nichols' and Lambs' actions described above were reckless and callously indifferent to the federally protected rights of the Plaintiffs, punitive damages are appropriate.

WHEREFORE, Plaintiffs Stephen M. Hopkins and Julie R. Hopkins request:

I.      That a jury of 12 persons be empaneled to try this case;

II.     A declaratory judgment that Defendants' conduct violated Plaintiffs' protected constitutional rights;

III.    Nominal damages;

IV.     Compensatory damages;

V.      Punitive damages against Defendants Nichols and Lamb (individual capacities only)

VI.     Reasonable attorney's fees and litigation expenses;

VII.    Such other and general relief as the court deems just.

Respectfully submitted,

/s/ Wesley Clark
Frank R. Brazil, #34586
Wesley Clark, #32611
BRAZIL CLARK, PLLC
2901 Dobbs Ave.
Nashville, TN 37211
615-730-8619
615-514-9674 (fax)
wesley@brazilclark.com
frank@brazilclark.com

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on March 13, 2020, this document was electronically filed and is expected to be served upon:

Robyn Beale Williams, BPR #19736
FARRAR & BATES, LLP
211 Seventh Avenue North, Suite 500
Nashville, Tennessee 37219
Phone: (615) 254-3060
Fax: (615) 254-9835
robyn.williams@farrar-bates.com
*Counsel for All Defendants*


/s/ Wesley Clark
Wesley Clark



# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female        ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals    . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02, 2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #1 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals                    .

☑Arrest warrant shall issue        *Blanket* ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am    Bond Amount: $25,000    Attorney: _____
                                                        ☐Check if appointed

Officer/Sheriff: Det. Drew Buttry

Date Served: 7-24-18

Affiant's Signature: Tony Nichols
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
July 19, 20 18

Judge/Clerk/Judicial Commissioner
Lee Bussart,                Courtney Boatright
General Sessions Judge      Circuit Court Clerk

Witness: Dr Jill Johnson        Witness: _____
Address: Tenn. Dept of Agriculture    Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female        ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals , I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #2 a black with white face bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount: _____     Attorney: _____
                                                                     ☐Check if appointed

_Det. Drew Butler_                          7-24-18
Officer/Sheriff                              Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 2018
_Courtney Boatright /CCB_
Judge/Clerk/Judicial Commissioner
**Lee Bussart,**              **Courtney Boatright**
General Sessions Judge     Circuit Court Clerk

Witness: Dr Jill Johnson          Witness: _____
Address: Tenn. Dept of Agriculture     Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED          Case #: 18-CR-740
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED          Race: W
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED          ☐Female          ☑Male
REDACTED REDACTED REDACTED

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202  Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #3 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                          ☐Check if appointed

_Det. Drew Bartley_          7-24-18
Officer/Sheriff          Date Served

Affiant's Signature: _Tony Nichols_          Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                    _July 19_, 20_18_
Phone: 931-359-6122                    _Courtney Boatright CCIS_
                                      Judge/Clerk/Judicial Commissioner
                                      Lee Bussart,                Courtney Boatright
                                      General Sessions Judge      Circuit Court Clerk

Witness: Dr Jill Johnson          Witness:_____
Address: Tenn. Dept of Agriculture          Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202     Cruelty To Animals     . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #4 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals                    .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                    ☐Check if appointed

_Det. Drew Buckley_                    7-31-18
Officer/Sheriff                        Date Served

Affiant's Signature _Tony Nichols_          Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols               July 19, 2018
Phone: 931-359-6122                        _Courtney Boatright CJB_
                                          Judge/Clerk/Judicial Commissioner
                                          Lee Bussart,              Courtney Boatright
                                          General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson              Witness:_____
Address: Tenn. Dept of Agriculture    Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202     Cruelty To Animals     . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be In possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are Identified with ear tag #5 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals                      .

