1          IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF TENNESSEE
2                    AT COLUMBIA

3    _____

     STEPHEN MATTHEW HOPKINS and
4    JULIE R. HOPKINS,

5                Plaintiffs,

6    vs.                     Case No. 1:19-CV-00059

7    ANTHONY "TONY" NICHOLS, in his
     individual and official capacity,
8    SHERIFF WILLIAM "BILLY" LAMB,
     in his individual and official capacity,
9
                Defendants.
10   _____

11

12

13

14

15             Deposition of:

16             JERRY JACKSON

17             Taken on behalf of the
               Plaintiff
18             June 30, 2020

19

20

21

22   _____

23             Elite Reporting Services
               www.elitereportingservices.com
24       April C. Howard, LCR, Associate Reporter
                   P.O. Box 292382
25           Nashville, Tennessee 37229
                   (615)595-0073

Elite Reporting Services * (615)595-0073
www.EliteReportingServices.com
Case 1:19-cv-00059 Document 40-5 Filed 10/28/20 Page 1 of 25 PageID #: 433

| | | |
|---|---|---|
| 1 | evening he asked if I could come help get up what | 11:43:16 |
| 2 | they couldn't get up and take them and feed them -- | 11:43:17 |
| 3 | he said roughly 30 to 45 days, which it turned out | 11:43:17 |
| 4 | being a lot longer than that. So that was my | 11:43:19 |
| 5 | involvement there. How he contacted me, I mean, I | 11:43:20 |
| 6 | am involved in several argri (phonetic) | 11:43:21 |
| 7 | organizations in the county. I am on the farm | 11:43:22 |
| 8 | bureau board and I'm president of the farmers co-op | 11:43:23 |
| 9 | board, and I'm president of the Marshall County | 11:43:23 |
| 10 | Livestock Association, so, I guess, my name would | 11:43:23 |
| 11 | kind of be out there in the county. | 11:43:24 |
| 12 | Q. That makes sense. So you know a thing or two | 11:43:25 |
| 13 | about cattle? | 11:43:26 |
| 14 | A. Well, I try to, and that's what I enjoy | 11:43:26 |
| 15 | doing. And I got to UT Martin and got a degree in | 11:43:28 |
| 16 | agriculture and came back to the farm. And my dad | 11:43:28 |
| 17 | he's farmed all his life, and we both knew we | 11:43:28 |
| 18 | couldn't make it on the same farm, you know, so I | 11:43:29 |
| 19 | took an off-the-farm job for -- I went back to | 11:43:29 |
| 20 | radiology school, which doesn't really cross paths, | 11:43:30 |
| 21 | but my mom's a nurse, so she said, Well, you know, | 11:43:30 |
| 22 | you can always get a job in the medical field, so I | 11:43:31 |
| 23 | did that for about three years full time and then | 11:43:32 |
| 24 | went to part time and was part time farming and | 11:43:32 |
| 25 | burning the candles at both ends. | 11:43:33 |

| | | |
|---|---|---|
| 1 | Q.    Sure. | 11:43:34 |
| 2 | A.    I said I'm going to do one or the other.  I | 11:43:34 |
| 3. | said, if I can't farm and make it, then I'm going to | 11:43:34 |
| 4 | go back to a hospital, but I said I'm going to try | 11:43:35 |
| 5 | it, so that's what I have done ever since. | 11:43:36 |
| 6 | Q.    Well, very good. | 11:43:37 |
| 7 | So what I'm hearing is that Tony Nichols | 11:43:37 |
| 8 | contacted you and inquired about if you had room | 11:43:38 |
| 9 | for 30 or 45 days if he seized them, 50 head of | 11:43:39 |
| 10 | cattle.  And you said that you had a pen at the | 11:43:41 |
| 11 | time that was empty or was it two? | 11:43:42 |
| 12 | A.    Well, I had a couple of pens.  I call them | 11:43:43 |
| 13 | pens.  I've got some pens that are 10 acres to 30, | 11:43:43 |
| 14 | to, you know -- because everything that I feed at | 11:43:44 |
| 15 | that place -- I mean, they get what I feed them. | 11:43:44 |
| 16 | You know, it's not necessarily -- I didn't have room | 11:43:45 |
| 17 | to turn 50 cattle out in a wide open 200 acres of | 11:43:46 |
| 18 | grass pasture.  I mean, I just don't need that | 11:43:46 |
| 19 | sitting around, you know.  And the cow that I raise | 11:43:46 |
| 20 | calves on, I have one group that I feed them three | 11:43:47 |
| 21 | or four times a week year around, just because | 11:43:48 |
| 22 | they -- they are not on enough acres to take care of | 11:43:48 |
| 23 | them just by itself, you know. | 11:43:50 |
| 24 | Q.    What kind of acreage do you have altogether? | 11:43:50 |
| 25 | A.    Rented and owned land, which they are hay | 11:43:51 |

