IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

_____

STEPHEN MATTHEW HOPKINS and
JULIE R. HOPKINS,

        Plaintiffs,

vs.               Case No. 1:19-CV-00059

ANTHONY "TONY" NICHOLS, in his
individual and official capacity,
SHERIFF WILLIAM "BILLY" LAMB,
in his individual and official capacity,

        Defendants.

_____




Deposition of:

DR. JILL JOHNSON

Taken on behalf of the
Plaintiffs
June 30, 2020




_____

Elite Reporting Services
www.elitereportingservices.com
April C. Howard, LCR, Associate Reporter
P.O. Box 292382
Nashville, Tennessee 37229
(615)595-0073

Elite Reporting Services * (615)595-0073
www.EliteReportingServices.com
Case 1:19-cv-00059   Document 40-6   Filed 10/28/20   Page 1 of 30 PageID #: 458

```
 1                  *    *    *
 2                  DR. JILL JOHNSON,
 3    was called as a witness, and after having been duly
 4    sworn, testified as follows:
 5
 6                  EXAMINATION
 7    QUESTIONS BY MR. BRAZIL:
 8    Q.      Okay.  Are you able to see the logs that I'm      08:59:16
 9    referring to?                                             08:59:16
10    A.      They are very small, but, yes, I can see          09:06:01
11    them.                                                     09:06:01
12    Q.      And these have an inspector date at the           09:06:01
13    top -- this is Tennessee Department of Agriculture        09:06:04
14    daily time log?                                           09:06:04
15    A.      Yes.                                              09:06:09
16    Q.      Dr. Johnson, are you accustomed to filling        09:06:09
17    these out every day that you work for the                 09:06:14
18    Department?                                               09:06:17
19    A.      Yes.                                              09:06:18
20    Q.      And you list in detail your mileage as well       09:06:21
21    as all of your stops?                                     09:06:27
22    A.      Yes.                                              09:06:29
23    Q.      So this represents -- if the Hopkins farm is      09:06:30
24    on here at 11:10, that would have been your arrival       09:06:34
25    time, 12:45 your time out, and then you even -- you       09:06:41
```

Elite Reporting Services * (615)595-0073                5
www.EliteReportingServices.com
Case 1:19-cv-00059   Document 40-8   Filed 10/28/20   Page 2 of 30 PageID #: 459

| | | |
|---|---|---|
| 1 | make a description or a comment.  And are you able | 09:06:46 |
| 2 | to see entry number 11, Marshall County? | 09:06:49 |
| 3 | A.     No, it's very small. | 09:06:52 |
| 4 | Q.     Dr. Johnson, will this be easier to read? | 09:06:52 |
| 5 | A.     Yes, much better. | 09:07:47 |
| 6 | Q.     Okay.  This cattle herd with one dead in the | 09:07:49 |
| 7 | creek, was this date 7/2, your first date on the | 09:07:55 |
| 8 | Hopkins' farm? | 09:07:58 |
| 9 | A.     I believe, yes. | 09:08:03 |
| 10 | Q.     And do you recall who called you and told you | 09:08:04 |
| 11 | to come and inspect anything at all on their land? | 09:08:09 |
| 12 | A.     If I can remember correctly, it was | 09:08:14 |
| 13 | Detective Nichols. | 09:08:16 |
| 14 | Q.     And you arrived and you saw one cow dead in | 09:08:19 |
| 15 | the creek, and you recall testifying to this at the | 09:08:25 |
| 16 | preliminary hearing? | 09:08:29 |
| 17 | A.     Yes. | 09:08:32 |
| 18 | Q.     Was this on the same date that you observed | 09:08:33 |
| 19 | other animals at various stages of decomposition on | 09:08:38 |
| 20 | the farm? | 09:08:39 |
| 21 | A.     No. | 09:08:41 |
| 22 | Q.     So you only saw the one this day? | 09:08:41 |
| 23 | A.     Yes. | 09:08:44 |
| 24 | Q.     How long did you spend on the farm? | 09:08:45 |
| 25 | A.     Looks like about 95 minutes. | 09:08:49 |

Elite Reporting Services * (615)595-0073                 6
www.EliteReportingServices.com
Case 1:19-cv-00059   Document 40-5   Filed 10/28/20   Page 3 of 30 PageID #: 460

| | | |
|---|---|---|
| 1 | separate visit that you are describing on this log? | 09:10:16 |
| 2 | A. You're going to have to blow it up so I can | 09:10:21 |
| 3 | see it better. It's the same date, isn't it? | 09:10:25 |
| 4 | Q. It is the same date. And we have different | 09:10:32 |
| 5 | notes -- meet with Donnie Nichols; rode with Tony | 09:10:37 |
| 6 | and I am trying to understand does each date get | 09:10:41 |
| 7 | more than one log or is it a duplicate? | 09:10:45 |
| 8 | A. That's probably a duplicate. It looks like | 09:10:51 |
| 9 | it. | 09:10:55 |
| 10 | Q. It does appear to be. Let me go to the next | 09:10:57 |
| 11 | date, and pull open the next log. Okay -- okay, | 09:11:03 |
| 12 | Dr. Johnson, this is July 3rd. You're recording | 09:13:33 |
| 13 | contact with Ms. Hopkins here, and in your contact | 09:13:56 |
| 14 | it says, that you were told that the cow was drug | 09:14:01 |
| 15 | out by the road for Appertain. | 09:14:06 |
| 16 | A. No, I drove by there. | 09:14:10 |
| 17 | Q. And you -- you saw that. And was that in | 09:14:12 |
| 18 | direct response to one of your suggestions on the | 09:14:15 |
| 19 | visit the day prior? | 09:14:18 |
| 20 | A. Yes. | 09:14:19 |
| 21 | Q. What other suggestions did you make along | 09:14:19 |
| 22 | with the call to Appertain? What else did you tell | 09:14:25 |
| 23 | Mr. Hopkins to do that day? | 09:14:32 |
| 24 | A. I did not speak with Mr. Hopkins. | 09:14:36 |
| 25 | Q. Okay. Did you speak on the telephone with | 09:14:38 |

