```
 1            IN THE UNITED STATES DISTRICT
              MIDDLE DISTRICT OF TENNESSEE
 2                    AT COLUMBIA
 3   ─────────────────────────────────────────────

     STEPHEN MATTHEW HOPKINS
 4   and JULIE R. HOPKINS,

 5            Plaintiffs,

 6   vs.                            Case No.
                                    1:19-cv-00059
 7   ANTHONY "TONY" NICHOLS, in
     his individual and
 8   official capacity, SHERIFF
     WILLIAM "BILLY" LAMB, in
 9   his individual and
     official capacity,
10
              Defendants.
11
     ─────────────────────────────────────────────
12

13

14

15
              Videoconference Deposition of:
16
              WILLIAM LAMB
17
              Taken on behalf of Plaintiffs
18            August 5, 2020

19

20

21
     ─────────────────────────────────────────────
22
                 Elite Reporting Services
23              www.elitereportingservices.com
            Lindsey R. Perry, LCR, RPR, CRR, CSR
24               Post Office Box 292382
                Nashville, Tennessee   37229
25                  (615)595-0073
```

*Elite Reporting Services * (615)595-0073*
*www.EliteReportingServices.com*
Case 1:19-cv-00059   Document 40-7   Filed 10/28/20   Page 1 of 4 PageID #: 488

```
 1   occur?
 2   A.      Best I recall, I believe it was in the
 3   evening.  Late -- late evening.
 4   Q.      And so judges are available to entertain
 5   applications for search warrants from your officers
 6   day and night; correct?
 7   A.      Yes, sir.
 8   Q.      And Detective Nichols could have gotten a
 9   search warrant or applied for a search warrant on
10   July 12th, right?
11   A.      Yes, sir, I guess he could have.  I think he
12   was still operating under, best I remember, what was
13   said.  Mr. Hopkins told him to go on the property
14   and do what he needed to do or something to that
15   effect.  I guess that's what he was operating under.
16   I can't say.
17   Q.      Well, that's what Detective Nichols says he
18   was told, but he said a lot of things about what he
19   was told that didn't seem to line up with an audio
20   recording of that encounter, but we'll address that
21   with him.
22   A.      Yes, sir.
23   Q.      So tell me about exactly what happened when
24   you arrived on the Hopkinses' farm on July 13th.
25   What's the first thing you observed when you pulled
```

*Elite Reporting Services * (615)595-0073*  38
www.EliteReportingServices.com
Case 1:19-cv-00059   Document 40-7   Filed 10/28/20   Page 2 of 4 PageID #: 489

```
 1   onto the property?
 2   A.      I observed, I think, Detective Nichols and a
 3   few more officers there.  I think Drew Binkley was
 4   there, is the first thing I observed, and --
 5   Q.      I'm sorry.  Go ahead.
 6   A.      Some gentlemen showed up at the farm with
 7   some trucks and trailers.  And like I say, I wasn't
 8   there very long.  There was -- a gentleman was
 9   talking to Detective Binkley, and I walked back, and
10   the gentleman -- I guess it was Mr. Hopkins.  I
11   never met Mr. Hopkins before.  He asked me if he
12   could sell the cattle, and I told him that he needed
13   to contact Detective Nichols because it was his
14   case.  At that point, we -- it was just some small
15   talk.  We was just talking, and I left after that.
16   Q.      Did you observe a "no trespassing" sign
17   whenever you turned onto the property?
18   A.      No, sir, I didn't.
19   Q.      And so was this the first time you had
20   participated in one of Detective Nichols' livestock
21   seizures?
22   A.      I could have showed up at one, but I
23   don't -- I don't recall.  I would think the -- that
24   chicken case you talked about a while ago, I think I
25   rode out there.  I think the man's -- I -- seems
```

```
 1                    REPORTER'S CERTIFICATE

 2

 3      STATE OF TENNESSEE

 4      COUNTY OF WILLIAMSON

 5           I, LINDSEY R. PERRY, licensed court

 6      reporter, with offices in Franklin, Tennessee,

 7      hereby certify that I reported the foregoing

 8      deposition of WILLIAM LAMB by machine shorthand to

 9      the best of my skills and abilities, and thereafter

10      the same was reduced to typewritten form by me.

11           I further certify I am not related to any of

12      the parties named herein nor related to their

13      counsel and have no interest, financial or

14      otherwise, in the outcome of the proceedings.

15      I further certify that in order for this document to
        be considered a true and correct copy, it must bear
16      my original signature and that any unauthorized
        reproduction in whole or in part and/or transfer of
17      this document is not authorized, will not be
        considered authentic, and will be in violation of
18      Tennessee Code Annotated 3-914-104, Theft of
        Services.
19

20
                    [signature: Lindsey R. Perry]
21      _____
        LINDSEY R. PERRY, LCR, RPR, CRR, CSR
22      Licensed Court Reporter
        Registered Professional Reporter
23      Certified Realtime Reporter
        Certified Shorthand Reporter
24      State of Tennessee at Large

25      LCR #790 - Expires:    6/30/2022
```

*Elite Reporting Services * (615)595-0073*    82
www.EliteReportingServices.com
Case 1:19-cv-00059   Document 40-7   Filed 10/28/20   Page 4 of 4 PageID #: 491