1        IN THE UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF TENNESSEE
2               AT COLUMBIA

3 _____

4 STEPHEN MATTHEW HOPKINS and
  JULIE R. HOPKINS,

5            Plaintiffs,

6 vs.             Case No. 1:19-CV-00059

7 ANTHONY "TONY" NICHOLS, in his
  individual and official capacity,

8 SHERIFF WILLIAM "BILLY" LAMB,
  in his individual and official capacity,

9            Defendants.

10 _____

11

12

13

14

15            Deposition of:

           DR. JILL JOHNSON

16

17            Taken on behalf of the
           Plaintiffs
           June 30, 2020

18

19

20

21 _____

22        Elite Reporting Services
       www.elitereportingservices.com

23    April C. Howard, LCR, Associate Reporter
           P.O. Box 292382

24      Nashville, Tennessee 37229
          (615)595-0073

25

```
 1   what you know.                                          11:44:19
 2   A.      Well, you know, there were a variety of them,   11:44:19
 3   and there were a handful.  When I say "handful", you    11:44:20
 4   know, there were 10 percent or so that looked like      11:44:20
 5   their lives were on the line, you know, 10 to 15        11:44:20
 6   percent -- they didn't need to stub their toe.  I       11:44:20
 7   mean, they didn't have any energy to spare, and they    11:44:22
 8   were just -- had a rough hair coat, eyes didn't         11:44:23
 9   really look that good.                                  11:44:24
10   Q.      Okay.                                           11:44:24
11   A.      And as far as the pink eyes, there were two     11:44:24
12   herds of them -- and which I only got to see them as    11:44:25
13   two herds, the morning -- that Friday morning,          11:44:26
14   because I had never been up there, and that Friday      11:44:27
15   morning, they gathered them together, you know, they    11:44:28
16   were meshed together.                                   11:44:29
17   Q.      So you joined --                                11:44:30
18   A.      So when they came to my house, they were one    11:44:30
19   group of cattle.  And I could physically look at        11:44:31
20   them and tell, you know, that one was definitely in     11:44:32
21   the better end of them and that one is in the bottom    11:44:33
22   end of them.                                            11:44:34
23   Q.      Now, when you reference "that Friday            11:44:35
24   morning", what date are you talking about?             11:44:35
25   A.      The 13th, the day they came to my house.  I     11:44:36
```

| | | |
|---|---|---|
| 1 | A.     On that day, there was a dead cow laying in a | 09:31:24 |
| 2 | free-flowing stream. | 09:31:30 |
| 3 | Q.     Okay. | 09:31:33 |
| 4 | A.     There was also another area where there was | 09:31:34 |
| 5 | some cattle standing in water, sort of uphill from | 09:31:38 |
| 6 | that area.  It appeared to be maybe a dry creek with | 09:31:46 |
| 7 | just pockets of water. | 09:31:52 |
| 8 | Q.     Okay. | 09:31:54 |
| 9 | A.     It was muddy. | 09:31:55 |
| 10 | Q.     Muddy water? | 09:31:58 |
| 11 | A.     Yes. | 09:32:00 |
| 12 | Q.     What about the troughs.  Do you recall seeing | 09:32:00 |
| 13 | troughs? | 09:32:08 |
| 14 | A.     In one pasture, yes. | 09:32:09 |
| 15 | Q.     Okay.  Can you describe it?  Do you remember | 09:32:11 |
| 16 | what you saw? | 09:32:13 |
| 17 | A.     I know it was like a trough with water with | 09:32:15 |
| 18 | like an automatic water -- that would regulate the | 09:32:20 |
| 19 | amount of water in the trough. | 09:32:26 |
| 20 | Q.     Well, I was reviewing -- I'm glad that you | 09:32:30 |
| 21 | mentioned that with specificity.  I was reviewing | 09:32:35 |
| 22 | your testimony, stated to counsel for the Hopkins at | 09:32:42 |
| 23 | the preliminary hearing, that you did not see any | 09:32:42 |
| 24 | troughs.  Do you recall saying that? | 09:32:46 |
| 25 | A.     When he was asking about the big herd, I did | 09:32:51 |