☐Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                            ☐Check if appointed

_Del. Drew Buttry_                    7-21-18
Officer/Sheriff                        Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 2018
_Courtney Boatright_
Judge/Clerk/Judicial Commissioner
Lee Bussart,                  Courtney Boatright
General Sessions Judge        Circuit Court Clerk

Witness: Dr Jill Johnson              Witness:_____
Address: Tenn. Dept of Agriculture    Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female        ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #6 a black with white face cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue            ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am    Bond Amount:_____    Attorney:_____
                                                         ☐Check if appointed

_Del. Drew Butler_                       7-24-18
Officer/Sheriff                          Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_ , 20_18_
_Courtney Boatright_ CCB
Judge/Clerk/Judicial Commissioner
Lee Bussart,                  Courtney Boatright
General Sessions Judge        Circuit Court Clerk

Witness: Dr Jill Johnson              Witness:_____
Address: Tenn. Dept of Agriculture   Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐ Female          ☑ Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had falled unreasonably to provide necessary food, water, care or shelter for. The cattle were selzed and cared for and are identified with ear tag #7 a black mid age bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                                    ☐ Check if appointed

*Del. Drew Butler*                          2-24-18
Officer/Sheriff                             Date Served

Affiant's Signature: *Tony Nichols*          Sworn to and Subscribed before me on
Name (Printed): Det Tony Nichols             *July 19* , 20 18
Phone: 931-359-6122                          *Courtney Boatright* /CB

                                             Judge/Clerk/Judicial Commissioner
                                             Lee Bussart,              Courtney Boatright
                                             General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                     Witness:_____
Address: Tenn. Dept of Agriculture           Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heerd of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #8 a black bull. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                              ☐Check if appointed

_Del. Drew Butly_____          _7-31-18_____
Officer/Sheriff                     Date Served

Affiant's Signature: _____          Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                     July 19         2018
Phone: 931-359-6022                         _Courtney Boatright_  CJB
                                            Judge/Clerk/Judicial Commissioner
                                            Lee Bussart,              Courtney Boatright
                                            General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                    Witness:_____
Address: Tenn. Dept of Agriculture          Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐ Female          ☑ Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #9 a black with white face cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                          ☐ Check if appointed

_Det. Drew Bukly_                         7-24-18
Officer/Sheriff                            Date Served

Affiant's Signature _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 20_18_
_Courtney Boatright_ CCB5
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge          Circuit Court Clerk

Witness: Dr Jill Johnson          Witness:_____
Address: Tenn. Dept of Agriculture     Address:_____

Legal Authority: TCA§§40-8-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals , I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #10 a black heifer. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☒Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18  @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                        ☐Check if appointed

_Det. Drew Buckley_                    7-24-18
Officer/Sheriff                        Date Served

Affiant's Signature: _Tony Nichols_              Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                _July 19, 2018_
Phone: 931-359-6122                              _Courtney Boatright / CB_
                                                 Judge/Clerk/Judicial Commissioner
                                                 Lee Bussart,              Courtney Boatright
                                                 General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                 Witness:_____
Address: Tenn. Dept of Agriculture       Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202     Cruelty To Animals     . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:
On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #11 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals                    .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                                          ☐Check if appointed

_____          7-24-18
Officer/Sheriff                            Date Served

Affiant's Signature: _____          Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols          _July 19_, 20_18_
Phone: 931-359-6122                        Courtney Boatright CB
                                           Judge/Clerk/Judicial Commissioner
                                           Lee Bussart,              Courtney Boatright
                                           General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                   Witness:_____
Address: Tenn. Dept of Agriculture         Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐ Female          ☑ Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202   Cruelty To Animals  . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identifed with ear tag #12 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals  .

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18   @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                                        ☐ Check if appointed

_Del. Drew Buttly_                          7-24-18
Officer/Sheriff                             Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols          Sworn to and Subscribed before me on
Phone: 931-359-6122                        _July 19_, 20_18_
                                           _Courtney Boatright_ TCPS
                                           Judge/Clerk/Judicial Commissioner
                                           **Lee Bussart,**          **Courtney Boatright**
                                           General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                   Witness:_____
Address: Tenn. Dept of Agriculture         Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202      Cruelty To Animals      . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:
On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #13 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals                    .