Case 1:19-cv-00059 Document 40-5 Filed 10/28/20 Page 3 of 25 PageID #: 435
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | what you know. | 11:44:19 |
| 2 | A.    Well, you know, there were a variety of them, | 11:44:19 |
| 3 | and there were a handful.  When I say "handful", you | 11:44:20 |
| 4 | know, there were 10 percent or so that looked like | 11:44:20 |
| 5 | their lives were on the line, you know, 10 to 15 | 11:44:20 |
| 6 | percent -- they didn't need to stub their toe.  I | 11:44:20 |
| 7 | mean, they didn't have any energy to spare, and they | 11:44:22 |
| 8 | were just -- had a rough hair coat, eyes didn't | 11:44:23 |
| 9 | really look that good. | 11:44:24 |
| 10 | Q.    Okay. | 11:44:24 |
| 11 | A.    And as far as the pink eyes, there were two | 11:44:24 |
| 12 | herds of them -- and which I only got to see them as | 11:44:25 |
| 13 | two herds, the morning -- that Friday morning, | 11:44:26 |
| 14 | because I had never been up there, and that Friday | 11:44:27 |
| 15 | morning, they gathered them together, you know, they | 11:44:28 |
| 16 | were meshed together. | 11:44:29 |
| 17 | Q.    So you joined -- | 11:44:30 |
| 18 | A.    So when they came to my house, they were one | 11:44:30 |
| 19 | group of cattle.  And I could physically look at | 11:44:31 |
| 20 | them and tell, you know, that one was definitely in | 11:44:32 |
| 21 | the better end of them and that one is in the bottom | 11:44:33 |
| 22 | end of them. | 11:44:34 |
| 23 | Q.    Now, when you reference "that Friday | 11:44:35 |
| 24 | morning", what date are you talking about? | 11:44:35 |
| 25 | A.    The 13th, the day they came to my house.  I | 11:44:36 |

| | |
|---|---|
| 1 | Q.    And is it a pretty common occurrence for | 11:46:02 |
| 2 | cattle to die, you know, on a farm?  You are going | 11:46:06 |
| 3 | to have dead cattle? | 11:46:10 |
| 4 | A.    Yes.  If we buy cattle and we don't know the | 11:46:12 |
| 5 | background of, and they've been through a sale barn | 11:46:20 |
| 6 | and don't know if they have been vaccinated, you | 11:46:20 |
| 7 | know, depending on the time of year, you can expect | 11:46:23 |
| 8 | a few to -- 5 percent -- if the weather is changing | 11:46:23 |
| 9 | in the fall, you can expect around a 5-percent death | 11:46:30 |
| 10 | loss in what you bring in.  Even if you vaccinate | 11:46:35 |
| 11 | them and all when they get there, they are exposed | 11:46:41 |
| 12 | to each other, co-mingled, and are going to come | 11:46:43 |
| 13 | across viruses that they have never seen before and | 11:46:48 |
| 14 | that's just the nature of the business. | 11:46:52 |
| 15 | Q.    So even under the best of circumstances, you | 11:46:52 |
| 16 | account for a pretty good loss? | 11:46:56 |
| 17 | A.    We try to keep it under 2 percent.  Now, | 11:46:59 |
| 18 | sometimes it will get above that, and sometimes | 11:47:04 |
| 19 | we'll have zero.  But there is a lot of stuff that | 11:47:06 |
| 20 | goes into place. | 11:47:09 |
| 21 | Q.    Thank you for that information. | 11:47:11 |
| 22 |       Now -- so this cattle, would you classify | 11:47:13 |
| 23 | these herds that you saw as wild or tame, I mean, | 11:47:16 |
| 24 | what were your impressions? | 11:47:21 |
| 25 | A.    The older herd was wild. | 11:47:24 |

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | Q.     Okay. | 11:47:28 |
| 2 | A.     They appeared to me that they had been kind | 11:47:28 |
| 3 | of taking care of themselves for maybe several | 11:47:30 |
| 4 | years, you know. | 11:47:34 |
| 5 | Q.     Okay. | 11:47:36 |
| 6 | A.     They didn't -- if you went into the pasture, | 11:47:36 |
| 7 | they took off to the back.  If they had been | 11:47:37 |
| 8 | somewhat tame and they had been fed, they would have | 11:47:42 |
| 9 | been coming to you and wanting some green or, you | 11:47:44 |
| 10 | know, maybe that's the way to get a cow up, is sweet | 11:47:48 |
| 11 | feed, you know.  They like it and it kind of gentles | 11:47:54 |
| 12 | them down, and makes them a lot easier to handle. | 11:47:57 |
| 13 | Q.     So you were part of actually catching the | 11:48:05 |
| 14 | cattle for the seisure? | 11:48:10 |
| 15 | A.     I was.  They had some of them up when I got | 11:48:12 |
| 16 | there but there were some that, if you tried to | 11:48:15 |
| 17 | drive them, they would chase you.  They would not | 11:48:19 |
| 18 | come to feed.  Their wild instinct had kind of taken | 11:48:25 |
| 19 | over. | 11:48:32 |
| 20 | Q.     Okay.  Do you remember the date these cattle | 11:48:34 |
| 21 | came to your farm?  Was it immediately after the | 11:48:44 |
| 22 | seizure, that morning? | 11:48:46 |
| 23 | A.     It was after.  They left from that farm to my | 11:48:48 |
| 24 | farm -- straight here. | 11:48:52 |
| 25 | Q.     Straight to you? | 11:48:54 |