*Elite Reporting Services* * (615)595-0073          *8*
www.EliteReportingServices.com
Case 1:19-cv-00059   Document 40-6   Filed 10/28/20   Page 4 of 30 PageID #: 461

| | | |
|---|---|---|
| 1 | him or do you recall Detective Nichols speaking with | 09:14:40 |
| 2 | him? | 09:14:45 |
| 3 | A.    I don't recall speaking to him on the phone. | 09:14:46 |
| 4 | I know Detective Nichols spoke to someone on the | 09:14:49 |
| 5 | phone.  I assume it was him, but I don't know. | 09:14:54 |
| 6 | Q.    Okay.  Was it recommended that he dispose of | 09:14:58 |
| 7 | this cattle through Appertain? | 09:15:03 |
| 8 | A.    There were various means of disposal.  That | 09:15:06 |
| 9 | was one suggestion. | 09:15:11 |
| 10 | Q.    Okay.  Who suggested that? | 09:15:12 |
| 11 | A.    Detective Nichols and I both said that | 09:15:15 |
| 12 | opportunity was there to be able to dispose of the | 09:15:22 |
| 13 | animal at no charge. | 09:15:26 |
| 14 | Q.    Okay.  And you said that to who? | 09:15:29 |
| 15 | A.    I know I spoke with Detective Nichols about | 09:15:32 |
| 16 | that. | 09:15:38 |
| 17 | Q.    All right. | 09:15:38 |
| 18 | A.    And we told his wife. | 09:15:39 |
| 19 | Q.    Okay.  And you drove by the next day just to | 09:15:42 |
| 20 | reinspect the property or to make sure that that had | 09:15:51 |
| 21 | been done?  Why did you go a {sic} day following? | 09:15:55 |
| 22 | A.    We usually give people 48 hours to comply | 09:16:01 |
| 23 | with our disposal. | 09:16:07 |
| 24 | Q.    Okay. | 09:16:09 |
| 25 | A.    The 3rd went.  The 4th of July, we were off | 09:16:11 |

*Elite Reporting Services* * *(615)595-0073*            9
www.EliteReportingServices.com
Case 1:19-cv-00059   Document 40-6   Filed 10/28/20   Page 5 of 30 PageID #: 462

| | | |
|---|---|---|
| 1 | Q.    A mistake that has turned out to be useful | 09:18:55 |
| 2 | for us.  So what does, form for Hopkins' case in | 09:18:57 |
| 3 | Marshall County mean? | 09:19:06 |
| 4 | A.    I sent the e-mail -- the form of the e-mail | 09:19:10 |
| 5 | to law enforcement. | 09:19:12 |
| 6 | Q.    Okay.  And that's the e-mail that you are | 09:19:14 |
| 7 | referring to at the beginning of these submissions? | 09:19:16 |
| 8 | Have you produced that e-mail? | 09:19:20 |
| 9 | A.    When I do an inspection I e-mail a copy of | 09:19:24 |
| 10 | the inspection to law enforcement. | 09:19:29 |
| 11 | Q.    Okay.  And have you made that form | 09:19:32 |
| 12 | available -- have you provided that to your lawyer? | 09:19:37 |
| 13 | A.    Yes. | 09:19:43 |
| 14 | Q.    Now, September 4th, so we're several months | 09:19:49 |
| 15 | removed from July, and we have several entries here. | 09:19:57 |
| 16 | Could you please, in order, explain and expand on | 09:20:02 |
| 17 | the comment section as they are relevant to this | 09:20:07 |
| 18 | case? | 09:20:11 |
| 19 | A.    In the second line, Bo Jackson -- | 09:20:12 |
| 20 | Q.    Yes. | 09:20:16 |
| 21 | A.    -- I went back to re-evaluate the Hopkins' | 09:20:16 |
| 22 | cattle. | 09:20:22 |
| 23 | Q.    And for the grand jury, what is SO evidence? | 09:20:23 |
| 24 | A.    Sheriff's office. | 09:20:29 |
| 25 | Q.    Okay.  And you did do that, did you not? | 09:20:29 |

| | | |
|---|---|---|
| 1 | A.    Yes. | 09:20:33 |
| 2 | Q.    And you did it on this date, at this time at | 09:20:34 |
| 3 | 8:00 a.m.? | 09:20:38 |
| 4 | A.    Yes. | 09:20:41 |
| 5 | Q.    Okay.  So this is describing the action not | 09:20:41 |
| 6 | that you were asked to do it?  This is when you | 09:20:46 |
| 7 | evaluated it? | 09:20:49 |
| 8 | A.    Yes. | 09:20:51 |
| 9 | Q.    Okay.  And can you continue please? | 09:20:51 |
| 10 | A.    Well, that looks like all that might have | 09:21:03 |
| 11 | been done regarding -- | 09:21:07 |
| 12 | Q.    Okay. | 09:21:10 |
| 13 | A.    Regarding that... | 09:21:10 |
| 14 | Q.    And this evaluation took two hours? | 09:21:11 |
| 15 | A.    Yes. | 09:21:15 |
| 16 | Q.    It was done where? | 09:21:16 |
| 17 | A.    It was done -- I'm sorry? | 09:21:18 |
| 18 | Q.    Was this at Bo Jackson's farm in Lewisburg? | 09:21:21 |
| 19 | A.    Yes. | 09:21:27 |
| 20 | Q.    And where is his farm exactly? | 09:21:27 |
| 21 | A.    I guess, it would have a Petersburg's | 09:21:30 |
| 22 | address. | 09:21:32 |
| 23 | Q.    Okay.  And can you describe this | 09:21:34 |
| 24 | inspection/evaluation?  Who was present? | 09:21:37 |
| 25 | A.    Myself, Tony Nichols, and there was another | 09:21:43 |

Elite Reporting Services * (615)595-0073    13
www.EliteReportingServices.com
Case 1:19-cv-00059   Document 40-8   Filed 10/28/20   Page 7 of 30 PageID #: 464

```
 1    law enforcement person there.  I think Drew Binkley      09:21:52
 2    was the other one that was there.  I'm sure             09:21:55
 3    Bo Jackson was there, and other people that I'm --      09:22:02
 4    farm workers that I'm sure I didn't even know who       09:22:05
 5    they were.                                              09:22:07
 6    Q.     Okay.  And did you have an occasion to           09:22:07
 7    inspect every head of cattle that belonged to the       09:22:11
 8    Hopkins at the time and was under the care of           09:22:16
 9    Bo Jackson on this day?                                 09:22:19
10    A.     Yes.                                             09:22:22
11    Q.     And describe that inspection.  What would you    09:22:22
12    do to inspect each head of cattle?                      09:22:25
13    A.     Each head of cattle had an ear tag in their      09:22:32
14    ear.  We documented the ear tag number, wrote a         09:22:37
15    description -- black cow, black calf -- whatever,       09:22:42
16    and the body score of that animal at that time.  And   09:22:45
17    the sheriff's department was taking pictures of each    09:22:51
18    animal individually at that time.                       09:22:56
19    Q.     Okay.  And this was done several months after   09:23:00
20    the cattle were seized from the Hopkins' farm,          09:23:11
21    correct?                                                09:23:16
22    A.     Looks like it, yes.                              09:23:16
23    Q.     So did you notice an increase in the body        09:23:18
24    scores?                                                 09:23:22
25    A.     There was improvement.                           09:23:23
```