Case 1:19-cv-00051-GNS-HBB   Document 48-10   Filed 02/02/2015   Page 3 of 21   PageID #: 629
Elite Reporting Services
www.EliteReportingServices.com

| | |
|---|---|
| 1 | not see a trough.  And as I remembered, the trough |
| 2 | at the -- was in the smaller herd. |
| 3 | Q.    Okay.  Just one moment.  Okay.  So when the |
| 4 | district attorney asked you -- other than the moving |
| 5 | stream of water that the dead cow was in and the |
| 6 | ponds that you mentioned, were there any other |
| 7 | sources of water on that property. |
| 8 |        And you say, I don't recall any, like, or |
| 9 | anything like that, like, water, like, from a well |
| 10 | or anything. |
| 11 |        Is it your testimony that you were only |
| 12 | speaking about the first herd when you said that? |
| 13 | A.    Yes. |
| 14 | Q.    So when he asked you, did you see any troughs |
| 15 | on the property at all and you say, no, I didn't, |
| 16 | that was only talking about one herd?  That's what |
| 17 | you are saying today? |
| 18 | A.    I don't recall exactly how that was worded, |
| 19 | but that's the way I interpreted it. |
| 20 | Q.    Okay.  And you are saying today that you do |
| 21 | remember seeing a watering trough? |
| 22 | A.    In the small herd. |
| 23 | Q.    And you are also saying that this was your |
| 24 | form, and you checked that the livestock did not |
| 25 | have access to fresh water? |

Timestamps:
09:32:54
09:32:59
09:33:03
09:33:28
09:33:32
09:33:36
09:33:40
09:33:44
09:33:44
09:33:47
09:33:48
09:33:52
09:33:55
09:33:57
09:34:01
09:34:05
09:34:09
09:34:12
09:34:15
09:34:19
09:34:23
09:34:28
09:34:31
09:34:33
09:34:37

Case 1:19-cv-00059-H-BU Document 43-10 Filed 12/02/25 Page 4 of 21 PageID #: 630
Elite Reporting Services
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | A.    Correct. | 09:34:42 |
| 2 | Q.    Are there any amendments to this form that | 09:34:43 |
| 3 | you would like to make now or do you remember it | 09:34:47 |
| 4 | differently? | 09:34:51 |
| 5 | A.    The fresh water was relevant to the dead cow | 09:34:52 |
| 6 | in the water. | 09:34:57 |
| 7 | Q.    Okay.  So you are answering, no, that the | 09:35:06 |
| 8 | livestock do not have fresh water, was only relevant | 09:35:11 |
| 9 | to the dead cow in one of the sources of water? | 09:35:13 |
| 10 | A.    Yes. | 09:35:16 |
| 11 | Q.    Okay.  And you know that this document is | 09:35:18 |
| 12 | used to determine probable cause? | 09:35:24 |
| 13 | A.    Yes. | 09:35:28 |
| 14 | Q.    And you don't or do you -- do you have a | 09:35:29 |
| 15 | space or a field to make specific notes or comments | 09:35:38 |
| 16 | to clarify something like that? | 09:35:42 |
| 17 | A.    Not on this form. | 09:35:45 |
| 18 | Q.    Do you see how that could be misleading to a | 09:35:46 |
| 19 | finder of fact? | 09:35:51 |
| 20 | A.    It could. | 09:35:53 |
| 21 | Q.    Okay.  And you didn't find it appropriate to | 09:35:55 |
| 22 | clarify that at any point? | 09:36:00 |
| 23 | A.    I don't make the forms. | 09:36:08 |
| 24 | Q.    I understand you don't make the forms, but I | 09:36:11 |
| 25 | asked you if you found it appropriate to clarify | 09:36:14 |