☑Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 7-31-18  @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                                    ☐Check if appointed

_Del. Drew Brittly_                          7-20-18
Officer/Sheriff                              Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July_ _19_ , 20 18
_Courtney Boatright_
Judge/Clerk/Judicial Commissioner
Lee Bussart,                  Courtney Boatright
General Sessions Judge        Circuit Court Clerk

Witness: Dr Jill Johnson                    Witness:_____
Address: Tenn. Dept of Agriculture          Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s); the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #14 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                                   ☐Check if appointed

_____                    _2-31-18_____
Officer/Sheriff                                            Date Served

Affiant's Signature _____          Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                  _July 19_____, 20 18
Phone: 931-359-6122                                      Courtney Boatright /CCB
                                                                  Judge/Clerk/Judicial Commissioner
                                                                  Lee Bussart,                    Courtney Boatright
                                                                  General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson                            Witness:_____
Address: Tenn. Dept of Agriculture            Address:_____
_____                     _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018    in Marshall County, Tennessee, Stephen Matthew Hopkins    committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals    . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #15 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals    .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 2-31-18 @ 9:00am          Bond Amount:            Attorney:
                                                                              ☐Check if appointed

_Del. Drew Batty_                          7-24-18
Officer/Sheriff                            Date Served

Affiant's Signature _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 2018
_Courtney Boatright_
Judge/Clerk/Judicial Commissioner
Lee Bussart,              Courtney Boatright
General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson
Address: Tenn. Dept of Agriculture

Witness:
Address:

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #16 a black with white face cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals                    .

☑Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                                          ☐Check if appointed

_Del. Drew Bentley_                              _7-24-18_
Officer/Sheriff                                          Date Served

Affiant's Signature: _Tony Nichols_                    Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                      _July 19_ , 20_18_
Phone: 931-359-6122                                    _Courtney Boatright CC/B._
                                                       Judge/Clerk/Judicial Commissioner
                                                       Lee Bussart,                Courtney Boatright
                                                       General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                              Witness:_____
Address: Tenn. Dept of Agriculture                   Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18 - CR - 740

Race: W

☐ Female          ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #17 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 2-, 71-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                                          ☐ Check if appointed

_Del. Drew Buty_                          7-24-18
Officer/Sheriff                              Date Served

Affiant's Signature: _____     Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols        _July 19_, 20_18_
Phone: 931-359-6122                       _Courtney Boatright_

                                          Judge/Clerk/Judicial Commissioner
                                          Lee Bussart,              Courtney Boatright
                                          General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                  Witness:_____
Address: Tenn. Dept of Agriculture        Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18- CR-740

Race: W

☐Female          ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 ___ in Marshall County, Tennessee, Stephen Matthew Hopkins ___ committed the offense(s) of violation(s) of T.C.A. § 39-14-202 ___ Cruelty To Animals ___. I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had falled unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #18 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals ___.

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount: ___          Attorney: ___
                                                                                                          ☐Check if appointed

_Del. Drew Buttry_                              _7-24-18_
Officer/Sheriff                                         Date Served

Affiant's Signature: ___
Name (Printed): Dpt. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_ , 2018
_Courtney Boatright_ /CMB
Judge/Clerk/Judicial Commissioner
**Lee Bussart,**          **Courtney Boatright**
General Sessions Judge          Circuit Court Clerk

Witness: Dr Jill Johnson          Witness: ___
Address: Tenn. Dept of Agriculture          Address: ___

Legal Authority: TCA§§40-8-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female     ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #19 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue        ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am    Bond Amount: _____    Attorney: _____
                                                         ☐Check if appointed

_____        7-31-18
Officer/Sheriff                  Date Served

Affiant's Signature: _____       Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols           July 19 , 20 18
Phone: 931-359-6122                   Courtney Boatright ___
                                      Judge/Clerk/Judicial Commissioner
                                      Lee Bussart,           Courtney Boatright
                                        General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                Witness: _____
Address: Tenn. Dept of Agriculture       Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about **July 02, 2018** in Marshall County, Tennessee, **Stephen Matthew Hopkins** committed the offense(s) of violation(s) of T.C.A. § **39-14-202**    **Cruelty To Animals**    . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #20 a black with white face heifer. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals                    .