Elite Reporting Services
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | A.     Yes. | 11:48:55 |
| 2 | Q.     Now, what about ear tags.  Do you remember | 11:48:56 |
| 3 | the cows being tagged, were you a part of that? | 11:48:59 |
| 4 | A.     Yes.  They were tagged the following morning. | 11:49:03 |
| 5 | Q.     Okay. | 11:49:07 |
| 6 | A.     When he contacted me initially, it was in | 11:49:07 |
| 7 | July, and we don't work -- if we work cattle in | 11:49:11 |
| 8 | July, it's at five o'clock in the morning or it's at | 11:49:12 |
| 9 | nine o'clock at night, you know, because it's just | 11:49:17 |
| 10 | too hot and stressful to do that.  And I told him, | 11:49:19 |
| 11 | if you are going to move them, you need to do it at | 11:49:22 |
| 12 | daylight, so that the cattle don't get hot, and it | 11:49:27 |
| 13 | was before noon before they got to my place, but it | 11:49:32 |
| 14 | was too hot for me to put them through the chute | 11:49:36 |
| 15 | that day.  And I said -- well -- because I turned | 11:49:37 |
| 16 | them in a lot.  I could get them back up, and I | 11:49:40 |
| 17 | said, we'll put them right here where they can get | 11:49:44 |
| 18 | shade and water, and leave them alone.  And in the | 11:49:44 |
| 19 | morning when it's daylight, we will put them through | 11:49:47 |
| 20 | a chute, vaccinate them, ear tag them, and that's | 11:49:50 |
| 21 | what we did. | 11:49:57 |
| 22 | Q.     So were you given instruction by | 11:49:58 |
| 23 | Detective Nichols or -- let me withdraw that | 11:50:01 |
| 24 | question, and ask this question instead. | 11:50:05 |
| 25 |      Did you speak to Dr. Jill Johnson? | 11:50:09 |

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

19

| | | |
|---|---|---|
| 1 | A. But, no, I was not given any instructions as | 11:51:30 |
| 2 | far as what do I need to do. | 11:51:33 |
| 3 | Q. So what about this, let's go a little deeper | 11:51:36 |
| 4 | here. What was the financial arrangement between | 11:51:41 |
| 5 | you and the county? | 11:51:45 |
| 6 | A. Well, I asked him, I said, do you want to do | 11:51:47 |
| 7 | a feed bill and pay me for using my place and my | 11:51:52 |
| 8 | labor or do you want a price per day, you know, all | 11:51:56 |
| 9 | inclusive. And that's what to do. They wanted a | 11:52:02 |
| 10 | price per day, and I told them five dollars a day, | 11:52:04 |
| 11 | and, I mean, that was... | 11:52:07 |
| 12 | Q. Five dollars per day, per head? | 11:52:12 |
| 13 | A. Five dollars per day, per head. | 11:52:17 |
| 14 | Q. Okay. | 11:52:19 |
| 15 | A. And they agreed to it. And they didn't come | 11:52:19 |
| 16 | back and if they would have come back, I probably | 11:52:22 |
| 17 | would have passed on it to be honest with you. It's | 11:52:22 |
| 18 | been a lot more of a -- | 11:52:30 |
| 19 | Q. Did you ever have a written contract with the | 11:52:32 |
| 20 | county about this five dollars per day or was this | 11:52:36 |
| 21 | an oral agreement? | 11:52:40 |
| 22 | A. This was an oral agreement. | 11:52:42 |
| 23 | Q. Did they say who would be paying you five | 11:52:45 |
| 24 | dollars a day, per head? | 11:52:47 |
| 25 | A. Yes. | 11:52:50 |

Case 1:19-cv-00059 Document 40-5 Filed 04/28/2061 Page 8 of 25 PageID #: 440
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | home, they were just -- there was a lot of | 11:56:25 |
| 2 | inbreeding and just genetic deficiencies.  It's like | 11:56:25 |
| 3 | taking a Chihuahua and trying to feed him to make | 11:56:32 |
| 4 | him a Great Dane, it's just not going to happen, you | 11:56:32 |
| 5 | know.  It's just -- you can do whatever you want to. | 11:56:37 |
| 6 | To me, it's just not genetically there. | 11:56:41 |
| 7 | Q.     Okay. | 11:56:45 |
| 8 | A.     And I have seen that and I'm thinking, if you | 11:56:45 |
| 9 | go to sell these, they are not going to bring top | 11:56:47 |
| 10 | dollars, because they are thin and they're not | 11:56:52 |
| 11 | genetically what you want to take home either.  So I | 11:56:56 |
| 12 | told Tony, I said, you know, this feeding bill are | 11:56:59 |
| 13 | getting close to where these cattle are worth.  You | 11:56:59 |
| 14 | know, they are just not going -- there's no way for | 11:56:59 |
| 15 | them to come out if we keep going on.  And he | 11:57:05 |
| 16 | just -- I mentioned it several times, and he was | 11:57:08 |
| 17 | going to try to get some money -- I don't know | 11:57:13 |
| 18 | where, like, to pay part of the feed bill at one | 11:57:16 |
| 19 | time, but he never did.  We never settled up until | 11:57:17 |
| 20 | it was over. | 11:57:17 |
| 21 | Q.     Okay.  And then when you settled up, the | 11:57:26 |
| 22 | formula was the same that you told us today, five | 11:57:29 |
| 23 | dollars per head, per day? | 11:57:34 |
| 24 | A.     That's correct.  And when they first came in, | 11:57:38 |
| 25 | I charged, I think, $10 to put them through the | 11:57:39 |