| | | |
|---|---|---|
| 1 | Q.    And had you kept track of which herds?  You | 09:23:25 |
| 2 | described earlier there was a noted difference | 09:23:29 |
| 3 | between two herds?  Did you separate those two herds | 09:23:33 |
| 4 | for purposes of tracking body scores? | 09:23:37 |
| 5 | A.    I don't know if they separated them.  I was | 09:23:41 |
| 6 | in the barn. | 09:23:45 |
| 7 | Q.    You were in the barn when? | 09:23:46 |
| 8 | A.    When we were evaluating each animal | 09:23:49 |
| 9 | individually. | 09:23:53 |
| 10 | Q.    Okay.  And you don't know if they were | 09:23:54 |
| 11 | separated for the purposes of -- and I'm not saying, | 09:23:56 |
| 12 | physically separated, separated on a spreadsheet, | 09:23:59 |
| 13 | tracked separately? | 09:24:01 |
| 14 | A.    I don't know. | 09:24:06 |
| 15 | Q.    In other words, Dr. Johnson, when I refer to | 09:24:09 |
| 16 | head number 41, would you -- did you have anything | 09:24:12 |
| 17 | in place to identify which herd that cow came from? | 09:24:18 |
| 18 | A.    No. | 09:24:25 |
| 19 | Q.    So you were treating them all as being under | 09:24:25 |
| 20 | weight? | 09:24:29 |
| 21 | A.    No.  I body scored each animal individually | 09:24:31 |
| 22 | at that time. | 09:24:37 |
| 23 | Q.    Okay.  And each animal was scored on the day | 09:24:38 |
| 24 | of at the seizure or was this the first time they | 09:24:43 |
| 25 | were body scored individually? | 09:24:47 |

| | | |
|---|---|---|
| 1 | A.       I was not there the day of the seizure. | 09:24:50 |
| 2 | Q.       Okay.  Did you have an occasion to score the | 09:24:54 |
| 3 | body score prior to? | 09:24:57 |
| 4 | A.       As a herd. | 09:25:00 |
| 5 | Q.       As a herd, okay.  So that's a visual check | 09:25:01 |
| 6 | that you put in your log where you determined that | 09:25:06 |
| 7 | their body scores ranged from two to three for one | 09:25:09 |
| 8 | herd? | 09:25:14 |
| 9 | A.       Yes. | 09:25:14 |
| 10 | Q.       And you did that just from a driveway in the | 09:25:15 |
| 11 | field or where were you when you made that | 09:25:18 |
| 12 | determination? | 09:25:22 |
| 13 | A.       We walked into the pasture with the cattle. | 09:25:23 |
| 14 | Q.       You and who? | 09:25:27 |
| 15 | A.       Detective Nichols. | 09:25:29 |
| 16 | Q.       Okay.  And we're going to address this last | 09:25:31 |
| 17 | log before we -- October 25th.  Now, I'm guessing | 09:25:38 |
| 18 | that this Marshall County Sheriff's Office met with | 09:25:48 |
| 19 | Tony and rode with Tony -- that's Detective Nichols? | 09:25:55 |
| 20 | A.       Yes. | 09:26:01 |
| 21 | Q.       And the -- recheck of Hopkins' cattle. | 09:26:02 |
| 22 | A.       Yes. | 09:26:06 |
| 23 | Q.       And is this again on Mr. Jackson's land? | 09:26:06 |
| 24 | A.       Yes. | 09:26:11 |
| 25 | Q.       And what is a recheck?  Was it the same | 09:26:11 |

| | | |
|---|---|---|
| 1 | procedure as what you just described? | 09:26:15 |
| 2 | A.    No.  This was more of a general, look at the | 09:26:17 |
| 3 | whole herd as a whole. | 09:26:22 |
| 4 | Q.    What was the purpose of this recheck? | 09:26:25 |
| 5 | A.    Just to see that the herd is improving on | 09:26:29 |
| 6 | their body scores. | 09:26:32 |
| 7 | Q.    Okay.  Okay.  And I want to go back to our | 09:26:34 |
| 8 | last log.  You write, sheriff's office evidence.  So | 09:26:40 |
| 9 | you understood your inspection as being -- building | 09:26:50 |
| 10 | evidence -- collecting evidence for the grand jury? | 09:26:57 |
| 11 | A.    Yes. | 09:27:02 |
| 12 | Q.    And would that evidence be just body scores | 09:27:03 |
| 13 | or were you looking for marked improvements that you | 09:27:08 |
| 14 | could then say -- what does that mean?  Elaborate, | 09:27:13 |
| 15 | please? | 09:27:16 |
| 16 | A.    When the cattle were first removed from the | 09:27:19 |
| 17 | property, they were taken to the Jackson farm.  They | 09:27:22 |
| 18 | were -- IDs had been put in their ears.  I had no | 09:27:26 |
| 19 | IDs to start with and that was the first time I had | 09:27:34 |
| 20 | seen the cattle with an ID in each animal's ear. | 09:27:38 |
| 21 | And the sheriff's office took pictures of the cattle | 09:27:46 |
| 22 | individually at that time, and that's how they were | 09:27:49 |
| 23 | documenting each cattle -- head of cattle | 09:27:53 |
| 24 | individually. | 09:27:56 |
| 25 | Q.    Understood.  So when you're saying sheriff's | 09:27:58 |