Case 1:19-cv-00059-H-BU Document 43-10 Filed 12/02/20 Page 5 of 21 PageID #: 631
Elite Reporting Services
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | what you just said; that your words could be | 09:36:19 |
| 2 | misleading? | 09:36:25 |
| 3 | A.    I cannot see the notes at the bottom.  What | 09:36:28 |
| 4 | does that say? | 09:36:32 |
| 5 | Q.    Okay.  Let's look at the note at the bottom. | 09:36:35 |
| 6 | Because, again, we have a probable cause | 09:36:38 |
| 7 | determination, where you make two selections that | 09:36:43 |
| 8 | you are now saying that you understand was not what | 09:36:46 |
| 9 | you -- let me say it this way.  Dr. Johnson, when | 09:36:51 |
| 10 | would you clarify these remarks?  At what -- | 09:36:59 |
| 11 | normally, how would you make sure that | 09:37:07 |
| 12 | Detective Nichols and others, understood I'm not | 09:37:10 |
| 13 | saying that there's no fresh water.  I'm saying I | 09:37:14 |
| 14 | found a dead cow in a creek.  Is there any form | 09:37:16 |
| 15 | where you could supplement this probable cause | 09:37:19 |
| 16 | finding with that information? | 09:37:24 |
| 17 | A.    I don't understand what you are asking, I | 09:37:30 |
| 18 | don't think. | 09:37:33 |
| 19 | Q.    Okay.  Do you understand your role at the | 09:37:34 |
| 20 | preliminary hearing in this matter, to be a | 09:37:37 |
| 21 | clarification of your forms? | 09:37:42 |
| 22 | A.    Yes. | 09:37:45 |
| 23 | Q.    And did you take the opportunity in that | 09:37:45 |
| 24 | hearing to clarify, I saw other sources of water, | 09:37:47 |
| 25 | but this form was limited to only the dead cow in | 09:37:51 |

```
 1   one of the sources of water?  Did you say anything    09:37:57
 2   like that?                                             09:38:01
 3   A.    I don't recall.                                  09:38:02
 4   Q.    But you do recall saying that you didn't see     09:38:04
 5   any troughs?                                           09:38:08
 6   A.    I don't recall -- you provided that              09:38:13
 7   information.                                           09:38:17
 8   Q.    But you don't remember it?                       09:38:18
 9   A.    No, not specifically.                            09:38:21
10   Q.    Okay.  All right.  Let me ask you this, what     09:38:23
11   is this form, Dr. Johnson?                             09:38:27
12   A.    It's another form.                               09:38:34
13   Q.    Okay.  All right.  Why do you -- why did you     09:38:36
14   change your answer about fresh water?                  09:38:43
15   A.    The dead cow was out of the stream.              09:38:46
16   Q.    Okay.  So you went and inspected on 7/12?        09:38:51
17   A.    Yes.                                             09:38:57
18   Q.    And you saw that the dead cow had been           09:38:58
19   removed on 7/3; is that correct?                       09:39:01
20   A.    Yes.                                             09:39:05
21   Q.    And did you fill out a livestock Welfare         09:39:05
22   Examination form on 7/3?                               09:39:09
23   A.    No.  I did not go through the cattle that        09:39:15
24   time.                                                  09:39:18
25   Q.    Okay.  But you went through it this time, and    09:39:19
```

Case 1:19-cv-00055 Document 43-10 Filed 12/02/21 Page 7 of 21 PageID #: 623
Elite Reporting Services
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | now you say they do have access to fresh water? | 09:39:21 |
| 2 | A.      There was not a dead cow in the stream. | 09:39:26 |
| 3 | Q.      But do you understand that that is a | 09:39:31 |
| 4 | different -- to say there's not a dead cow in the | 09:39:32 |
| 5 | stream is different than saying that the livestock | 09:39:35 |
| 6 | do not have fresh water.  Would you agree those are | 09:39:39 |
| 7 | different statements? | 09:39:44 |
| 8 | A.      I don't really understand what you are asking | 09:39:45 |
| 9 | here. | 09:39:49 |
| 10 | Q.      I'm asking do you agree that it is a | 09:39:50 |
| 11 | different statement to say that these cattle do not | 09:39:54 |
| 12 | have fresh water and the second statement would be | 09:39:58 |
| 13 | that there is a dead cow in the stream?  These are | 09:40:01 |
| 14 | different statements? | 09:40:05 |
| 15 | A.      I would. | 09:40:06 |
| 16 | Q.      Because your testimony is that when you say | 09:40:07 |
| 17 | that the livestock don't have access to fresh water, | 09:40:10 |
| 18 | what you are meaning is, that there's a dead cow in | 09:40:15 |
| 19 | a stream.  But on a probable cause form, you would | 09:40:22 |
| 20 | agree there's no form for, is there a dead cow in a | 09:40:23 |
| 21 | stream?  There's no question that asks; is that | 09:40:24 |
| 22 | correct? | 09:40:27 |
| 23 | A.      That's correct. | 09:40:28 |
| 24 | Q.      So is it fair to say that you're tailoring | 09:40:29 |
| 25 | your observations to the questions that are on the | 09:40:30 |