☑Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 7-31-18  @ 9:00am        Bond Amount:_____        Attorney:_____
                                                                                                            ☐Check if appointed

_____                    7-24-18
Officer/Sheriff                                        Date Served

Affiant's Signature: _____            Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                    July 19 , 2018
Phone: 931-359-6122                                    Courtney Boatright
                                                            Judge/Clerk/Judicial Commissioner
                                                            Lee Bussart,                    Courtney Boatright
                                                            General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                            Witness:_____
Address: Tenn. Dept of Agriculture                Address:_____

Legal Authority: TCA§§40-6-203, 40-8-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018    in Marshall County, Tennessee, Stephen Matthew Hopkins          committed the offense(s) of violation(s) of T.C.A. § 39-14-202      Cruelty To Animals           . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #21 a black bull. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals           .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18   @ 9:00am       Bond Amount:_____        Attorney:_____
                                                                    ☐Check if appointed

_Det. Drew Batty_                          7-24-18
Officer/Sheriff                            Date Served

Affiant's Signature: _____        Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols            _July 19_, 20_18_
Phone: 931-359-6422                          _Courtney Boatright/CRB_
                                             Judge/Clerk/Judicial Commissioner
                                             Lee Bussart,            Courtney Boatright
                                             General Sessions Judge  Circuit Court Clerk

Witness: Dr Jill Johnson                    Witness:_____
Address: Tenn. Dept of Agriculture          Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐ Female          ☑ Male

AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #22 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑ Arrest warrant shall issue                    ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                                    ☐ Check if appointed

_Del Drew Batly_                              _7-24-18_
Officer/Sheriff                                 Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 2018
_Courtney Boatright_ CCB
Judge/Clerk/Judicial Commissioner
**Lee Bussart,**                    **Courtney Boatright**
General Sessions Judge        Circuit Court Clerk

Witness: Dr Jill Johnson                     Witness:_____
Address: Tenn. Dept of Agriculture           Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female      ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Mathew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #23 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                              ☐Check if appointed

_Del. Drew Bottly_          7-24-18
Officer/Sheriff          Date Served

Affiant's Signature: _Tony Nichols_          Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols          _July 19_, 2018
Phone: 931-359-8122          _Courtney Boatright CJB_
                                   Judge/Clerk/Judicial Commissioner
                                   Lee Bussart,                    Courtney Boatright
                                   General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson          Witness:_____
Address: Tenn. Dept of Agriculture          Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female            ☑Male

AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:
On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #24 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue            ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am        Bond Amount:_____        Attorney:_____
                                                                          ☐Check if appointed

_Del. Drew Basht_____            _7-31-18_____
Officer/Sheriff                        Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_____, 2018
_Courtney Boatright_ /oʃB
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge          Circuit Court Clerk

Witness: Dr Jill Johnson                Witness:_____
Address: Tenn. Dept of Agriculture      Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202     Cruelty To Animals     . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02, 2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #25 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals                    .

☑Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                                              ☐Check if appointed

_Del Dnis Butly_                              7-24-18
Officer/Sheriff                                 Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 20 18
_Courtney Boatright CMS_
Judge/Clerk/Judicial Commissioner
**Lee Bussart,**              **Courtney Boatright**
General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                    Witness:_____
Address: Tenn. Dept of Agriculture         Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female    ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202  Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #26 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18  @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                                                  ☐Check if appointed

_Det. Drew Batty_                          7-24-18
Officer/Sheriff                              Date Served

Affiant's Signature: Tony Nichols
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_  20 18
_Courtney Boatright /CJB_
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge     Circuit Court Clerk

Witness: Dr Jill Johnson                    Witness:_____
Address: Tenn. Dept of Agriculture     Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18- CR-740

Race: W

☐ Female          ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #27 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-202

Cruelty To Animals .

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                  ☐ Check if appointed

Del. Dean Buthly                         7-24-18
Officer/Sheriff                            Date Served

Affiant's Signature: Tony Nichols          Sworn to and Subscribed before me on
Name (Printed): Det Tony Nichols           July 19 , 20 18
Phone: 931-359-6122                        Courtney Boatright cpb
                                            Judge/Clerk/Judicial Commissioner
                                            Lee Bussart,              Courtney Boatright
                                            General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson              Witness:_____
Address: Tenn. Dept of Agriculture    Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐ Female      ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #28 a large black steer. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                          ☐ Check if appointed