Case 1:19-cv-00059-HSO-BWR   Document 40-5   Filed 02/28/2061   Page 9 of 25   PageID #: 441
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com
44

| | | |
|---|---|---|
| 1 | chute, which was -- I had to have extra help.  We | 11:57:39 |
| 2 | vaccinated and that's general.  Like, if I take | 11:57:44 |
| 3 | cattle in, I charge a chute fee, because I have | 11:57:48 |
| 4 | $80,000 tied up in a chute, and it will be wore out | 11:57:51 |
| 5 | one day, so... | 11:57:58 |
| 6 | Q.     Sure, understood.  So that's kind of your | 11:57:59 |
| 7 | intake fee -- | 11:58:02 |
| 8 | A.     Right.  Just to charge to put them through | 11:58:03 |
| 9 | the chute and process them, and then we start with | 11:58:08 |
| 10 | the feed bill and care after that. | 11:58:11 |
| 11 | Q.     And you were reimbursed for that as well? | 11:58:17 |
| 12 | A.     I was. | 11:58:22 |
| 13 | Q.     Okay.  And I've seen in the production, you | 11:58:23 |
| 14 | kept pretty good notes of all of this and kept your | 11:58:23 |
| 15 | receipts; is that correct? | 11:58:29 |
| 16 | A.     I did. | 11:58:30 |
| 17 | Q.     And that's probably something that you do for | 11:58:31 |
| 18 | all customers? | 11:58:33 |
| 19 | A.     I do. | 11:58:35 |
| 20 | Q.     Okay.  And have you --  did you see the | 11:58:36 |
| 21 | subpoena that was issued for you to come to this | 11:58:39 |
| 22 | deposition today? | 11:58:42 |
| 23 | A.     I did not unless it was in my e-mail. | 11:58:44 |
| 24 | Q.     Did you -- okay, that's fine. | 11:58:49 |
| 25 | Did you provide any additional materials to | 11:58:53 |

| | | |
|---|---|---|
| 1 | reproductive vaccine.  And then the calves that were | 12:03:40 |
| 2 | still on the cows, they got a vaccine as well. | 12:03:47 |
| 3 | Q.     So you would document that kind of treatment | 12:03:51 |
| 4 | both for timing of future treatment and for billing | 12:03:54 |
| 5 | purposes; is that correct? | 12:03:58 |
| 6 | A.     Right. | 12:04:01 |
| 7 | Q.     Okay.  Right.  Now, can you explain or do you | 12:04:03 |
| 8 | recall cattle dying while they were under your care? | 12:04:07 |
| 9 | A.     Yes, sir. | 12:04:12 |
| 10 | Q.     How many, do you remember? | 12:04:14 |
| 11 | A.     I think there were four. | 12:04:16 |
| 12 | Q.     Okay. | 12:04:18 |
| 13 | A.     I think there were four, and I made the | 12:04:19 |
| 14 | statement -- I made the statement when we got them, | 12:04:24 |
| 15 | I said some of these cattle are not going to make | 12:04:26 |
| 16 | it.  They were too far gone, I guess, you would say. | 12:04:31 |
| 17 | They had kind of given up, and it was actually less | 12:04:37 |
| 18 | than I thought.  I told them, you know, it could be | 12:04:42 |
| 19 | 10 percent, but it did not end up being that much. | 12:04:45 |
| 20 | Q.     Okay. | 12:04:52 |
| 21 | A.     But we did lose four. | 12:04:53 |
| 22 | Q.     And they didn't all four die on the same | 12:04:56 |
| 23 | date, did they? | 12:05:01 |
| 24 | A.     No, they didn't. | 12:05:02 |
| 25 | Q.     Okay. | 12:05:03 |

|   |   |   |
|---|---|---|
| 1 | were some baby calves in there and the quality of | 12:06:13 |
| 2 | those cattle were better.  And there were some in | 12:06:13 |
| 3 | there that could have used a little help, but none | 12:06:19 |
| 4 | of them were on their death beds that I noticed. | 12:06:24 |
| 5 | Now, the old herd, there were several of | 12:06:28 |
| 6 | them that needed some help, and the little calves | 12:06:32 |
| 7 | were -- I don't know if they were -- they look | 12:06:36 |
| 8 | inbred to me.  I mean, you have a baby calf that, | 12:06:43 |
| 9 | you know, can barely reach its momma and weighs 35 | 12:06:50 |
| 10 | pounds, that's just not a healthy calf.  That calf | 12:06:56 |
| 11 | should develop to be 70 pounds, when it hits the | 12:07:03 |
| 12 | ground, you know.  It's just not genetically there, | 12:07:03 |
| 13 | whether from an inbreeding standpoint or something | 12:07:04 |
| 14 | while it's in the womb. | 12:07:04 |
| 15 | Several of the little calves just did not | 12:07:11 |
| 16 | appear to be very healthy, and there were seven or | 12:07:15 |
| 17 | eight yearling bulls, I would call -- last year | 12:07:23 |
| 18 | calves were still mixed in those cows, nursing | 12:07:28 |
| 19 | themselves with a baby calf standing there, and | 12:07:30 |
| 20 | you've got a 6 or 700-pound-bull standing here, and | 12:07:30 |
| 21 | he's in competition with this like 40-pound baby | 12:07:31 |
| 22 | calf, sucking milk.  And so I pulled some of those | 12:07:43 |
| 23 | small calves off and put them in the barn, put them | 12:07:48 |
| 24 | in the stall, fed them, but they never really grew | 12:07:52 |
| 25 | all -- they just kind of maintained themselves.  It | 12:07:56 |