| | | |
|---|---|---|
| 1 | office evidence, that was really the evidence or the | 09:27:59 |
| 2 | identification of each cow? | 09:27:59 |
| 3 | A.    Yes. | 09:28:03 |
| 4 | Q.    You are not really referring to the body | 09:28:03 |
| 5 | scores in that -- | 09:28:07 |
| 6 | A.    We did body scores. | 09:28:08 |
| 7 | Q.    Yes.  But that note referred to the | 09:28:10 |
| 8 | identification.  That was the sheriff's office | 09:28:12 |
| 9 | evidence that you were collecting? | 09:28:13 |
| 10 | A.    Right. | 09:28:19 |
| 11 | Q.    Thank you for clarifying that. | 09:28:21 |
| 12 | I'm going to stop my screen sharing and pull | 09:28:21 |
| 13 | more documents up.  Give me just a moment. | 09:28:27 |
| 14 | Dr. Johnson, can you see -- and I'm going to make | 09:28:30 |
| 15 | it larger, the livestock welfare examination form? | 09:30:43 |
| 16 | A.    Yes. | 09:30:49 |
| 17 | Q.    And this was filled out by you; is that | 09:30:54 |
| 18 | correct? | 09:30:57 |
| 19 | A.    Yes. | 09:30:58 |
| 20 | Q.    And there was some discussion at the | 09:31:02 |
| 21 | preliminary hearing that was associated with the | 09:31:08 |
| 22 | criminal charges at the time, where you testified | 09:31:13 |
| 23 | that there were several bodies of water.  What do | 09:31:15 |
| 24 | you remember about access to fresh water on this | 09:31:19 |
| 25 | day? | 09:31:23 |

Case 1:19-cv-00059    Document 40-6    Filed 10/28/20    Page 12 of 30 PageID #: 469

| | | |
|---|---|---|
| 1 | A. On that day, there was a dead cow laying in a | 09:31:24 |
| 2 | free-flowing stream. | 09:31:30 |
| 3 | Q. Okay. | 09:31:33 |
| 4 | A. There was also another area where there was | 09:31:34 |
| 5 | some cattle standing in water, sort of uphill from | 09:31:38 |
| 6 | that area. It appeared to be maybe a dry creek with | 09:31:46 |
| 7 | just pockets of water. | 09:31:52 |
| 8 | Q. Okay. | 09:31:54 |
| 9 | A. It was muddy. | 09:31:55 |
| 10 | Q. Muddy water? | 09:31:58 |
| 11 | A. Yes. | 09:32:00 |
| 12 | Q. What about the troughs. Do you recall seeing | 09:32:00 |
| 13 | troughs? | 09:32:08 |
| 14 | A. In one pasture, yes. | 09:32:09 |
| 15 | Q. Okay. Can you describe it? Do you remember | 09:32:11 |
| 16 | what you saw? | 09:32:13 |
| 17 | A. I know it was like a trough with water with | 09:32:15 |
| 18 | like an automatic water -- that would regulate the | 09:32:20 |
| 19 | amount of water in the trough. | 09:32:26 |
| 20 | Q. Well, I was reviewing -- I'm glad that you | 09:32:30 |
| 21 | mentioned that with specificity. I was reviewing | 09:32:35 |
| 22 | your testimony, stated to counsel for the Hopkins at | 09:32:42 |
| 23 | the preliminary hearing, that you did not see any | 09:32:42 |
| 24 | troughs. Do you recall saying that? | 09:32:46 |
| 25 | A. When he was asking about the big herd, I did | 09:32:51 |

*Elite Reporting Services * (615)595-0073*     19
*www.EliteReportingServices.com*
Case 1:19-cv-00059   Document 40-6   Filed 10/28/20   Page 13 of 30 PageID #: 470

| | | |
|---|---|---|
| 1 | not see a trough. And as I remembered, the trough | 09:32:54 |
| 2 | at the -- was in the smaller herd. | 09:32:59 |
| 3 | Q. Okay. Just one moment. Okay. So when the | 09:33:03 |
| 4 | district attorney asked you -- other than the moving | 09:33:28 |
| 5 | stream of water that the dead cow was in and the | 09:33:32 |
| 6 | ponds that you mentioned, were there any other | 09:33:36 |
| 7 | sources of water on that property. | 09:33:40 |
| 8 | And you say, I don't recall any, like, or | 09:33:44 |
| 9 | anything like that, like, water, like, from a well | 09:33:44 |
| 10 | or anything. | 09:33:47 |
| 11 | Is it your testimony that you were only | 09:33:48 |
| 12 | speaking about the first herd when you said that? | 09:33:52 |
| 13 | A. Yes. | 09:33:55 |
| 14 | Q. So when he asked you, did you see any troughs | 09:33:57 |
| 15 | on the property at all and you say, no, I didn't, | 09:34:01 |
| 16 | that was only talking about one herd? That's what | 09:34:05 |
| 17 | you are saying today? | 09:34:09 |
| 18 | A. I don't recall exactly how that was worded, | 09:34:12 |
| 19 | but that's the way I interpreted it. | 09:34:15 |
| 20 | Q. Okay. And you are saying today that you do | 09:34:19 |
| 21 | remember seeing a watering trough? | 09:34:23 |
| 22 | A. In the small herd. | 09:34:28 |
| 23 | Q. And you are also saying that this was your | 09:34:31 |
| 24 | form, and you checked that the livestock did not | 09:34:33 |
| 25 | have access to fresh water? | 09:34:37 |

```
 1   A.      Correct.                                    09:34:42

 2   Q.      Are there any amendments to this form that  09:34:43

 3   you would like to make now or do you remember it    09:34:47

 4   differently?                                        09:34:51

 5   A.      The fresh water was relevant to the dead cow 09:34:52

 6   in the water.                                       09:34:57

 7   Q.      Okay.  So you are answering, no, that the   09:35:06

 8   livestock do not have fresh water, was only relevant 09:35:11

 9   to the dead cow in one of the sources of water?     09:35:13

10   A.      Yes.                                        09:35:16

11   Q.      Okay.  And you know that this document is   09:35:18

12   used to determine probable cause?                   09:35:24

13   A.      Yes.                                        09:35:28

14   Q.      And you don't or do you -- do you have a    09:35:29

15   space or a field to make specific notes or comments 09:35:38

16   to clarify something like that?                     09:35:42

17   A.      Not on this form.                           09:35:45

18   Q.      Do you see how that could be misleading to a 09:35:46

19   finder of fact?                                     09:35:51

20   A.      It could.                                   09:35:53

21   Q.      Okay.  And you didn't find it appropriate to 09:35:55

22   clarify that at any point?                          09:36:00

23   A.      I don't make the forms.                     09:36:08

24   Q.      I understand you don't make the forms, but I 09:36:11

25   asked you if you found it appropriate to clarify    09:36:14
```