Case 1:19-cv-00050 Document 43-10 Filed 12/02/21 Page 8 of 21 PageID #: 634
Elite Reporting Services ∙ (931) 273-0007
www.EliteReportingServices.com

```
 1  form?                                                      09:40:35
 2  A.     I would -- how would I word this.  Because of        09:40:36
 3  the disease transmission, I would not feel that that        09:40:46
 4  would be adequate fresh water with a dead animal in         09:40:49
 5  it.                                                         09:40:56
 6  Q.     And that's understandable, but don't you read        09:40:56
 7  this question to be broader?  Do the livestock have         09:40:59
 8  access to fresh water?  In other words, would you           09:41:05
 9  take into account all of the other water sources            09:41:09
10  when answering that question?                               09:41:13
11  A.     It could but you look at what would be the           09:41:15
12  issue.                                                      09:41:18
13  Q.     Okay.  So you are saying that you could.  You        09:41:19
14  don't feel that you need to?  You're saying you             09:41:22
15  could --                                                    09:41:24
16  A.     We did look at other water sources.                  09:41:25
17  Q.     Okay.  You just did not mention them on your         09:41:29
18  form?                                                       09:41:32
19  A.     There's no place to put a comment there by           09:41:36
20  the water.                                                  09:41:40
21  Q.     Dr. Johnson, the difference in yes and no            09:41:53
22  here you are saying, hinges on the removal of the           09:42:00
23  dead cow from the stream?                                   09:42:05
24  A.     Yes.                                                 09:42:08
25  Q.     So you are not making this determination            09:42:09
```

Elite Reporting Services
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | based on the reality of other water sources in | 09:42:13 |
| 2 | existence? So you are not making your observations | 09:42:17 |
| 3 | on the existence of other water sources; is that | 09:42:27 |
| 4 | correct? | 09:42:32 |
| 5 | A. This form does not just take into account | 09:42:32 |
| 6 | water. | 09:42:38 |
| 7 | Q. Does that question take into account access | 09:42:39 |
| 8 | to fresh water? | 09:42:43 |
| 9 | A. Yes. | 09:42:49 |
| 10 | Q. Do you understand these questions to be | 09:42:52 |
| 11 | indicative of the existence of probable cause as it | 09:42:56 |
| 12 | relates to animal cruelty? | 09:43:00 |
| 13 | A. You are going to have to rephrase that -- | 09:43:06 |
| 14 | what you are asking. | 09:43:08 |
| 15 | Q. Do you understand these questions to relate | 09:43:11 |
| 16 | to the existence of probable cause as it relates to | 09:43:13 |
| 17 | animal cruelty? | 09:43:18 |
| 18 | A. Yes. | 09:43:20 |
| 19 | Q. Do you understand the repercussions of a | 09:43:22 |
| 20 | finding of probable cause for animal cruelty? | 09:43:29 |
| 21 | A. Yes. | 09:43:35 |
| 22 | Q. Do you think it to be important that you | 09:43:36 |
| 23 | provide a complete and total accounting of | 09:43:39 |
| 24 | information readily available to you in your | 09:43:48 |
| 25 | investigations? | 09:43:54 |

Elite Reporting Services
www.EliteReportingServices.com

|    |                                                                      |           |
|----|----------------------------------------------------------------------|-----------|
| 1  | A.     I understand.                                                 | 09:43:55  |
| 2  | Q.     Do you think it's important that you provide                  | 09:43:56  |
| 3  | a complete accounting of what you saw?                               | 09:43:58  |
| 4  | A.     Yes, I understand.                                            | 09:44:06  |
| 5  | Q.     So, yes, you do think that's important?  It's                 | 09:44:08  |
| 6  | a question, Dr. Johnson.  I'm not asking if you                      | 09:44:13  |
| 7  | understand, I'm asking what you, yourself, feel that                 | 09:44:18  |
| 8  | you owe in a probable causes investigation?                          | 09:44:21  |
| 9  | A.     Yes.                                                          | 09:44:25  |
| 10 | Q.     Yes.  You agree it's important that you --                    | 09:44:30  |
| 11 | A.     Yes.                                                          | 09:44:35  |
| 12 | Q.     Okay.  Do you feel that you did that here on                  | 09:44:36  |
| 13 | this form?                                                           | 09:44:39  |
| 14 | A.     Yes.                                                          | 09:44:43  |
| 15 | Q.     You provided a complete picture of what was                   | 09:44:44  |
| 16 | happening on the Hopkins' farm?                                      | 09:44:49  |
| 17 | A.     On this farm, yes.                                            | 09:44:53  |
| 18 | Q.     Okay.  What about on this form?  Did you                      | 09:44:56  |
| 19 | provide a complete picture of the reality of access                  | 09:45:14  |
| 20 | to fresh water on the Hopkins' farm?                                 | 09:45:19  |
| 21 | A.     On the visit that I saw her, yes.                             | 09:45:28  |
| 22 | Q.     And that's based on the dead cow in the                       | 09:45:33  |
| 23 | creek?                                                               | 09:45:36  |
| 24 | A.     Yes.                                                          | 09:45:37  |
| 25 | Q.     So you described that as a disease issue that                 | 09:45:46  |