Det. Drew Batty
Officer/Sheriff

7-24-18
Date Served

Affiant's Signature: Tony Nichols
Name (Printed): Det. Teny Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
July 19 , 2018
Courtney Boatright
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge          Circuit Court Clerk

Witness: Dr Jill Johnson
Address: Tenn. Dept of Agriculture

Witness:_____
Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals    . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #29 black middle age bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals          .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18  @ 9:00am      Bond Amount:_____      Attorney:_____
                                                                    ☐Check if appointed

_Del Drew Butty_
Officer/Sheriff

_7-24-18_
Date Served

Affiant's Signature _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to, and Subscribed before me on
_Courtney_ , 2018
_Courtney Boatright Ic/B_
Judge/Clerk/Judicial Commissioner
Lee Bussart,              Courtney Boatright
General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson
Address: Tenn. Dept of Agriculture

Witness:_____
Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #30 black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                                   ☐Check if appointed

_____                    7-24-18
Officer/Sheriff                                         Date Served

Affiant's Signature: _____
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_____ 19 _____ 20 18
_____
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge     Circuit Court Clerk

Witness: Dr Jill Johnson          Witness: _____
Address: Tenn. Dept of Agriculture     Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202      Cruelty To Animals        . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be.In possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are Identified with ear tag #31 black with white face heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals                    .

☑Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 7-31-18  @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                                              ☐Check if appointed

_Det. Drew Batity_                              7-24-18
Officer/Sheriff                                    Date Served

Affiant's Signature _____                    Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                  _July 19_, 20 _18_
Phone: 931-359-6122                                _Courtney Boatright_ ICB
                                                    Judge/Clerk/Judicial Commissioner
                                                    Lee Bussart,              Courtney Boatright
                                                    General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                          Witness: _____
Address: Tenn. Dept of Agriculture                Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female    ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #32 black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue                     ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                          ☐Check if appointed

_Det. Drew Butler_                              7-31-18
Officer/Sheriff                                 Date Served

Affiant's Signature _Tony Nichols_
Name (Printed): Det. Tony Nichols               Sworn to and Subscribed before me on
Phone: 931-359-6122                             _July 19_, 20 18
                                                _Courtney Boatright_ CB
                                                Judge/Clerk/Judicial Commissioner
                                                Lee Bussart,            Courtney Boatright
                                                General Sessions Judge  Circuit Court Clerk

Witness: Dr Jill Johnson                        Witness:_____
Address: Tenn. Dept of Agriculture              Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #33 red bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-91-18 @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                                        ☐Check if appointed

_Det. Drew Battey_                        7-24-18
Officer/Sheriff                           Date Served

Affiant's Signature: _____          Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols            July 19 , 20 18
Phone: 931-359-6122                          Courtney Boatright  CJB
                                             Judge/Clerk/Judicial Commissioner
                                             Lee Bussart,          Courtney Boatright
                                             General Sessions Judge  Circuit Court Clerk

Witness: Dr Jill Johnson                     Witness:_____
Address: Tenn. Dept of Agriculture           Address:_____
_____                     _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #34 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202
Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am      Bond Amount:_____      Attorney:_____
                                                                   ☐Check if appointed

_Deb Drew Butler_                          _7-21-18_
Officer/Sheriff                            Date Served

Affiant's Signature:_____            Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols          _July 19_ , 2018
Phone: 931-359-6122                        _Courtney Boatright_
                                           Judge/Clerk/Judicial Commissioner
                                           **Lee Bussart,**        **Courtney Boatright**
                                           General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson                   Witness:_____
Address: Tenn. Dept of Agriculture         Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female        ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #35 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue              ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am      Bond Amount: ____        Attorney: ____
                                                                                                      ☐Check if appointed

_Del. Drew Brutly_                                   7-24-18
Officer/Sheriff                                          Date Served

Affiant's Signature: _Tony Nichols_            Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                 _July 19_ , 2018
Phone: 931-359-6122                                  _Courtney Boatright CB_
                                                               Judge/Clerk/Judicial Commissioner
                                                               Lee Bussart,                Courtney Boatright
                                                               General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson                              Witness: ____
Address: Tenn. Dept of Agriculture              Address: ____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #36 a black with white face heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 Cruelty To Animals .