| | | |
|---|---|---|
| 1 | was kind of pitiful. | 12:08:01 |
| 2 | Q.    Yes, okay. | 12:08:02 |
| 3 |      So these cattle did not all four die in one | 12:08:04 |
| 4 | day, but are there any records or notes that would | 12:08:08 |
| 5 | make it appear as though they did?  Maybe one of | 12:08:13 |
| 6 | the invoices showed that four are now missing on | 12:08:15 |
| 7 | the same day?  Can you explain how anyone would get | 12:08:19 |
| 8 | that impression? | 12:08:25 |
| 9 | A.    Well, it got to the point there where I was | 12:08:34 |
| 10 | kind of -- I had them so long and the bill was so | 12:08:38 |
| 11 | big, and I think I just pulled them down to -- maybe | 12:08:40 |
| 12 | the last days they were there, and just pulled it | 12:08:45 |
| 13 | down to the month before, and I said, if I get this, | 12:08:49 |
| 14 | I'm satisfied.  I cannot necessarily remember if I | 12:08:52 |
| 15 | did that, but we were to the point we were way past | 12:08:55 |
| 16 | what the cattle were worth, and I'm like I'm not | 12:08:59 |
| 17 | going to bill for this little calf that's been here | 12:08:59 |
| 18 | if he dies, you know, that sort of thing. | 12:09:03 |
| 19 | Q.    Understood. | 12:09:10 |
| 20 | A.    It felt like I was throwing salt in the | 12:09:10 |
| 21 | wound, you know. | 12:09:13 |
| 22 | Q.    So that would have been notated to save | 12:09:14 |
| 23 | money? | 12:09:18 |
| 24 | A.    Right.  Right.  I mean, it would have cost me | 12:09:19 |
| 25 | money, but I was to the point, Hey, I want to get | 12:09:21 |

| | | |
|---|---|---|
| 1 | this settled, and, I mean, I somewhat felt pity for | 12:09:22 |
| 2 | whoever was going to have to pay this bill. | 12:09:30 |
| 3 | Q.    Sure. | 12:09:33 |
| 4 | A.    I mean, we're sitting here saying, someone is | 12:09:33 |
| 5 | going to lose a pretty good bit of money here, | 12:09:34 |
| 6 | whether it's -- whoever it is.  It's not good for | 12:09:38 |
| 7 | anybody.  I took the damage -- if I took the hit off | 12:09:41 |
| 8 | of four calves, I'm fine with that. | 12:09:42 |
| 9 | Q.    Okay.  Well, that's understandable.  And it | 12:09:52 |
| 10 | seems like an honorable way to handle this. | 12:09:53 |
| 11 |        Now, so why did all of these cattle that | 12:09:59 |
| 12 | were present at the September herd check, why were | 12:10:05 |
| 13 | they not -- let me ask you this.  Were all of the | 12:10:09 |
| 14 | cattle that were present at that September herd | 12:10:13 |
| 15 | check, later taken to the sale barn? | 12:10:17 |
| 16 | A.    Were they? | 12:10:22 |
| 17 | Q.    Yes, were they? | 12:10:23 |
| 18 | A.    Yes.  Yes. | 12:10:24 |
| 19 | Q.    Okay.  And these cattle were tagged and you | 12:10:26 |
| 20 | had a count on them? | 12:10:31 |
| 21 | A.    Right. | 12:10:33 |
| 22 | Q.    Now, do tags ever fall off? | 12:10:34 |
| 23 | A.    They do. | 12:10:38 |
| 24 | Q.    What do you do -- | 12:10:40 |
| 25 | A.    Well, I mean -- | 12:10:42 |

Case 1:19-cv-00059 Document 40-5  Filed 10/28/20  Page 14 of 25 PageID #: 446
Elite Reporting Services *(615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | Q.      It must be hard to know what the number was? | 12:10:44 |
| 2 | A.      It is.  I mean, it's impossible.  Now, if you | 12:10:48 |
| 3 | use one tag, you may can narrow it down, if you got | 12:10:53 |
| 4 | through the chute and check them off, but if you | 12:10:55 |
| 5 | lose more than -- two or three tags -- and it's a | 12:10:55 |
| 6 | very common problem, you know, they catch it in a | 12:11:01 |
| 7 | feed bump.  And actually, I think when the Hawkins | 12:11:02 |
| 8 | brought their vet down, and we went through the | 12:11:10 |
| 9 | chute, we had two or three that had lost a tag, you | 12:11:10 |
| 10 | know.  And it just -- it's hard to say what tag it | 12:11:17 |
| 11 | was. | 12:11:23 |
| 12 | Q.      Right.  So were there calves born on your | 12:11:24 |
| 13 | land? | 12:11:32 |
| 14 | A.      There was one calf born. | 12:11:33 |
| 15 | Q.      Okay. | 12:11:35 |
| 16 | A.      There was one calf born, but it died.  And I | 12:11:36 |
| 17 | seen it the day that it was born, there was a big | 12:11:45 |
| 18 | calf that I felt like nursed all of the colostrum | 12:11:49 |
| 19 | out of that cow.  That baby calf -- you have to get | 12:11:53 |
| 20 | colostrum in them no less than 24 hours.  You know, | 12:11:58 |
| 21 | 12 hours is a lot better, but -- it's imperative | 12:12:04 |
| 22 | that a baby calf get colostrum.  It makes their | 12:12:08 |
| 23 | immune system go wild, I guess, you'd say. | 12:12:14 |
| 24 | Q.      Okay. | 12:12:15 |
| 25 | A.      It gives the print of that cow's immune | 12:12:15 |