| | | |
|---|---|---|
| 1 | based on the reality of other water sources in | 09:42:13 |
| 2 | existence?  So you are not making your observations | 09:42:17 |
| 3 | on the existence of other water sources; is that | 09:42:27 |
| 4 | correct? | 09:42:32 |
| 5 | A.      This form does not just take into account | 09:42:32 |
| 6 | water. | 09:42:38 |
| 7 | Q.      Does that question take into account access | 09:42:39 |
| 8 | to fresh water? | 09:42:43 |
| 9 | A.      Yes. | 09:42:49 |
| 10 | Q.      Do you understand these questions to be | 09:42:52 |
| 11 | indicative of the existence of probable cause as it | 09:42:56 |
| 12 | relates to animal cruelty? | 09:43:00 |
| 13 | A.      You are going to have to rephrase that -- | 09:43:06 |
| 14 | what you are asking. | 09:43:08 |
| 15 | Q.      Do you understand these questions to relate | 09:43:11 |
| 16 | to the existence of probable cause as it relates to | 09:43:13 |
| 17 | animal cruelty? | 09:43:18 |
| 18 | A.      Yes. | 09:43:20 |
| 19 | Q.      Do you understand the repercussions of a | 09:43:22 |
| 20 | finding of probable cause for animal cruelty? | 09:43:29 |
| 21 | A.      Yes. | 09:43:35 |
| 22 | Q.      Do you think it to be important that you | 09:43:36 |
| 23 | provide a complete and total accounting of | 09:43:39 |
| 24 | information readily available to you in your | 09:43:48 |
| 25 | investigations? | 09:43:54 |

Elite Reporting Services * (615)595-0073
www.EliteReportingServices.com
26
Case 1:19-cv-00059    Document 40-6    Filed 10/28/20    Page 16 of 30 PageID #: 473

| | | |
|---|---|---|
| 1 | A.     I understand. | 09:43:55 |
| 2 | Q.     Do you think it's important that you provide | 09:43:56 |
| 3 | a complete accounting of what you saw? | 09:43:58 |
| 4 | A.     Yes, I understand. | 09:44:06 |
| 5 | Q.     So, yes, you do think that's important?  It's | 09:44:08 |
| 6 | a question, Dr. Johnson.  I'm not asking if you | 09:44:13 |
| 7 | understand, I'm asking what you, yourself, feel that | 09:44:18 |
| 8 | you owe in a probable causes investigation? | 09:44:21 |
| 9 | A.     Yes. | 09:44:25 |
| 10 | Q.     Yes.  You agree it's important that you -- | 09:44:30 |
| 11 | A.     Yes. | 09:44:35 |
| 12 | Q.     Okay.  Do you feel that you did that here on | 09:44:36 |
| 13 | this form? | 09:44:39 |
| 14 | A.     Yes. | 09:44:43 |
| 15 | Q.     You provided a complete picture of what was | 09:44:44 |
| 16 | happening on the Hopkins' farm? | 09:44:49 |
| 17 | A.     On this farm, yes. | 09:44:53 |
| 18 | Q.     Okay.  What about on this form?  Did you | 09:44:56 |
| 19 | provide a complete picture of the reality of access | 09:45:14 |
| 20 | to fresh water on the Hopkins' farm? | 09:45:19 |
| 21 | A.     On the visit that I saw her, yes. | 09:45:28 |
| 22 | Q.     And that's based on the dead cow in the | 09:45:33 |
| 23 | creek? | 09:45:36 |
| 24 | A.     Yes. | 09:45:37 |
| 25 | Q.     So you described that as a disease issue that | 09:45:46 |

| | | |
|---|---|---|
| 1 | was present, correct? | 09:45:50 |
| 2 | A.      Yes. | 09:45:54 |
| 3 | Q.      Why wouldn't you list it, and you see that on | 09:45:56 |
| 4 | question 6, you do say, yes, but then the serious | 09:46:00 |
| 5 | disease issue you just described was omitted, and | 09:46:05 |
| 6 | you talked about pink eye? | 09:46:09 |
| 7 | A.      I don't know that there was a disease | 09:46:12 |
| 8 | present. | 09:46:15 |
| 9 | Q.      Well, you just testified that you considered | 09:46:17 |
| 10 | it to be a disease issue. | 09:46:21 |
| 11 | A.      It could be. | 09:46:24 |
| 12 | Q.      So wouldn't you include that on the form? | 09:46:25 |
| 13 | A.      No. | 09:46:37 |
| 14 | Q.      Okay.  But you would include the pink eye? | 09:46:40 |
| 15 | A.      It was active. | 09:46:47 |
| 16 | Q.      What was asking {sic}? | 09:46:49 |
| 17 | A.      Active. | 09:46:52 |
| 18 | Q.      Active pink eye? | 09:46:52 |
| 19 | A.      The disease was active. | 09:46:54 |
| 20 | Q.      Okay.  Is there any other place in your | 09:46:55 |
| 21 | form -- in this form where you could have written, | 09:47:01 |
| 22 | for instance, there were other sources of fresh | 09:47:07 |
| 23 | water, but one was obstructed by a dead cow?  Where | 09:47:14 |
| 24 | could you have written that on this form? | 09:47:20 |
| 25 | A.      Maybe additional observations. | 09:47:25 |

| | | |
|---|---|---|
| 1 | Q. Do you ever make additional observations in | 09:47:27 |
| 2 | that field on these forms? | 09:47:32 |
| 3 | A. Yes. | 09:47:35 |
| 4 | Q. But you did not feel that was necessary here? | 09:47:35 |
| 5 | A. I did not make any observations. | 09:47:38 |
| 6 | Q. Did you observe a food shortage on the | 09:47:40 |
| 7 | Hopkins farm? | 09:47:46 |
| 8 | A. There was a forage problem. | 09:47:48 |
| 9 | Q. And that's different than a feed problem? | 09:47:55 |
| 10 | A. Well, forage is a type of feed and grain is a | 09:48:00 |
| 11 | type of feed. | 09:48:09 |
| 12 | Q. Do head of cattle such as these need both? | 09:48:13 |
| 13 | A. No, they don't have to have both. | 09:48:20 |
| 14 | Q. So when you say there was a forage problem, | 09:48:25 |
| 15 | I'm assuming there was not a grain shortage? | 09:48:29 |
| 16 | A. There was no grain that we saw the first day. | 09:48:33 |
| 17 | Q. Okay. So you did not feel that these | 09:48:40 |
| 18 | livestock had food or adequate food supply? | 09:48:49 |
| 19 | A. Adequate forage. | 09:48:54 |
| 20 | Q. So you are not willing to say that you could | 09:49:00 |
| 21 | make the determination that they did not have | 09:49:05 |
| 22 | adequate food? | 09:49:06 |
| 23 | A. They did not have adequate forage. It was | 09:49:09 |
| 24 | very poor quality. | 09:49:14 |
| 25 | Q. I understand that. You've said that they did | 09:49:19 |