Case 1:19-cv-00059-... Document 48-10  Filed 12/02/20  Page 11 of 21 PageID #: 637
Elite Reporting Services
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | was present, correct? | 09:45:50 |
| 2 | A.    Yes. | 09:45:54 |
| 3 | Q.    Why wouldn't you list it, and you see that on | 09:45:56 |
| 4 | question 6, you do say, yes, but then the serious | 09:46:00 |
| 5 | disease issue you just described was omitted, and | 09:46:05 |
| 6 | you talked about pink eye? | 09:46:09 |
| 7 | A.    I don't know that there was a disease | 09:46:12 |
| 8 | present. | 09:46:15 |
| 9 | Q.    Well, you just testified that you considered | 09:46:17 |
| 10 | it to be a disease issue. | 09:46:21 |
| 11 | A.    It could be. | 09:46:24 |
| 12 | Q.    So wouldn't you include that on the form? | 09:46:25 |
| 13 | A.    No. | 09:46:37 |
| 14 | Q.    Okay.  But you would include the pink eye? | 09:46:40 |
| 15 | A.    It was active. | 09:46:47 |
| 16 | Q.    What was asking {sic}? | 09:46:49 |
| 17 | A.    Active. | 09:46:52 |
| 18 | Q.    Active pink eye? | 09:46:52 |
| 19 | A.    The disease was active. | 09:46:54 |
| 20 | Q.    Okay.  Is there any other place in your | 09:46:55 |
| 21 | form -- in this form where you could have written, | 09:47:01 |
| 22 | for instance, there were other sources of fresh | 09:47:07 |
| 23 | water, but one was obstructed by a dead cow?  Where | 09:47:14 |
| 24 | could you have written that on this form? | 09:47:20 |
| 25 | A.    Maybe additional observations. | 09:47:25 |

Case 1:19-cv-00058-TRM Document 48-10 Filed 12/02/20 Page 12 of 21 PageID #: 638
Elite Reporting Services
www.EliteReportingServices.com

```
 1   Q.     Do you ever make additional observations in          09:47:27
 2   that field on these forms?                                  09:47:32
 3   A.     Yes.                                                 09:47:35
 4   Q.     But you did not feel that was necessary here?        09:47:35
 5   A.     I did not make any observations.                     09:47:38
 6   Q.     Did you observe a food shortage on the               09:47:40
 7   Hopkins farm?                                               09:47:46
 8   A.     There was a forage problem.                          09:47:48
 9   Q.     And that's different than a feed problem?            09:47:55
10   A.     Well, forage is a type of feed and grain is a        09:48:00
11   type of feed.                                               09:48:09
12   Q.     Do head of cattle such as these need both?           09:48:13
13   A.     No, they don't have to have both.                    09:48:20
14   Q.     So when you say there was a forage problem,          09:48:25
15   I'm assuming there was not a grain shortage?                09:48:29
16   A.     There was no grain that we saw the first day.        09:48:33
17   Q.     Okay.  So you did not feel that these                09:48:40
18   livestock had food or adequate food supply?                 09:48:49
19   A.     Adequate forage.                                     09:48:54
20   Q.     So you are not willing to say that you could         09:49:00
21   make the determination that they did not have               09:49:05
22   adequate food?                                              09:49:06
23   A.     They did not have adequate forage.  It was           09:49:09
24   very poor quality.                                          09:49:14
25   Q.     I understand that.  You've said that they did        09:49:19
```