☐Arrest warrant shall issue               ☐Criminal summons shall issue

Court Date: 2-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                                        ☐Check if appointed

_Del. Drew Butler_                    2-24-18
Officer/Sheriff                         Date Served

Affiant's Signature: _____
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 20 18
_Courtney Boatright_ /cb
Judge/Clerk/Judicial Commissioner
Lee Bussart,                Courtney Boatright
General Sessions Judge      Circuit Court Clerk

Witness: Dr Jill Johnson               Witness:_____
Address: Tenn. Dept of Agriculture     Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18 - CR - 740

Race: W

☐Female            ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #37 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202
Cruelty To Animals .

☑Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am        Bond Amount:_____        Attorney:_____
                                                                                                      ☐Check if appointed

_Deh Drew Butty_                                          _7-31-18_
Officer/Sheriff                                               Date Served

Affiant's Signature: _____                    Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                _July 19_ , 20 18
Phone: 931-359-6422                                    _Courtney Boatright_
                                                                 Judge/Clerk/Judicial Commissioner
                                                                 Lee Bussart,                Courtney Boatright
                                                                 General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson                              Witness:_____
Address: Tenn. Dept of Agriculture              Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-1740

Race: W

☐Female     ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals    . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02, 2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #38 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals                                   .

☑Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____

_Det. Drew Bartley_                                              ☐Check if appointed
Officer/Sheriff

7-24-18
Date Served

Affiant's Signature: _____
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 20_18_
_Courtney Boatright / C/B_
Judge/Clerk/Judicial Commissioner
**Lee Bussart,**              **Courtney Boatright**
General Sessions Judge     Circuit Court Clerk

Witness: Dr Jill Johnson
Address: Tenn. Dept of Agriculture
_____

Witness: _____
Address: _____
_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female    ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 ___ in Marshall County, Tennessee, Stephen Matthew Hopkins ___ committed the offense(s) of violation(s) of T.C.A. § 39-14-202 ___ Cruelty To Animals ___. I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #39 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202
Cruelty To Animals ___.

☐Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 2-31-18 @ 9:00am     Bond Amount: ___          Attorney: ___
                                                                                ☐Check if appointed

_Del. Drew Butler_                          7-24-18
Officer/Sheriff                              Date Served

Affiant's Signature: ___
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_ 20_18_
_Courtney Boatright_ RPB
Judge/Clerk/Judicial Commissioner
Lee Bussart              Courtney Boatright
General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson                     Witness: ___
Address: Tenn. Dept of Agriculture           Address: ___

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female        ☑Male

AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals    . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #40 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals                    .

☑Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 2-31-18 @ 9:00am    Bond Amount:_____    Attorney:_____
                                                                                    ☐Check if appointed

_Del. Drew Buckley_                        _7-24-18_
Officer/Sheriff                            Date Served

Affiant's Signature: _____
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 20 18
_Courtney Boatright_ /CMB
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge        Circuit Court Clerk

Witness: Dr Jill Johnson                Witness:_____
Address: Tenn. Dept of Agriculture      Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-1740

Race: W

☐Female          ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #41 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                    ☐Check if appointed

_Del. Deew Brutity_                           7-24-18
Officer/Sheriff                                Date Served

Affiant's Signature: _____
Name (Printed): Dpt. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_Chily 19_ ,20 18
_Courthey Boatright_ TdMS
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge          Circuit Court Clerk

Witness: Dr Jill Johnson                   Witness:_____
Address: Tenn. Dept of Agriculture         Address:_____
_____                   _____

Legal Authority: TCA§§40-6-203, 40-8-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #42 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☒Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 2-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                    ☐Check if appointed

_Del. Drew Battly_                      _2-21-18_
Officer/Sheriff                         Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 20 18
_Courtney Boatright_ /CB
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge          Circuit Court Clerk

Witness: Dr Jill Johnson              Witness:_____
Address: Tenn. Dept of Agriculture    Address:_____
_____                             _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 ___ in Marshall County, Tennessee, Stephen Matthew Hopkins _____ committed the offense(s) of violation(s) of T.C.A. § 39-14-202 _____ Cruelty To Animals _____. I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #43 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 ____

Cruelty To Animals _____.