| | | |
|---|---|---|
| 1 | system to that calf. | 12:12:16 |
| 2 | Q.    Okay. | 12:12:16 |
| 3 | A.    Well, I tried to bottle feed this calf, and | 12:12:17 |
| 4 | it didn't make it. | 12:12:21 |
| 5 | Q.    Okay.  Understood. | 12:12:22 |
| 6 |      So during this herd check, there were calves | 12:12:25 |
| 7 | in a stall during the herd check; is that correct? | 12:12:31 |
| 8 | A.    Yes, sir. | 12:12:35 |
| 9 | Q.    And why were they in a stall? | 12:12:35 |
| 10 | A.    They were going to start with what their | 12:12:39 |
| 11 | mother was giving them. | 12:12:43 |
| 12 | Q.    Okay. | 12:12:45 |
| 13 | A.    I mean, the cow you would see them nurse -- | 12:12:46 |
| 14 | one of them, I know, was on a young heifer that -- | 12:12:47 |
| 15 | she wasn't old enough to have a calf, and her | 12:13:02 |
| 16 | mate -- like, she was never weaned off of her | 12:13:07 |
| 17 | mother, and she gets bred by her brother.  She | 12:13:15 |
| 18 | didn't have enough milk to put in your coffee.  And | 12:13:15 |
| 19 | that little calf would sit there -- and you could | 12:13:16 |
| 20 | tell he was starving.  And that was another, I mean, | 12:13:19 |
| 21 | if it were mine, I know what I would have done.  I | 12:13:24 |
| 22 | would have got them off -- that heifer wouldn't have | 12:13:25 |
| 23 | got bred to start with.  But I did, I made the | 12:13:25 |
| 24 | decision to take them off and put them in the barn | 12:13:33 |
| 25 | and feed them myself.  I didn't -- I couldn't get | 12:13:36 |

Elite Reporting Services
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | anybody to make that call, but in my mind I know if | 12:13:38 |
| 2 | these calves stayed like this, they were not going | 12:13:38 |
| 3 | to make it. | 12:13:48 |
| 4 | Q.    Okay.  So this calf that died, he would have | 12:13:49 |
| 5 | been taken off whatever bill -- you would not have | 12:13:52 |
| 6 | kept billing for that calf? | 12:13:57 |
| 7 | A.    No. | 12:14:00 |
| 8 | Q.    Okay. | 12:14:00 |
| 9 | A.    I mean, he didn't live but three or four | 12:14:00 |
| 10 | days.  I never even put him on the bill.  I mean, | 12:14:06 |
| 11 | he -- he -- which at that time, you know, I was | 12:14:09 |
| 12 | trying to be fair. | 12:14:15 |
| 13 | Q.    Understood. | 12:14:20 |
| 14 | A.    I'm not going to bill for a calf that was | 12:14:21 |
| 15 | there four days. | 12:14:24 |
| 16 | Q.    So when cows die -- you lost four of them | 12:14:26 |
| 17 | plus a newborn; is that correct? | 12:14:33 |
| 18 | A.    I think that's right.  I think those plus the | 12:14:35 |
| 19 | newborn. | 12:14:36 |
| 20 | Q.    Were these tag numbers documented?  Did you | 12:14:37 |
| 21 | list, you know, well, 41 died? | 12:14:42 |
| 22 | A.    I think, I did.  I'm pretty sure I did.  I | 12:14:45 |
| 23 | normally do. | 12:14:48 |
| 24 | Q.    Okay. | 12:14:50 |
| 25 | A.    And I -- I don't know -- I don't know if I | 12:14:50 |

Case 1:19-cv-00059 Document 105 Filed 10/28/20 Page 17 of 25 PageID #: 449
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | Q.    Okay.  And you noted that some of the cattle, | 12:32:50 |
| 2 | at the point at which you received them, appeared to | 12:32:54 |
| 3 | be malnourished; is that correct? | 12:32:57 |
| 4 | A.    I did, yes. | 12:33:01 |
| 5 | Q.    Was that among the older cattle as well as | 12:33:03 |
| 6 | the calves themselves? | 12:33:07 |
| 7 | A.    Right.  That would -- yes.  That was all just | 12:33:09 |
| 8 | really -- I mean, there were some young heifers that | 12:33:11 |
| 9 | you could tell that was probably their first calf. | 12:33:19 |
| 10 | They were very malnourished, and they just -- you | 12:33:23 |
| 11 | know, a heifer really takes a lot more care than a | 12:33:27 |
| 12 | cow.  Once a cow gets matured, she can survive on | 12:33:31 |
| 13 | just grass a lot easier, because her body is not | 12:33:31 |
| 14 | growing.  That heifer's -- her body is growing and | 12:33:35 |
| 15 | she's trying to milk to raise a calf.  She takes a | 12:33:40 |
| 16 | lot more energy, you know.  She would need more | 12:33:44 |
| 17 | supplementation than, you know, an old cow, a real | 12:33:45 |
| 18 | young heifer. | 12:33:48 |
| 19 | Q.    Well, as -- just to put them up into | 12:33:51 |
| 20 | demographic groups, the heifer group, would that be | 12:33:55 |
| 21 | the portion that appeared to be in the worse shape | 12:34:01 |
| 22 | at the point in which you received them? | 12:34:01 |
| 23 | A.    Yes.  Some of them were, yeah, as bad as -- | 12:34:03 |
| 24 | you know, many of them -- they were -- the troubled | 12:34:06 |
| 25 | ones were the ones I feel were never weaned, got | 12:34:08 |