Case 1:19-cv-00059   Document 40-6   Filed 10/28/20   Page 19 of 30 PageID #: 476

| | | |
|---|---|---|
| 1 | not have adequate forage. What I'm trying to ask | 09:49:19 |
| 2 | is, if you were able to say that day, that they did | 09:49:22 |
| 3 | not have an adequate food supply? | 09:49:26 |
| 4 | A.      I don't think they did, no. | 09:49:29 |
| 5 | Q.      Okay.  Which is why you put no for number 4? | 09:49:40 |
| 6 | A.      Correct. | 09:49:45 |
| 7 | Q.      And that's on July 2nd.  And you said, no, | 09:49:47 |
| 8 | again on July 12th.  Do you remember any hay rings? | 09:49:55 |
| 9 | A.      There were empty hay rings. | 09:50:12 |
| 10 | Q.      Do you remember how many? | 09:50:16 |
| 11 | A.      No. | 09:50:17 |
| 12 | Q.      Do you remember which pasture they were in? | 09:50:18 |
| 13 | A.      No. | 09:50:21 |
| 14 | Q.      Did you see hay rings that had hay in them? | 09:50:22 |
| 15 | A.      No. | 09:50:28 |
| 16 | Q.      Did you see hay in bales? | 09:50:28 |
| 17 | A.      No. | 09:50:33 |
| 18 | Q.      Did you see the cattle grazing? | 09:50:34 |
| 19 | A.      They were in the pasture, yes, grazing. | 09:50:43 |
| 20 | Q.      Okay.  But not with adequate forage is your | 09:50:47 |
| 21 | testimony? | 09:50:53 |
| 22 | A.      Right. | 09:50:54 |
| 23 | Q.      Now, I want to ask how many counties do you | 09:51:12 |
| 24 | serve, Dr. Johnson? | 09:51:19 |
| 25 | A.      Fifteen. | 09:51:20 |

Case 1:19-cv-00059    Document 40-6    Filed 10/28/20   Page 20 of 30 PageID #: 477

| | | |
|---|---|---|
| 1 | Q.    Okay.  Do you remember what recommendations | 10:31:27 |
| 2 | were made to Mr. Hopkins? | 10:31:33 |
| 3 | A.    I didn't make any recommendations to | 10:31:38 |
| 4 | Mr. Hopkins.  We made them to Ms. Hopkins.  I made | 10:31:41 |
| 5 | them to Detective Nichols and he forwarded the | 10:31:44 |
| 6 | information to Ms. Hopkins about getting a | 10:31:49 |
| 7 | veterinarian to evaluate the animals. | 10:31:53 |
| 8 | Q.    Okay, understood.  So you said that you made | 10:31:53 |
| 9 | them to Detective Nichols.  What were your | 10:31:56 |
| 10 | recommendations that you made to Detective Nichols? | 10:31:59 |
| 11 | A.    Get the dead cow out of the pasture -- out of | 10:32:00 |
| 12 | the stream, and get a veterinarian to evaluate the | 10:32:02 |
| 13 | animals. | 10:32:10 |
| 14 | Q.    Just do a general evaluation or evaluate for | 10:32:11 |
| 15 | what? | 10:32:12 |
| 16 | A.    Deworming, aging, just the general health | 10:32:14 |
| 17 | evaluation by a private veterinarian. | 10:32:19 |
| 18 | Q.    And pink eye? | 10:32:23 |
| 19 | A.    And pink eye, yes.  Any issues that a private | 10:32:24 |
| 20 | veterinarian might feel needs to be addressed. | 10:32:28 |
| 21 | Q.    Now, what about bones -- remains of dead | 10:32:41 |
| 22 | cattle.  It was mentioned that you witnessed cattle | 10:32:46 |
| 23 | at various stages of decomposition? | 10:32:53 |
| 24 | A.    Yes. | 10:32:58 |
| 25 | Q.    And once flesh is decomposed and you are left | 10:32:58 |

Elite Reporting Services * (615)595-0073      54
www.EliteReportingServices.com
Case 1:19-cv-00059   Document 40-6   Filed 10/28/20   Page 21 of 30 PageID #: 478

```
 1                    EXAMINATION
 2   QUESTIONS BY MR. TISHER:
 3   Q.     Good morning, Dr. Johnson, my name is          10:38:29
 4   Destin Tisher.  I'm representing Detective Nichols    10:38:29
 5   as well as Sheriff Lamb.                              10:38:29
 6          I would like for you to explain a little bit   10:38:30
 7   further the process of grading the cattle -- a        10:38:34
 8   little further detail as to what those grades mean    10:38:36
 9   and how you determine those.                          10:38:42
10   A.     Body score conditions?                         10:38:44
11   Q.     Yes, body score conditions.                    10:38:47
12   A.     Okay.  Every -- different species have         10:38:49
13   different body score numbers.  Beef cattle have       10:38:55
14   different than dairy cattle, so with beef cattle,     10:39:02
15   they are scored from 1 to 9 with 1 being very skinny  10:39:03
16   and 9 being very obese.  And you look at different    10:39:08
17   physical things on that animal to determine what      10:39:13
18   that body score is.                                   10:39:19
19   Q.     And these particular cattle were beef cattle?  10:39:21
20   A.     Yes.                                           10:39:26
21   Q.     And you noted that there were some cattle      10:39:29
22   that were in the two to three body score range; is    10:39:32
23   that correct?                                         10:39:37
24   A.     Yes.                                           10:39:38
25   Q.     And what does that mean, that they are in      10:39:38
```