| | | |
|---|---|---|
| 1 | A.    I don't have that in front of me, but, no, | 12:05:03 |
| 2 | they did not die on the same date. | 12:05:07 |
| 3 | Q.    Okay.  Now, who determines the cause of death | 12:05:09 |
| 4 | or is that something notated or determined? | 12:05:13 |
| 5 | A.    No, not really. | 12:05:17 |
| 6 | Q.    Did the state vet -- was she made aware, hey, | 12:05:18 |
| 7 | we are losing cattle here? | 12:05:23 |
| 8 | A.    I don't know.  If I lost one, I texted her or | 12:05:26 |
| 9 | called Tony. | 12:05:30 |
| 10 | Q.    Okay. | 12:05:32 |
| 11 | A.    I mean, the day it happened, I called him. | 12:05:32 |
| 12 | Now, whether it was -- like I said, I didn't even | 12:05:36 |
| 13 | have Dr. Johnson's number. | 12:05:38 |
| 14 | Q.    Understood. | 12:05:40 |
| 15 | A.    Tony was my contact. | 12:05:41 |
| 16 | Q.    Okay.  What would you do with the carcasses? | 12:05:44 |
| 17 | A.    Get Appertain to pick them up. | 12:05:51 |
| 18 | Q.    Okay.  And tell me about the calves.  There | 12:05:55 |
| 19 | were calves, weren't there? | 12:06:00 |
| 20 | A.    There were. | 12:06:00 |
| 21 | Q.    Okay. | 12:06:00 |
| 22 | A.    They were pretty small. | 12:06:00 |
| 23 | Q.    Okay. | 12:06:06 |
| 24 | A.    It was kind of -- the old herd -- now, I | 12:06:06 |
| 25 | didn't notice this in the new herd as much.  There | 12:06:11 |

Case 1:19-cv-00059-LG-RHW Document 48-10 Filed 12/02/20 Page 15 of 21 PageID #: 640
Elite Reporting Services
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | were some baby calves in there and the quality of | 12:06:13 |
| 2 | those cattle were better.  And there were some in | 12:06:13 |
| 3 | there that could have used a little help, but none | 12:06:19 |
| 4 | of them were on their death beds that I noticed. | 12:06:24 |
| 5 | Now, the old herd, there were several of | 12:06:28 |
| 6 | them that needed some help, and the little calves | 12:06:32 |
| 7 | were -- I don't know if they were -- they look | 12:06:36 |
| 8 | inbred to me.  I mean, you have a baby calf that, | 12:06:43 |
| 9 | you know, can barely reach its momma and weighs 35 | 12:06:50 |
| 10 | pounds, that's just not a healthy calf.  That calf | 12:06:56 |
| 11 | should develop to be 70 pounds, when it hits the | 12:07:03 |
| 12 | ground, you know.  It's just not genetically there, | 12:07:03 |
| 13 | whether from an inbreeding standpoint or something | 12:07:04 |
| 14 | while it's in the womb. | 12:07:04 |
| 15 | Several of the little calves just did not | 12:07:11 |
| 16 | appear to be very healthy, and there were seven or | 12:07:15 |
| 17 | eight yearling bulls, I would call -- last year | 12:07:23 |
| 18 | calves were still mixed in those cows, nursing | 12:07:28 |
| 19 | themselves with a baby calf standing there, and | 12:07:30 |
| 20 | you've got a 6 or 700-pound-bull standing here, and | 12:07:30 |
| 21 | he's in competition with this like 40-pound baby | 12:07:31 |
| 22 | calf, sucking milk.  And so I pulled some of those | 12:07:43 |
| 23 | small calves off and put them in the barn, put them | 12:07:48 |
| 24 | in the stall, fed them, but they never really grew | 12:07:52 |
| 25 | all -- they just kind of maintained themselves.  It | 12:07:56 |