☑Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                                                      ☐Check if appointed

Del. Drew Butler                                        7-24-18
Officer/Sheriff                                            Date Served

Affiant's Signature: _____          Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols          July 19          20 18
Phone: 931-359-6122                              Courtney Boatright CH
                                                            Judge/Clerk/Judicial Commissioner
                                                            Lee Bussart,                    Courtney Boatright
                                                            General Sessions Judge      Circuit Court Clerk

Witness: Dr Jill Johnson                          Witness:_____
Address: Tenn. Dept of Agriculture          Address:_____

Legal Authority: TCA§§40-6-203, 40-8-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins _____

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18- CR-740

Race: W _____

☐Female       ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 ____ in Marshall County, Tennessee, Stephen Matthew Hopkins _____ committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals _____ . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:
On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #44 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 ____

Cruelty To Animals _____ .

☑Arrest warrant shall issue                 ☐Criminal summons shall issue

Court Date: 7-31-18  @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                        ☐Check if appointed

_Deb Drew Butler_                                _7-24-18_
Officer/Sheriff                                    Date Served

Affiant's Signature _Tony Nichols_
Name (Printed): Det Tony Nichols                Sworn to and Subscribed before me on
Phone: 931-359-6122                             _July 19_ , 20 18
                                                _Courtney Boatright_ KB
                                                Judge/Clerk/Judicial Commissioner
                                                Lee Bussart,              Courtney Boatright
                                                General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                        Witness:_____
Address: Tenn. Dept of Agriculture              Address:_____
_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 ___ in Marshall County, Tennessee, _Stephen Matthew Hopkins_ committed the offense(s) of violation(s) of T.C.A. § 39-14-202 _____ Cruelty To Animals _____ . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #45 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals _____ .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 ___ @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                    ☐Check if appointed

_Del. Drew Authly_                        _7-24-18_
Officer/Sheriff                          Date Served

Affiant's Signature: _____
Name (Printed): Det Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_____ , 20_18_
_Courtney Boatright_
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge          Circuit Court Clerk

Witness: Dr Jill Johnson                 Witness:_____
Address: Tenn. Dept of Agriculture       Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018    in Marshall County, Tennessee, _Stephen Matthew Hopkins_ committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals    . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #46 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202    Cruelty To Animals    .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18   @ 9:00am        Bond Amount:_____        Attorney:_____
                                                                   ☐Check if appointed

_Del. Drew Butler_                        _7-24-18_
Officer/Sheriff                          Date Served

Affiant's Signature: _Tony Nichols_              Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                _July 19_    20_18_
Phone: 931-359-6122                              _Courtney Boatright_ CB

                                                 Judge/Clerk/Judicial Commissioner
                                                 Lee Bussart,              Courtney Boatright
                                                 General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                         Witness:_____
Address: Tenn. Dept of Agriculture              Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #47 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                                       ☐Check if appointed

_Det. Drew Bartley_                          _7-24-18_
Officer/Sheriff                                   Date Served

Affiant's Signature: _____           Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols            July 19 , 20 18
Phone: 931-359-6122                          _Courtney Boatright_ c/rb
                                             Judge/Clerk/Judicial Commissioner
                                             Lee Bussart,              Courtney Boatright
                                             General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson              Witness:_____
Address: Tenn. Dept of Agriculture   Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18 - CR - 740

Race: W

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals                . I further state under oath that the essential facts

constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:
On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #48 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals                .

☑Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                                    ☐Check if appointed

_____                    7-24-18
Officer/Sheriff                                        Date Served

Affiant's Signature_____          Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols               _____ 20__
Phone: 931-359-6122

                                                    Judge/Clerk/Judicial Commissioner
                                                    Lee Bussart,                Courtney Boatright
                                                    General Sessions Judge      Circuit Court Clerk

Witness: Dr Jill Johnson                          Witness:_____
Address: Tenn. Dept of Agriculture               Address:_____

Legal Authority: TCA§§40-6-203, 40-8-204, TRCRP 3

State of Tennessee vs. Stephen Matthew Hopkins

REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED
REDACTED REDACTED REDACTED