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | bred too early, and they were just -- they were | 12:34:08 |
| 2 | still trying to grow.  They were too young to have a | 12:34:19 |
| 3 | calf and they had had the calf.  They were really | 12:34:24 |
| 4 | stressed. | 12:34:24 |
| 5 | Q.    And that would pose a danger to both the | 12:34:25 |
| 6 | heifer, that had a calf too young, and the calf | 12:34:29 |
| 7 | itself? | 12:34:32 |
| 8 | A.    Correct.  Correct.  And that heifer, their | 12:34:33 |
| 9 | natural instinct -- or any cow, their natural | 12:34:37 |
| 10 | instinct is, okay, I've got this calf on my side -- | 12:34:37 |
| 11 | reproductively, she will shut down first.  When | 12:34:38 |
| 12 | she's malnourished, she will not breed back {sic}. | 12:34:50 |
| 13 | If she's thin, then she won't breed back for the | 12:34:53 |
| 14 | next calf. | 12:34:56 |
| 15 | After she shuts that down, she starts drying | 12:34:57 |
| 16 | up to cut her own calf off to save her own life. | 12:35:02 |
| 17 | It just -- that's their chain of events.  She will | 12:35:02 |
| 18 | take care of herself, first; the one on her side, | 12:35:05 |
| 19 | second; and the one coming next year last, so... | 12:35:09 |
| 20 | Q.    And you've described some instances where | 12:35:14 |
| 21 | there would be multiple calves that were still | 12:35:17 |
| 22 | nursing on the same mother when one was old enough | 12:35:21 |
| 23 | and should have been removed; is that right? | 12:35:27 |
| 24 | A.    Right. | 12:35:31 |
| 25 | Q.    Does that pose a danger to all three, the | 12:35:31 |

Case 1:19-cv-00059 Document 41-5   Filed 10/28/20   Page 19 of 25   PageID #: 481
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | older and younger calf and the nursing mother? | 12:35:35 |
| 2 | A.    Not necessarily the older calf, you know. | 12:35:35 |
| 3 | The older calf -- it does to the mother, because | 12:35:39 |
| 4 | that older calf, instead of nursing that cow for six | 12:35:43 |
| 5 | or seven months, taking him off and giving that cow | 12:35:49 |
| 6 | a break for three to four months with no calf on | 12:35:51 |
| 7 | her -- and that's when she's in her last gestation | 12:35:51 |
| 8 | period with the calf inside of her.  It gives her | 12:35:56 |
| 9 | three or four months off and lets her body condition | 12:36:00 |
| 10 | scores come up, and then she has this calf and she's | 12:36:00 |
| 11 | ready to go again.  With the big calf on there, it | 12:36:05 |
| 12 | nurses her until -- until she has the next one.  She | 12:36:10 |
| 13 | never gets a break, therefore she's working the | 12:36:12 |
| 14 | whole time.  She never has any time to put body | 12:36:18 |
| 15 | conditions back on.  So you have -- that big calf | 12:36:21 |
| 16 | pulls her down, and even when the little one is | 12:36:26 |
| 17 | born -- and it damages that calf while it's still in | 12:36:28 |
| 18 | the cow.  You know, if she cannot give him the | 12:36:29 |
| 19 | nutrition he needs in her womb, when he's born, he's | 12:36:33 |
| 20 | not going to be healthy. | 12:36:36 |
| 21 | Q.    Do you know of how many of the cattle that | 12:36:39 |
| 22 | you had, how many that you saw where multiple calves | 12:36:42 |
| 23 | were nursing the same mother when that shouldn't | 12:36:44 |
| 24 | have been occurring? | 12:36:51 |
| 25 | A.    I don't know exactly.  I couldn't pinpoint | 12:36:52 |

| | | |
|---|---|---|
| 1 | it. I would say somewhere around eight or ten, and | 12:36:56 |
| 2 | that's just an estimate. That's not a definite | 12:37:00 |
| 3 | number. | 12:37:04 |
| 4 | Q. Eight or ten sets or eight or ten animals? | 12:37:05 |
| 5 | A. No. That would be eight or ten pairs. Yeah, | 12:37:10 |
| 6 | when I say eight or ten, I mean, as a pair. | 12:37:14 |
| 7 | Q. Okay. And that would be two calves in those | 12:37:16 |
| 8 | instances, right? | 12:37:21 |
| 9 | A. Yes. Yes. Yes. | 12:37:23 |
| 10 | Q. Okay. | 12:37:26 |
| 11 | A. Like I say, that's a rough estimate. | 12:37:26 |
| 12 | Q. Okay. But each one of those pairs is a set | 12:37:28 |
| 13 | of three, so that number would be multiplied by | 12:37:31 |
| 14 | three for animals that are in that situation? | 12:37:35 |
| 15 | A. Yeah. | 12:37:41 |
| 16 | Q. And you talked about one calf that was born | 12:37:51 |
| 17 | on your farm, but then died; is that correct? | 12:37:55 |
| 18 | A. Yes. | 12:39:35 |
| 19 | Q. Of the 50 -- so I want to understand, were | 12:39:35 |
| 20 | you saying that there was an older calf that was a | 12:39:40 |
| 21 | sibling to that younger calf that was involved | 12:39:45 |
| 22 | there? | 12:39:49 |
| 23 | A. Yes. Yes. And the calf, just my opinion, it | 12:39:50 |
| 24 | didn't get any colostrum. When a cow has a calf, | 12:40:00 |
| 25 | they have colostrum in their milk, which gives that | 12:40:05 |