| | | |
|---|---|---|
| 1 | that two to three range?  What would their | 10:39:42 |
| 2 | characteristics be? | 10:39:46 |
| 3 | A.     Usually, you can see ribs.  You can see the | 10:39:49 |
| 4 | spine.  There's not a lot of body fat on them. | 10:39:54 |
| 5 | Their hipbones are protruding. | 10:39:59 |
| 6 | Q.     Now, at that body score, what would be some | 10:40:02 |
| 7 | of the potential medical issues? | 10:40:06 |
| 8 | A.     They could be, you know, susceptible to | 10:40:12 |
| 9 | diseases and parasites.  Those are the most likely | 10:40:17 |
| 10 | things.  If you are under weight, you are not going | 10:40:25 |
| 11 | to have a good immunity to fight off diseases. | 10:40:29 |
| 12 | Q.     And what would be an ideal body score? | 10:40:32 |
| 13 | A.     Four to six, with five being optimal. | 10:40:39 |
| 14 | Q.     And you noted that the -- of the two herd, | 10:40:44 |
| 15 | the larger of the herd is the one that had | 10:40:47 |
| 16 | significant numbers in the two or three range; is | 10:40:48 |
| 17 | that correct? | 10:40:54 |
| 18 | A.     Yes. | 10:40:54 |
| 19 | Q.     We discussed the water sources.  Could you | 10:40:59 |
| 20 | tell me, in total, what are the water sources that | 10:41:03 |
| 21 | you observed on the Hopkins' farm in July of 2018? | 10:41:08 |
| 22 | A.     Which trip? | 10:41:15 |
| 23 | Q.     The -- well, each of them if you don't mind. | 10:41:16 |
| 24 | A.     On the first visit, there was a spring with a | 10:41:22 |
| 25 | stream running out of it, close to two groves, and | 10:41:28 |

| | | |
|---|---|---|
| 1 | A.      I believe that was noted in the | 10:44:50 |
| 2 | recommendations. | 10:44:53 |
| 3 | Q.      And you determined that there was probable | 10:44:54 |
| 4 | cause, correct? | 10:44:57 |
| 5 | A.      Yes. | 10:45:01 |
| 6 | Q.      And specifically that was opined on | 10:45:03 |
| 7 | unreasonable failure to provide livestock necessary | 10:45:06 |
| 8 | food, water, or shelter? | 10:45:12 |
| 9 | A.      And care. | 10:45:14 |
| 10 | Q.      I'm sorry.  Food, water, care, or shelter? | 10:45:16 |
| 11 | A.      Yes. | 10:45:21 |
| 12 | Q.      And was that determination based on more than | 10:45:22 |
| 13 | one of those factors that there was unreasonable | 10:45:25 |
| 14 | failure to provide one of the two, water, care or | 10:45:28 |
| 15 | shelter? | 10:45:28 |
| 16 | A.      Yes. | 10:45:31 |
| 17 | Q.      Okay.  Which specifically, was there an | 10:45:32 |
| 18 | unreasonable failure to provide? | 10:45:35 |
| 19 | A.      Food was number one. | 10:45:38 |
| 20 | Q.      Okay.  And then we've noted the issues with | 10:45:43 |
| 21 | the water, because of the dead cow in the creek, | 10:45:49 |
| 22 | correct? | 10:45:53 |
| 23 | A.      Correct. | 10:45:53 |
| 24 | Q.      And then care, did there appear to be an | 10:45:54 |
| 25 | unreasonable failure to provide livestock with care? | 10:45:58 |

```
 1   A.      Right.   No, veterinary care or no owner care;      10:46:02
 2   was not acceptable.                                         10:46:04
 3   Q.      When you observed the calves in July on the         10:46:10
 4   Hopkins property, on either of those dates, did it          10:46:17
 5   appear that they were being weaned properly?                10:46:21
 6   A.      No.                                                 10:46:25
 7   Q.      Can you elaborate on that?                          10:46:25
 8   A.      There were cattle that appeared to be very          10:46:29
 9   old calves that were still in the pasture with their        10:46:35
10   mothers and nothing looked like -- looked like they         10:46:40
11   had been weaned from the cattle.                            10:46:47
12   Q.      Okay.   What's the problem if a calf is not         10:46:49
13   appropriately weaned?                                       10:46:55
14   A.       If the older calf is still nursing, and then       10:46:58
15   she has another baby, that younger baby, might not          10:47:03
16   get enough colostrum or milk, because the older calf        10:47:06
17   could still be nursing.                                     10:47:15
18   Q.      And could that result in the death of the           10:47:17
19   younger calf?                                               10:47:19
20   A.      Yes.                                                10:47:21
21   Q.      Did you see any particular instances where a        10:47:21
22   younger and older calf were nursing off the same            10:47:26
23   mother?                                                     10:47:30
24   A.      I did not physically see that, no.                  10:47:31
25   Q.      Okay.   But you saw some calves that were too       10:47:35
```

| | | |
|---|---|---|
| 1 | old to be continuing to do so that could raise that | 10:47:36 |
| 2 | issue; is that right? | 10:47:44 |
| 3 | A.    Yes. | 10:47:46 |
| 4 | Q.    Among the dead cattle that you observed -- | 10:47:51 |
| 5 | discussed earlier as to the flesh and bone remnants, | 10:47:56 |
| 6 | and you said that you could not tell from a bone how | 10:48:01 |
| 7 | long the animal had been dead; is that correct? | 10:48:06 |
| 8 | A.    Yes. | 10:48:10 |
| 9 | Q.    But if there were flesh or some other matter | 10:48:11 |
| 10 | like that, then it would be possible to tell how | 10:48:14 |
| 11 | recent the death was? | 10:48:19 |
| 12 | A.    It would be a more accurate guess than just a | 10:48:23 |
| 13 | bone laying there. | 10:48:28 |
| 14 | Q.    Do you recall how many cows you saw that had | 10:48:29 |
| 15 | flesh still on them? | 10:48:36 |
| 16 | A.    There were several, maybe four or five. | 10:48:39 |
| 17 | Q.    And did they appear -- I'm sorry, continue. | 10:48:42 |
| 18 | A.    They were all in one sink hole. | 10:48:44 |
| 19 | Q.    Okay.  Did they appear to be in various | 10:48:50 |
| 20 | stages of decomposition? | 10:48:55 |
| 21 | A.    Yes. | 10:48:58 |
| 22 | Q.    Okay.  From the one that looked to be dead | 10:48:59 |
| 23 | for the longest period of time, can you estimate | 10:49:07 |
| 24 | what that time period would be? | 10:49:11 |
| 25 | A.    No, not if you just saw the bone.  It's hard | 10:49:14 |