Case 1:19-cv-00058-H  Document 48-10  Filed 12/02/20  Page 15 of 21  PageID #: 641
Elite Reporting Services
www.EliteReportingServices.com

```
 1   Q.     Is that something that you normally make a      10:34:55
 2   record of?                                             10:34:59
 3   A.     You are going to have to explain.               10:35:05
 4   Q.     When you are filling out an animal welfare      10:35:08
 5   examination form, do you specify which animals seem    10:35:14
 6   to be in need and which look healthy or is it your     10:35:17
 7   practice to if you find one, to treat it as a whole?   10:35:23
 8   A.     With horses, you can identify them easily --    10:35:29
 9   Q.     Okay.                                           10:35:34
10   A.     -- because of their different colors.           10:35:35
11   Q.     Markings?                                       10:35:40
12   A.     Yes.  Yes.  With cattle that have no form of    10:35:41
13   ID, a black cow is a black cow.                        10:35:46
14   Q.     Yes.                                            10:35:50
15   A.     It's hard to differentiate in a pasture.        10:35:50
16   Q.     I'm going to take one more quick break and      10:35:52
17   make sure I don't have anything else to ask you.       10:35:52
18   I'll be right back.                                    10:35:52
19   A.     Okay.                                           10:35:52
20          (Short break.)
21          MR. BRAZIL:  Dr. Johnson, thank you for         10:35:52
22   your time and patience in this remote setting.  I      10:38:07
23   appreciate it.  I have nothing further to ask of       10:38:12
24   you.                                                   10:38:17
25          MR. TISHER:  I do have a few questions.         10:38:23
```

```
 1   that two to three range?  What would their          10:39:42
 2   characteristics be?                                 10:39:46
 3   A.      Usually, you can see ribs.  You can see the  10:39:49
 4   spine.  There's not a lot of body fat on them.      10:39:54
 5   Their hipbones are protruding.                      10:39:59
 6   Q.      Now, at that body score, what would be some 10:40:02
 7   of the potential medical issues?                    10:40:06
 8   A.      They could be, you know, susceptible to     10:40:12
 9   diseases and parasites.  Those are the most likely  10:40:17
10   things.  If you are under weight, you are not going 10:40:25
11   to have a good immunity to fight off diseases.      10:40:29
12   Q.      And what would be an ideal body score?      10:40:32
13   A.      Four to six, with five being optimal.       10:40:39
14   Q.      And you noted that the -- of the two herd,  10:40:44
15   the larger of the herd is the one that had          10:40:47
16   significant numbers in the two or three range; is   10:40:48
17   that correct?                                       10:40:54
18   A.      Yes.                                         10:40:54
19   Q.      We discussed the water sources.  Could you  10:40:59
20   tell me, in total, what are the water sources that  10:41:03
21   you observed on the Hopkins' farm in July of 2018?  10:41:08
22   A.      Which trip?                                  10:41:15
23   Q.      The -- well, each of them if you don't mind. 10:41:16
24   A.      On the first visit, there was a spring with a 10:41:22
25   stream running out of it, close to two groves, and  10:41:28
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    then back up from that, there were several just kind        10:41:35
 2    of muddy water holes, like, where a dry stream bed          10:41:40
 3    was, and the water had pooled in separate --                10:41:49
 4    depressions in that stream.  That was on the first          10:41:54
 5    visit.  As well as the water trough with the small          10:42:00
 6    herd.  And then the second visit, we found another          10:42:05
 7    pond beyond that at the edge of the property.               10:42:10
 8    Q.    So did the -- I'm sorry.  Did the stream              10:42:15
 9    serve both herds?                                           10:42:19
10    A.    No.                                                   10:42:22
11    Q.    Which herd had access to the stream?                 10:42:22
12    A.    The large herd.                                       10:42:28
13    Q.    And as for the muddy ponds that you                  10:42:30
14    described, was that with one herd or just one --           10:42:36
15    A.    Just the large herd.                                 10:42:39
16    Q.    Okay.  And you said the -- what about the            10:42:41
17    smaller herd, its water source?                            10:42:43
18    A.    That was the water trough with automatic             10:42:45
19    water.                                                      10:42:45
20    Q.    Okay.  So the larger herd just had ponds --          10:42:45
21    you said muddy ponds and then the creek?                   10:43:04
22    A.    Yes.                                                  10:43:10
23    Q.    Ignoring the creek, just the ponds                   10:43:13
24    themselves, would those serve as adequate water           10:43:18
25    supply?                                                     10:43:23
```

Case 1:19-cv-00058 Document 48-10  Filed 12/02/20  Page 18 of 21 PageID #: 544
Elite Reporting Services
www.EliteReportingServices.com

```
 1   A.    Not optimal, but it was adequate.              10:43:24

 2   Q.    Just the ponds?                                 10:43:27

 3   A.    Yes.                                            10:43:28

 4   Q.    And then the trough itself, you would           10:43:30

 5   describe that as an adequate water supply?            10:43:34

 6   A.    Yes.                                            10:43:38

 7   Q.    But with the state of the creek that you        10:43:38

 8   observed on your first visit with the dead cow in     10:43:41

 9   it, that would not be adequate fresh water in         10:43:45

10   itself?                                               10:43:50

11   A.    The disease implications would not be           10:43:50

12   adequate.                                             10:43:56

13   Q.    Would it be likely that the cattle, even        10:44:01

14   though they had ponds as well, that they could drink  10:44:06

15   out of the stream, nonetheless with the dead cow in   10:44:11

16   it?                                                   10:44:13

17   A.    Yes, they could.                                10:44:13

18   Q.    The livestock welfare examination forms that    10:44:22

19   we discussed earlier, you noted that -- you said      10:44:28

20   that there was an opportunity to list                 10:44:30

21   recommendations on the form; is that correct?         10:44:33

22   A.    Yes.                                            10:44:36

23   Q.    And in that part where you are able to list     10:44:37

24   out your recommendation, did you mention removal of   10:44:41

25   the dead cow from the water source?                   10:44:45
```