Case #: 18-CR-740

Race: W

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #49 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                                    ☐Check if appointed

_Del. Drew Butly_                         7-24-18
Officer/Sheriff                              Date Served

Affiant's Signature _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_Chrity 19_ , 20_18_
_Courtney Boatright 1918_
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge      Circuit Court Clerk

Witness: Dr Jill Johnson               Witness:_____
Address: Tenn. Dept of Agriculture     Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# SEARCH WARRANT

**COUNTY OF MARSHALL**
**STATE OF TENNESSEE**

**TO ANY PEACE OFFICER WITHIN OR OF SAID COUNTY:**

Proof by Affidavit having been made before me by Detective Tony Nichols and said affidavit being incorporated by reference into this warrant that there is probable cause to believe that certain evidence of a crime, to wit: violations of state laws as set forth in **TCA Sections, 39-14-202 Cruelty to Animals** will be located on the premises of    REDACTED    located in Marshall County Tennessee and the evidence to be searched for is as follows:

**Cows and or Calves**

**YOU ARE HEREBY COMMANDED** to make an immediate search of the property located at 3706 Mealer Road in Marshall County Tennessee to include, pasture, and any outbuildings and or barns, or any other place where cattle and or calves may be located.

Witnessed my hand and issued in triplicate form this 31st day of July, 2018, and delivered to Detective Tony Nichols on this 31st day of July 2018 at 2:40 AM/PM.

_Lee Bussart_

**General Sessions Judge, Marshall County, Tennessee**

**OFFICER'S RETURN AND INVENTORY OF PROPERTY SEIZED**

The attached warrant came to hand as issued, and was executed on this _____1_____ day of _____August_____, _____2018_____, by searching the person(s) and property herein described and taking there from the following evidence which was seized:

1 Black cow with White Face
1 Black calf with Pink Eye

Left a MOMMA cow - Black Cow with White face: Because we were unable to catch her calf.

_____
Detective, Agent, Deputy or Officer Executing Warrant

## JUDGEMENT ON SEARCH WARRANT

Due and proper return having been made of the warrant, the property seized as described in the said return shall be retained, subject to the orders of the _____Court of _____County, and the attached warrant, affidavit, and return shall be filed in the office of the Clerk of said Court.

This_____day of _____, 2018.

_____
Judge of the Court

# SEARCH WARRANT
## COUNTY OF MARSHALL
## STATE OF TENNESSEE

**TO ANY PEACE OFFICER WITHIN OR OF SAID COUNTY:**

Proof by Affidavit having been made before me by Detective Tony Nichols and said affidavit being incorporated by reference into this warrant that there is probable cause to believe that certain evidence of a crime, to wit: violations of state laws as set forth in **TCA Sections, 39-14-202 Cruelty to Animals** will be located on the premises of <span style="color:red">REDACTED</span> located in Marshall County Tennessee and the evidence to be searched for is as follows:

**Cows and or Calves**

**YOU ARE HEREBY COMMANDED** to make an immediate search of the property located at 3706 Mealer Road in Marshall County Tennessee to include, pasture, and any outbuildings and or barns, or any other place where cattle and or calves may be located.

Witnessed my hand and issued in triplicate form this _1st_ day of _Aug._, 2018, and delivered to Detective Tony Nichols on this _1st_ day of _August_ 2018 at _8:45_ AM / PM.

_Lee Bussart_

**General Sessions Judge, Marshall County, Tennessee**

# OFFICER'S RETURN AND INVENTORY OF PROPERTY SEIZED

The attached warrant came to hand as issued, and was executed on this _2nd_ day of _August_ , _2018_ , by searching the person(s) and property herein described and taking there from the following evidence which was seized:

_black with white face cow_
_black calve_

_[signature] Det. Drew Buhl_
Detective, Agent, Deputy or Officer Executing Warrant

## JUDGEMENT ON SEARCH WARRANT

Due and proper return having been made of the warrant, the property seized as described in the said return shall be retained, subject to the orders of the _____ Court of _____ County, and the attached warrant, affidavit, and return shall be filed in the office of the Clerk of said Court.

This_____ day of _____, 2018.

_____
Judge of the Court