| | |
|---|---|
| 1 | calf an imprint of that cow's immune system. Well, |
| 2 | a calf that doesn't get that, is in trouble, to be |
| 3 | honest with you. They don't function. |
| 4 | Q. So this is an example of one of the things |
| 5 | you were saying that could be a concern with an |
| 6 | older calf still on the mother, when a newer calf is |
| 7 | born? |
| 8 | A. Right. |
| 9 | Q. Okay. You also mentioned inbreeding and |
| 10 | genetic problems. |
| 11 | A. Yes. |
| 12 | Q. If an animal is inbred, how is it that you |
| 13 | can tell that? |
| 14 | A. They usually have a small body or big head, |
| 15 | you know, small frame. They're usually small when |
| 16 | they're born and you can feed them forever, wait |
| 17 | three or four years, and some of them won't ever be |
| 18 | anything but dwarfs. They are genetically |
| 19 | malfunctioned. |
| 20 | Q. So it's basically a physical deformity. Do |
| 21 | they have motor skill issues as well? |
| 22 | A. Not always. Usually, it's their -- a none |
| 23 | doer is what we call them. They just don't |
| 24 | really -- don't have the genetic ability to grow up |
| 25 | and do good. |

12:40:06
12:40:13
12:40:19
12:40:27
12:40:27
12:40:27
12:40:35
12:40:35
12:40:40
12:40:45
12:40:47
12:40:48
12:40:54
12:40:55
12:41:00
12:41:00
12:41:00
12:41:15
12:41:22
12:41:23
12:41:26
12:41:30
12:41:32
12:41:32
12:41:46

Case 1:19-cv-00059 Document 105 Filed 10/28/20 Page 22 of 25 PageID #: 454
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1    Q.      Uh-huh.                                    12:41:49
 2    A.      In that herd, there were two definite herd  12:41:50
 3    bulls.  You could tell they were older bulls, bigger  12:41:54
 4    bulls.  And then there were seven or eight that     12:41:57
 5    looked like they had never been weaned, never       12:42:00
 6    castrated, that were just -- not really put in there  12:42:02
 7    for breeding purposes, but they were removed because  12:42:02
 8    they never weaned them.                             12:42:02
 9    Q.      Would it be removing those bulls?           12:42:09
10    A.      Yes.  When you don't remove them you have   12:42:18
11    brothers and they are with their moms, can breed    12:42:37
12    them, and brothers in there with their sisters.     12:42:39
13    Where if you remove them and you have a bull that's  12:42:40
14    not kin to your cow herd, you know, that eliminates  12:42:45
15    the inbreeding right there.  But if you get your    12:42:47
16    calves away from your herd bull and their brothers,  12:42:49
17    you eliminate that problem.                         12:42:49
18    Q.      How many bulls were there besides the herd  12:43:36
19    bull, approximately?                                12:43:41
20    A.      Approximately, seven or eight.              12:43:43
21    Q.      Okay.  And as far as the weaning issues, you  12:43:46
22    discussed taking the bulls that had matured enough  12:44:07
23    to be off their mother, taking them and removing    12:44:08
24    them.  What about the female?  Would they be        12:44:10
25    forcibly removed from the mother as a method of     12:44:15
```

Case 1:19-cv-00059 Document 45 Filed 10/28/20 Page 23 of 25 PageID #: 455
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
1    weaning them as well?                              12:44:21
2    A.      They would, yes.  Generally, when a calf gets  12:44:22
3    roughly seven months old, which would be roughly 500  12:44:26
4    pounds, at that point, they kind of -- you know that  12:44:32
5    cow is starting to back off of her milk production,  12:44:37
6    and that calf is just -- if they want him to do      12:44:43
7    good, he would need some supplementation at that     12:44:43
8    point, because, you know, weaning him and feeding    12:44:45
9    him, can really make him grow good.                  12:44:45
10   Q.      So these issues you noticed, the inbreeding,  12:44:45
11   lack of weaning, some of the malnutrition are those  12:44:45
12   things that with -- following the standard practice  12:44:45
13   of raising cattle, should be avoided?                12:44:45
14   A.      Yes.  Yes, I mean -- yes, all of that.        12:45:14
15   Q.      I believe that's everything, unless there are  12:45:23
16   any followup questions.                              12:45:26
17   A.      No, not from me.                              12:45:30
18          MR. BRAZIL:  That is all from me as            12:45:33
19   well, and thank you, Mr. Jackson.                    12:45:34
20          FURTHER DEPONENT SAITH NOT
21
22
23
24
25
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1              REPORTER'S CERTIFICATE

 2
    STATE OF TENNESSEE
 3
    COUNTY OF RUTHERFORD
 4

 5

 6          I, April C. Howard, Licensed Court

 7   Reporter, with offices in Franklin, Tennessee,

 8   hereby certify that I reported the foregoing

 9   deposition of JERRY JACKSON by machine shorthand to

10   the best of my skills and abilities, and thereafter

11   the same was reduced to typewritten form by me.    I

12   am not related to any of the parties named herein,

13   nor their counsel, and have no interest, financial

14   or otherwise, in the outcome of the proceedings.

15          I further certify that in order for this
     document to be considered a true and correct copy,
16   it must bear my original signature, and that any
     unauthorized reproduction in whole or in part
17   and/or transfer of this document is not authorized,
     will not be considered authentic, and will be in
18   violation of Tennessee Code Annotated 39-14-104,
     Theft of Services.
19

20

21

22
     _____
     April C. Howard, LCR
23   Elite Reporting Services
     Associate Reporter
24
     LCR # 098 - Expires: 06.30.20 .
25
```

Elite Reporting Services  *  (615) 595-0073
www.EliteReportingServices.com