Case 1:19-cv-00059    Document 40-6    Filed 10/28/20    Page 26 of 30 PageID #: 483

| | | |
|---|---|---|
| 1 | to say. | 10:49:18 |
| 2 | Q.    I'm sorry, of the ones that had -- of the | 10:49:19 |
| 3 | several that you described with some flesh still on | 10:49:21 |
| 4 | them. | 10:49:26 |
| 5 | A.    Within the last probably month, I guess, | 10:49:26 |
| 6 | because they still had an odor and flesh. | 10:49:30 |
| 7 | Q.    Okay.  So once it's been over a month, then | 10:49:31 |
| 8 | that's the time that all flesh would be decomposed | 10:49:36 |
| 9 | and only bone would be left? | 10:49:40 |
| 10 | A.    No.  That's hard to say, because it depends | 10:49:43 |
| 11 | on the temperature, you know, the outdoor | 10:49:48 |
| 12 | temperature and weather coyotes have ripped it to | 10:49:48 |
| 13 | pieces.  It's just a guess.  I'm not a forensic | 10:49:57 |
| 14 | veterinarian so, I'm not sure. | 10:49:59 |
| 15 | Q.    Would decomposition happened faster in warm | 10:50:02 |
| 16 | temperatures? | 10:50:08 |
| 17 | A.    Yes. | 10:50:09 |
| 18 | Q.    And it was July when you were observing these | 10:50:12 |
| 19 | animals, right? | 10:50:17 |
| 20 | A.    Correct. | 10:50:19 |
| 21 | Q.    So of the animals that still had hide on | 10:50:19 |
| 22 | them, what do you believe their time of death to | 10:50:19 |
| 23 | have been from the point that you saw them? | 10:50:19 |
| 24 | A.    Probably a month, six weeks. | 10:50:21 |
| 25 | Q.    And you said that was -- you believe to be | 10:50:33 |

Case 1:19-cv-00059   Document 40-6   Filed 10/28/20   Page 27 of 30 PageID #: 484

| | | |
|---|---|---|
| 1 | about four or them? | 10:50:36 |
| 2 | A.     They were all in a sink hole, and they were | 10:50:40 |
| 3 | all just piled in on top of each other, so it's hard | 10:50:44 |
| 4 | to say.  They were not properly disposed of on the | 10:50:48 |
| 5 | property. | 10:50:52 |
| 6 | Q.     So there were a number of cows that appeared | 10:50:52 |
| 7 | to have died within the last month to six weeks that | 10:50:57 |
| 8 | had been improperly disposed of? | 10:51:01 |
| 9 | A.     Correct. | 10:51:06 |
| 10 | Q.     And what's the danger of the form in which | 10:51:06 |
| 11 | they were disposed? | 10:51:09 |
| 12 | A.     They were put in a sink hole, and that | 10:51:11 |
| 13 | usually leads to underground water sources for | 10:51:14 |
| 14 | either animals or people. | 10:51:20 |
| 15 | Q.     So there's a worry that the surrounding water | 10:51:35 |
| 16 | could be contaminated by the decomposition of those | 10:51:41 |
| 17 | cows in the sink hole? | 10:51:43 |
| 18 | A.     It's possible. | 10:51:45 |
| 19 | Q.     And that could be the water sources that the | 10:51:51 |
| 20 | other cows would use? | 10:51:56 |
| 21 | A.     Yes. | 10:52:00 |
| 22 | Q.     You mentioned what the body score were at the | 10:52:08 |
| 23 | time that you observed the cattle as a herd in July | 10:52:12 |
| 24 | on the Hopkins' farm.  As for observing them again, | 10:52:19 |
| 25 | just as a herd, what were the body scores ranges | 10:52:25 |

Case 1:19-cv-00059    Document 40-8    Filed 10/28/20    Page 28 of 30 PageID #: 485

| | | |
|---|---|---|
| 1 | once you observed them in September and; October on | 10:52:30 |
| 2 | Mr. Jackson's farm? | 10:52:35 |
| 3 | A.       Generally, the group improved maybe from a | 10:52:37 |
| 4 | three to six. | 10:52:42 |
| 5 | Q.       Did you see any cattle that appeared to be a | 10:52:45 |
| 6 | three at that time on Mr. Jackson's farm? | 10:52:51 |
| 7 | A.       I don't recall.  I did a body score on each | 10:52:57 |
| 8 | one, but I don't have that item in front of me. | 10:53:00 |
| 9 | Q.       But there was a broad general improvement | 10:53:04 |
| 10 | made? | 10:53:07 |
| 11 | A.       Yes. | 10:53:08 |
| 12 | Q.       Was it the level of which you expected | 10:53:16 |
| 13 | improvement to be made at the same pace, according | 10:53:20 |
| 14 | to the number of months that they had been removed | 10:53:23 |
| 15 | from the Hopkins' farm? | 10:53:27 |
| 16 | A.       I was happy with their improvement. | 10:53:27 |
| 17 | MR. TISHER:  Well, I appreciate it.  I | 10:53:35 |
| 18 | think that's -- those are all of the questions that | 10:53:37 |
| 19 | I have. | 10:53:39 |
| 20 | Do you have anything else as a followup? | 10:53:39 |
| 21 | MR. BRAZIL:  No, I do not.  Nothing | 10:53:39 |
| 22 | further. | 10:53:39 |
| 23 | FURTHER DEPONENT SAITH NOT | |
| 24 | | |
| 25 | | |

*Elite Reporting Services * (615)595-0073*                66
*www.EliteReportingServices.com*
Case 1:19-cv-00059   Document 40-6   Filed 10/28/20   Page 29 of 30 PageID #: 486

```
1                    REPORTER'S CERTIFICATE

2
    STATE OF TENNESSEE
3
    COUNTY OF RUTHERFORD
4

5

6          I, April C. Howard, Licensed Court

7   Reporter, with offices in Franklin, Tennessee,

8   hereby certify that I reported the foregoing

9   deposition of JILL JOHNSON by machine shorthand to

10  the best of my skills and abilities, and thereafter

11  the same was reduced to typewritten form by me.  I

12  am not related to any of the parties named herein,

13  nor their counsel, and have no interest, financial

14  or otherwise, in the outcome of the proceedings.

15          I further certify that in order for this
    document to be considered a true and correct copy,
16  it must bear my original signature, and that any
    unauthorized reproduction in whole or in part
17  and/or transfer of this document is not authorized,
    will not be considered authentic, and will be in
18  violation of Tennessee Code Annotated 39-14-104,
    Theft of Services.
19

20

21

22  _____
    April C. Howard, LCR
23  Elite Reporting Services
    Associate Reporter
24
    LCR # 098 - Expires: 06.30.20
25
```