Case 1:19-cv-00059 Document 48-10 Filed 12/02/20 Page 19 of 21 PageID #: 645
Elite Reporting Services * Field * 61-19-0721
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | old to be continuing to do so that could raise that | 10:47:36 |
| 2 | issue; is that right? | 10:47:44 |
| 3 | A.     Yes. | 10:47:46 |
| 4 | Q.     Among the dead cattle that you observed -- | 10:47:51 |
| 5 | discussed earlier as to the flesh and bone remnants, | 10:47:56 |
| 6 | and you said that you could not tell from a bone how | 10:48:01 |
| 7 | long the animal had been dead; is that correct? | 10:48:06 |
| 8 | A.     Yes. | 10:48:10 |
| 9 | Q.     But if there were flesh or some other matter | 10:48:11 |
| 10 | like that, then it would be possible to tell how | 10:48:14 |
| 11 | recent the death was? | 10:48:19 |
| 12 | A.     It would be a more accurate guess than just a | 10:48:23 |
| 13 | bone laying there. | 10:48:28 |
| 14 | Q.     Do you recall how many cows you saw that had | 10:48:29 |
| 15 | flesh still on them? | 10:48:36 |
| 16 | A.     There were several, maybe four or five. | 10:48:39 |
| 17 | Q.     And did they appear -- I'm sorry, continue. | 10:48:42 |
| 18 | A.     They were all in one sink hole. | 10:48:44 |
| 19 | Q.     Okay.  Did they appear to be in various | 10:48:50 |
| 20 | stages of decomposition? | 10:48:55 |
| 21 | A.     Yes. | 10:48:58 |
| 22 | Q.     Okay.  From the one that looked to be dead | 10:48:59 |
| 23 | for the longest period of time, can you estimate | 10:49:07 |
| 24 | what that time period would be? | 10:49:11 |
| 25 | A.     No, not if you just saw the bone.  It's hard | 10:49:14 |

Case 1:19-cv-0005 Elite Reporting Services Filed 12/02/20 Page 20 of 21 PageID #: 646
www.EliteReportingServices.com

```
 1    to say.                                                     10:49:18

 2    Q.    I'm sorry, of the ones that had -- of the            10:49:19

 3    several that you described with some flesh still on        10:49:21

 4    them.                                                      10:49:26

 5    A.    Within the last probably month, I guess,            10:49:26

 6    because they still had an odor and flesh.                  10:49:30

 7    Q.    Okay.  So once it's been over a month, then          10:49:31

 8    that's the time that all flesh would be decomposed         10:49:36

 9    and only bone would be left?                               10:49:40

10    A.    No.  That's hard to say, because it depends          10:49:43

11    on the temperature, you know, the outdoor                  10:49:48

12    temperature and weather coyotes have ripped it to          10:49:48

13    pieces.  It's just a guess.  I'm not a forensic            10:49:57

14    veterinarian so, I'm not sure.                             10:49:59

15    Q.    Would decomposition happened faster in warm          10:50:02

16    temperatures?                                              10:50:08

17    A.    Yes.                                                 10:50:09

18    Q.    And it was July when you were observing these        10:50:12

19    animals, right?                                            10:50:17

20    A.    Correct.                                             10:50:19

21    Q.    So of the animals that still had hide on             10:50:19

22    them, what do you believe their time of death to           10:50:19

23    have been from the point that you saw them?                10:50:19

24    A.    Probably a month, six weeks.                         10:50:21

25    Q.    And you said that was -- you believe to be           10:50:33
```

Case 1:19-cv-00059-HSO-RPM Document 48-10 Filed 12/02/20 Page 21 of 21 PageID #: 647
**Elite Reporting Services**
**www.EliteReportingServices.com**