```
 1            IN THE UNITED STATES DISTRICT
           MIDDLE DISTRICT OF TENNESSEE
 2                  AT COLUMBIA

 3   ─────────────────────────────────────

 4   STEPHEN MATTHEW HOPKINS
     and JULIE R. HOPKINS,

 5          Plaintiffs,

 6   vs.                          Case No.
                                  1:19-cv-00059
 7   ANTHONY "TONY" NICHOLS, in
     his individual and
 8   official capacity, SHERIFF
     WILLIAM "BILLY" LAMB, in
 9   his individual and
     official capacity,

10          Defendants.

11   ─────────────────────────────────────

12   ─────────────────────────────────────

13

14

15

16          Videoconference Deposition of:

17   TONY NICHOLS

18   Taken on behalf of Plaintiffs
     July 24, 2020

19

20

21

22   ─────────────────────────────────────

23          Elite Reporting Services
          www.elitereportingservices.com
24       Lindsey R. Perry, LCR, RPR, CRR, CSR
             Post Office Box 292382
25        Nashville, Tennessee  37229
                (615)595-0073
```

1    April 2015 and that the seller also sold Mr. Hopkins

2    and his wife a herd of 30 cattle.

3        Were you aware of that?

4    A.    No, not at all.  When they filed it, that's

5    not the same number that I got from them.

6    Q.    What about Freeman Jordan?  Did you know

7    that he sold the Hopkinses the farm?

8    A.    I never knew that until this case come

9    about.

10   Q.    So you'd never had any contact with

11   Freeman Jordan prior to this lawsuit?

12   A.    No, sir, not that I'm aware of.

13   Q.    All right.  And so sometime before July 2nd,

14   you received a complaint, and I believe you

15   identified that as occurring in the end of June,

16   right?  You -- you got a complaint from -- was it

17   Freeman Jordan and who else?

18   A.    I don't know if it came from Mr. Jordan.  It

19   came through one of our deputies.

20   Q.    Okay.

21   A.    Straley Holton.

22   Q.    I'm -- can you say that name again for me?

23   A.    Straley Holton.

24   Q.    How do you spell that?

25   A.    S-T-R-A-L-E-Y, H-O-L-T-O-N.

1  Q.      And that complaint was about a dead calf in

2  the -- dead cow in the creek; is that right?

3  A.      Yes, a dead cow and another one being down

4  in the pasture.

5  Q.      I'm sorry.  We can't see your face on this

6  monitor.  Would you be able to adjust the webcam or

7  something?  Maybe sit a little more in front of it?

8  That's better.  Thank you.  Thank you.

9          Okay.  So on July 2nd, you showed up with

10 the Hopkinses and -- I'm sorry.  Strike that.

11         On July 2nd, you showed up to the Hopkinses'

12 farm July 2nd, 2018.  You showed up to their farm

13 with Dr. Jill Johnson, the veterinarian.

14         Is that accurate?

15 A.      No, sir.  We went to their residence first.

16 Q.      Okay.  And let's take just a moment here,

17 and I'm going to drop another file in the chat.

18 We're going to look at another exhibit for a moment.

19 I'm uploading that.  I'd like to make this

20 Exhibit 3, whenever that downloads for you-all, and

21 I'm going to go ahead and do the screen share.

22 Well, if Zoom will cooperate with me.  Hmm.  Frozen

23 up here.  All right.  I'm going to have to close

24 Zoom and reopen it.  Yeah.  All right.  Here we are

25 back.  Let's give that one more shot.  Okay.  Now

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1    warrant; is that correct?

2    A.      That's correct.

3    Q.      You knocked on the door to the residence,

4    right?

5    A.      Yes.

6    Q.      That was the back door.  And Ms. Hopkins

7    opened the door.

8           And did you notice that her children were

9    eating at that time?

10   A.      No, sir.

11   Q.      What could you see whenever she opened the

12   door?

13   A.      I was just talking to her, looking at her.

14   I didn't look inside the residence or anything.

15   Q.      Okay.  And so what exactly did you say to

16   Ms. Hopkins -- as best you can recall.  I mean, I

17   couldn't remember a conversation I had a year and a

18   half ago either, but what's the best you can recall

19   about the contents of your conversation with

20   Ms. Hopkins whenever she opened the door?

21   A.      I asked if Mr. Hopkins was there.  I believe

22   she said no.  I believe she asked, you know, what

23   was going on.  I told her we had a complaint on the

24   cows; that we needed to go and look at them.  There

25   was one dead in the -- in the creek and -- and that

1  they didn't look good from -- you know, from the
2  roadway; that we needed to go look at them.
3  Q.      So you told her that you and Dr. Johnson
4  needed to look at them?  Is that what you mean when
5  you say "we"?
6  A.      Yes.  Yes.
7  Q.      So Dr. Johnson had not made any kind of
8  determination of probable cause at that point,
9  right?
10  A.      No, sir.
11  Q.      Okay.  And so in your answer, you deny that
12  any exigent circumstances existed.  You deny that --
13  A.      You're changing that so quick, I can't read
14  that.  I don't know --
15  Q.      Okay.  Sorry about that.  Here's Number 11.
16  I'm highlighting it.  It says -- this is
17  Mr. Hopkins' allegation here, so I'm pulling that up
18  first, and then I'm pulling up the answer.
19          "Detective Nichols possessed no search
20  warrant, and there existed no exigent circumstances
21  excusing the absence of a search warrant."
22          So here's your answer.  "Remaining
23  allegations denied."
24          So do you still agree with that response or
25  do you want to change it?  Was -- you tell me.

1    A.      I want to talk to the attorney first.  I'm

2    not sure what -- what you're saying.

3    Q.      Well, the time for talking to your attorney

4    has passed, so tell me if there was an exigent

5    circumstance that you observed excusing the warrant

6    requirement at this time.

7    A.      To go in -- to go to the residence?

8    Q.      For going onto their property, yes.  And by

9    "property," I mean residence here.

10   A.      Yes.  I had a complaint of the cattle.

11   There was one dead in the creek.  The cattle looked

12   poor, so --

13   Q.      I'm sorry.  Go ahead.  You can finish.

14   A.      I felt I had every right to go knock on the

15   door to try to locate the owner of those cattle.

16   Q.      Okay.  And whenever you knocked on that

17   door, you weren't going to leave without seeing that

18   herd, right?

19   A.      Yes, I -- yeah, I would have.

20   Q.      Would you?  What -- what caused -- what made

21   the difference there between leaving and staying and

22   looking at the herd?

23   A.      Ms. Hopkins agreed to take us and show us

24   the herd.

25   Q.      She agreed, but you -- you told her that you

1  needed to see those cattle, right?

2  A.      Yes.

3  Q.      You didn't ask her if you could see the

4  cattle, did you?

5  A.      I told her that we -- that's why we were

6  there.  We need to go look at the cows.

7  Q.      Right.  So you told her that that's what you

8  were going to do.  You did not ask her a question,

9  did you?  I mean, you testified to this in court

10  before, and here we are under oath again, so I'll

11  ask that one more time.

12       You did not ask Ms. Hopkins a question.  You

13  simply --

14  A.      No.  No.  Yes.

15  Q.      You did not ask a question; is that correct?

16  A.      I don't -- I don't remember -- I believe

17  what -- I just told her who we were and that we

18  needed to go look at the cows.

19  Q.      So one more time.

20       You did not ask Ms. Hopkins a question once

21  she opened --

22  A.      I don't think so.  I don't know.

23  Q.      Okay.  Great.

24       And so let's go on here.  Ms. Hopkins asked

25  you a question, didn't she?  She asked you if she

1        So you don't recall what she said, but

2  Ms. Hopkins does recall that conversation.  So if

3  the finder of fact here is choosing what to believe,

4  they should go with what Ms. Hopkins says about this

5  particular interaction.

6        Is that a fair assessment?

7            MR. TISHER:  Object to the form.

8  BY MR. CLARK:

9  Q.      Go ahead and answer.

10  A.      I don't know if what Ms. Hopkins told you is

11  correct or not.

12  Q.      I'm not going on what Ms. Hopkins told me.

13  I'm going on what Ms. Hopkins has alleged in these

14  pleadings and sworn discovery responses in this

15  case, so Ms. Hopkins has alleged that she asked you

16  if she could finish feeding her children or wait

17  until her husband came home, but you told her that

18  she could not do either of those things.

19  A.      That's not correct, no, sir.

20  Q.      What's -- what is not correct about that?

21  A.      I didn't tell her that she could not wait.

22  She asked to call her husband.  She called her

23  husband while we were at the house.

24  Q.      Well --

25  A.      He told her to take us down there.

1  Q.      How can you tell when it's age versus

2  malnutrition and mistreatment?

3  A.      We -- that's what -- why we used

4  Dr. Johnson.  She graded the cattle and determined

5  probable cause.  So we don't -- I don't do that as a

6  deputy or detective.  That's not my job; not my

7  role.  So before the State started doing it, it was

8  the county extension agent.  They would do that.

9  Q.      Okay.  So I think this is a mistake on my

10 part on Number 20, but I say "On July 9th, you spoke

11 to Mr. Hopkins on Ms. Hopkins' telephone, and

12 Mr. Hopkins informed you that there was a -- one

13 sickly, old cow, and it was not doing well."

14         That was on the 2nd; is that right?  Do you

15 recall talking to Mr. Hopkins on Ms. Hopkins'

16 telephone at that time?

17 A.      Yes.  I talked to him just a little bit.

18 Q.      Okay.  And he mentioned there was one

19 sickly, old cow.

20         And do you recall anything else about that

21 conversation?

22 A.      I believe that's when he told me that he

23 didn't know anything about cattle; didn't know

24 anything about -- you know, he wasn't a farmer.

25 Something to the effect that he -- he'd never seen

Case 1:19-cv-00059  Document 109-1   Filed 08/31/21   Page 9 of 149 PageID #: 259
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1    over an acre of ground till he was 13 years old.

2    Don't know what that meant, but he did say he didn't

3    know -- he didn't know anything about cows.

4    Q.     Okay.  All right.  And did you recommend

5    that he call a company to dispose of that --

6    Appertain, I think it was -- dispose of that cow?

7    A.     Yes, sir.

8    Q.     What recommendations did you make?

9    A.     I'm sorry?

10   Q.     What other recommendations did you make on

11   that first visit with the Hopkins family?

12   A.     I think it -- between Jill and --

13   Dr. Johnson and myself, but we recommended that they

14   have a veterinarian come out and look at the cattle;

15   they get hay and feed to -- to -- to start feeding

16   them; that -- of course, remove the dead cow from

17   the stream.

18   Q.     Okay.  So did Mr. Hopkins, to your

19   knowledge, call Appertain to have them remove that

20   cow?

21   A.     Yes, sir.

22   Q.     Now, on 23 here, Mr. and Mrs. Hopkins allege

23   the cattle had adequate grazing area and neither you

24   nor Dr. Johnson inspected the entire property to

25   examine the adequacy of the pasture for the cattle,

```
1    Q.      So --
2    A.      The old herd did not -- did not have an
3    automatic watering trough.
4    Q.      Right, but did the old herd have access to
5    any water?
6    A.      They had access to water, yes.
7    Q.      Is that -- what water did they have access
8    to?
9    A.      A creek with a dead cow laying in it, a
10   couple of pools of stagnated water, and that --
11   maybe a creek bed.  It wasn't a running creek.  And
12   then the pond.
13   Q.      Okay.  And the herd with the automatic
14   watering trough, would you call that adequate water
15   supply for that one herd, not the other?
16   A.      Yeah.  Yeah.  Probably so.
17   Q.      Okay.  Let's see here.
18           Do you recall calling Mr. Hopkins on
19   July 5th, 2018, about the carcass not being removed?
20   A.      Okay.  Yes.
21   Q.      And did Mr. Hopkins claim that Appertain did
22   not come to get it, but he called them?
23   A.      Yes.
24   Q.      Okay.  On July 9th, did you drive through
25   the farm, the Hopkinses' farm?
```

Case 1:19-cv-00059   Document 109-1   Filed 03/31/21   (61 of 149) Page 10 of 73 PageID #: 8261
Elite Reporting Services
www.EliteReportingServices.com

```
1    A.      No, sir.  No, sir.

2    Q.      Okay.  Did you drive on any of their

3    property on July 9th?

4    A.      Yes.  Went by to see if anyone was there;

5    Mr. Hopkins maybe there to see if there had been any

6    hay put out for the cattle, anything like that.

7    Went up the driveway.  The red truck that I had seen

8    in Hopkinses' drive was sitting behind the -- an

9    abandoned house there up toward the barn.  Drove

10   back there.  The driveway goes around the house.

11   Drove back there to turn around and started out, and

12   Ms. Hopkins came out of -- of the old abandoned

13   house there at the farm.

14   Q.      Wait.  So she came out of an abandoned

15   house?  It wasn't like a building that was being

16   used for something, like maybe schooling or

17   something like that?

18   A.      You -- it didn't appear to be, no.  I never

19   went inside it, so I don't know what the inside was

20   like.

21   Q.      Okay.  So you don't actually know if it was

22   abandoned.  It just looked kind of rough on the

23   outside; is that fair to say?

24   A.      Yes.  Yes.  It looked like an abandoned

25   house.
```

Elite Reporting Services * (615)595-0073
www.EliteReportingServices.com

1    Mr. Hopkins tell you that he didn't appreciate you

2    driving around on his property?

3    A.     No, sir.

4    Q.     You -- what do you recall, if anything, did

5    he tell you?

6    A.     We got there; told him what we were doing.

7    I told him we was coming to check on the cows, see

8    if he had any -- had any hay out, anything like

9    that.  We talked about -- he had two or three cattle

10    in a holding pen and -- that he was going to sell,

11    and I told him, "You're not going to be able to sell

12    them two or three at a time.  You're still going to

13    have to -- to feed the ones that's here and get them

14    looked after."  Because we talked about -- he -- he

15    didn't have a way to haul the cattle; said he

16    couldn't get anybody around there to help him.  None

17    of his neighbors would help him.  That's when I gave

18    him a phone number to a guy that hauls cattle for a

19    living.  I was thinking, you know, they -- they

20    could help him, and they would give him a price -- a

21    fair price for mileage to haul them, not -- didn't

22    have to worry about a farmer coming up looking and

23    saying, "Okay.  At most -- I brought this much

24    money.  I'm going to charge you this much to haul

25    them."

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1    Q.      So Mr. Hopkins didn't tell you that he could

2    haul -- he could haul four at a time?

3    A.      He may have.  You know, four at a time is

4    not going to do any good.  These cattle are going to

5    continue to sit out there and starve in the

6    meantime.

7    Q.      Okay.  And you said that there were -- some

8    of the cattle were in pretty good shape, right?

9    A.      I think some were better than others.

10   Q.      Okay.  Well, would you describe one of the

11   herds as generally in good shape?

12   A.      It was in better shape than the other herd.

13   It did have quite a bit of pink eye in it.

14   Q.      Okay.  But the pink eye herd was at least --

15   looked like it wasn't underfed.

16           Is that accurate?

17   A.      They were in better shape than the other

18   ones.

19   Q.      Well, tell me about their physical

20   appearance.  Did they generally appear that they

21   were not malnourished?

22   A.      No.  They looked like they were in better

23   shape than the other herd.  I don't know -- they

24   were fatter than the other ones.

25   Q.      Okay.  So I just need you to -- yes or no or

1   you'd come out there whenever you want on --

2   A.     No.  I told him it was an open investigation

3   and we'd have to come back to check on the cows.  I

4   was there to check to see if he had any hay out or

5   feeding them or anything like that.

6   Q.     Did you notice that he had three cattle in

7   the catch area?

8   A.     Yes.  Yeah.

9   Q.     Did you ask why?

10   A.     Yeah.  That's what we talked about a while

11   ago.  He had those out to get them up to sell them,

12   but I explained, you know, selling them three or

13   four at a time a week is -- is not going to be

14   sufficient.  Those other cattle are still out there

15   suffering.  They're still going to have to have feed

16   and hay and be taken care of.  Three a week --

17   Q.     Okay.  Did he tell you that he was only

18   going to sell three a week?

19   A.     No.  He told me that he couldn't haul but

20   three or four and that he couldn't get anybody

21   around there to help him.  None of his neighbors

22   would help him.  He couldn't get anybody to help

23   haul the cattle.

24   Q.     Okay.  And did you tell him to release the

25   cattle from the holding area?

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

1  Q.    Okay.  And did you ever tell Mr. Hopkins

2  that if he were to sell all of the old herd, the --

3  the less healthy-looking herd, that no further

4  action would be taken against him?  Did you ever

5  tell him that?

6  A.    No.

7  Q.    Did you ever say anything about selling the

8  old herd to Mr. Hopkins?

9  A.    We talked about in the beginning that he may

10  want to have a vet come out and check them, cull out

11  the old cattle, get rid of those, but he would have

12  to get some hay there and start feeding them and get

13  the cattle wormed, get the pink eye treated, start

14  taking care of them.

15  Q.    Okay.  But you did give him a number for an

16  auctioneer on the 9th, though, right?

17  A.    Yes, sir.

18  Q.    So what was he going to do with an

19  auctioneer if you weren't talking about selling the

20  cattle?

21  A.    That's the guy who could come and haul them.

22  He was talking about selling every one of them, is

23  what he asked about.

24  Q.    Okay.  So he was not asking about just

25  selling one of the herds?

1    A.      No.

2    Q.      Okay.  So you --

3    A.      Not the way I understood it.

4    Q.      Okay.  So you talked to him about selling

5    all the cattle?

6    A.      Yes, sir.

7    Q.      Okay.

8    A.      That's the way I understood it, yes.

9    Q.      Okay.  And did Mr. Hopkins contact you on

10   July 11th to tell you about a cow that had died?

11   A.      Yes, he did.

12   Q.      Had you previously identified that as a

13   sickly cow?

14   A.      It's one that, yes, come out of the old

15   herd, yes.

16   Q.      Did you contact Mr. Hopkins on July 12th?

17   A.      Yes, sir, I did.

18   Q.      And did you tell him that you were going out

19   onto his property, and you didn't want to scare his

20   wife again?

21   A.      I told him that I needed to go back on the

22   property, and, yeah, I didn't want to scare his

23   wife.  He told us to go out there, do whatever we

24   needed to do, go anywhere we needed to go.

25   Q.      He used those words?

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1   farm, right?
 2   A.      Yes.
 3   Q.      Okay.  Did you ever tell Mr. Hopkins that
 4   he'd better watch how he talks to you or anything to
 5   that effect?
 6   A.      No, sir.
 7   Q.      Anything like that --
 8   A.      No, sir.  I don't believe so.
 9   Q.      Do you have any kind of evidence or
10   recordings or anything of Mr. Hopkins giving you
11   permission to come onto his farm?
12   A.       I don't have a recording, no.  I had my
13   phone on speaker and had it laying on the console of
14   my truck, and I was in the vehicle, Dr. Jill Johnson
15   was in the vehicle, and Detective Michael Galyon was
16   in the vehicle.
17   Q.      Okay.
18   A.      We all three could hear him.
19   Q.      Okay.  On July 12th, you'd already decided
20   you were going to seize his cattle, right?
21   A.      After we inspected again, yes.
22   Q.      So what time was that inspection?
23   A.       I don't know.  I'm not sure if there was a
24   time on it.  I would say it's midmorning to evening,
25   but I -- I don't know.  Let me check.  I don't know
```

1    if there's a time on it or not.  Okay.  It was in

2    the afternoon.

3    Q.    What time?

4    A.    Around 2:30.

5    Q.    How long were you there?

6    A.    We were probably there for -- probably close

7    to an hour.

8    Q.    What did you observe that was different from

9    your other entries onto that land?

10   A.    Part of the problem was that nothing was

11   different.  There was no hay out there for them to

12   eat.  No sign of grain.  Nothing -- did not appear

13   that anything had improved for the cattle, and we

14   also observed several carcasses.  Dead cattle.

15   Q.    And the cattle were grazing on the grass or

16   the -- whatever was growing out of the ground,

17   right?  Is that a fair statement?

18   A.    Very little grass.  It was weeds and there

19   was very little there for them to eat.

20   Q.    Did you inspect the entire pasture?

21   A.    Yes.

22   Q.    So you went over the entire farm property on

23   the 12th?

24   A.    Yes.

25   Q.    And it's your testimony that there was not

1   adequate grazing area for the cattle at that time?

2   A.      Yes.  Not adequate forage.

3   Q.      Not adequate forage.

4   A.      If you're talking about grazing area.  If

5   you're talking about acreage, plenty of acreage, but

6   there was nothing there to eat.

7   Q.      Okay.  And did you know the property lines

8   when you were out there?

9   A.      Not all of them, but we figured those

10  property lines out, I believe --

11  Q.      Okay.

12  A.      -- by following the fence from the roadway

13  back.

14  Q.      Okay.  Did you call Bo Jackson and talk to

15  him about the raid -- well, the seizure, whatever we

16  want to call that?  Let me strike that and start

17  over.

18          Did you contact Bo Jackson regarding the

19  seizure of cattle from the Hopkinses' farm prior to

20  July 13th?

21  A.      Yeah, I called and spoke to him to arrange

22  to haul the cattle.

23  Q.      And you did that on what day?

24  A.      I talked to him on the 12th.  I'd talked to

25  him previous from that.

1    Q.     Yeah, you'd talked to him on the 10th,

2    right?

3    A.     I may have.

4    Q.     You talked to him before the 12th, right,

5    about seizing the cattle?

6    A.     I talked to him on the 12th also.

7    Q.     Right.  So you talked to him on both those

8    dates about seizing the cattle from the Hopkinses'

9    farm?

10    A.     On the 10th, it was not about seizing the

11    cattle.  It was about if he had a place to keep the

12    cattle.  If it came down to that, could he help us

13    out and have somewhere to keep them; to take care of

14    them.

15    Q.     Okay.  So you had plenty of time to plan

16    that out, right?

17    A.     I had a night from the 12th till the next

18    morning.

19    Q.     Well, you were already talking to Bo Jackson

20    about it on the 9th or the 10th; correct?

21    A.     Not about the seizure.  About whether or not

22    he had -- at that point, I didn't -- we didn't know

23    we were taking the cattle or not.  I had spoken with

24    him about if he had a place to keep them, would be

25    able to care for them and to help us out with the

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1  cattle until we could get it in court and get it

2  through court.

3  Q.     All right.  I'm going to publish this other

4  exhibit here.  These are phone records that you

5  provided.  Go ahead and make this Exhibit Number 7.

6         Is that right, Lindsey?

7              THE REPORTER:  Yes.

8              (WHEREUPON, a document was marked as

9  Exhibit Number 7.)

10 BY MR. CLARK:

11 Q.     So let's look at July the 9th.  Right there

12 we've got three incoming calls and two outgoing

13 calls.

14              MR. TISHER:  That's June.

15              MR. CLARK:  Oh, yep.  Thank you for

16 that.  That is definitely not July.  I thought that

17 looked like an awful short amount of calls.

18 BY MR. CLARK:

19 Q.     There we go.  Okay.

20        So on July 9th, we've got quite a large

21 number of calls here.  Shelbyville, incoming call,

22 33 minutes.

23        Whose number is that, (615) 542-1186?

24 A.     That was my girlfriend at the time.

25 Q.     Okay.  And what's Bo Jackson's number?

1    Hopkinses' farm?

2    A.      I don't think so.  Let me see.  All right.

3    I don't think so.

4    Q.      Well, I guess Mr. Hopkins' number is there,

5    right?  So that -- did you call Mr. Hopkins on the

6    12th during the day here?

7    A.      Yes, I did.

8    Q.      Okay.  And --

9    A.      Off the top of my head, I don't -- I can't

10   tell you what Mr. Hopkins' number is.

11   Q.      Let me see if I can figure that out.  It's

12   the one that ends in 0281 right here.

13   A.      Okay.  Yes.

14   Q.      This one call.

15           So would that have been the call when you

16   were on your way out there on the 12th?

17   A.      Yes, sir.

18   Q.      And all these other calls about 1:15 p.m.,

19   these next three calls, can you tell me who those

20   numbers are, the 2046?

21   A.      I've got -- okay.  Hold on just a second.

22   Let me -- 2046?  That is my captain's phone number,

23   the first one.

24   Q.      Okay.  Captain who?

25   A.      Jimmy Oliver.

```
1   may have been back at the office.

2   Q.      Okay.

3   A.      I'm not a hundred percent.

4   Q.      Okay.  Do you know what time you got off

5   work that day or what time you went home?

6   A.      No, sir.  No, I -- I mean, if it was normal

7   time -- that was on a Thursday.  Normally would have

8   gotten off work at 4 o'clock.

9   Q.      Okay.

10  A.      I know what time I'm going to work that day.

11  I don't ever know what time I'm going home.

12  Q.      Okay.  All right.  So who all showed up the

13  next morning for the seizure of cattle from

14  Mr. Hopkins' property?

15  A.      Initially, myself -- I believe -- I'm going

16  by memory.  Myself, Detective Binkley, and

17  Detective Oliver, Detective Galyon.  Jason Williams

18  was Marshall County Animal Control.  Then

19  Bo Jackson, he had his son with him.  I'm not sure

20  what his name is.  Phil Dunivan, Pete Blackwell, and

21  Tommy Wilson.

22  Q.      And did you -- I'm sorry.  Go ahead and

23  finish.

24  A.      The last was the people that hauled the

25  cattle.
```

```
1   Q.      Okay.  And did you contact all these people
2   about doing the raid?
3   A.      It wasn't a raid.  It was --
4   Q.      Sorry.  Seizure.
5   A.      I talked to -- I think Phil probably talked
6   to everyone.  I know I did not talk to Tommy Wilson.
7   I think -- as far as the transportation of the
8   cattle, I believe Phil set all that up after I spoke
9   with him.
10  Q.      Okay.  And Sheriff Lamb showed up for the
11  seizure as well, right?
12  A.      He didn't go initially.  He knew we were out
13  there.  It was probably not a mile or so from his
14  residence.  He came by there the next morning -- or
15  came by there that morning, wasn't there long, and
16  he left.
17  Q.      And while he was there, y'all were loading
18  up cattle; is that right?
19  A.      I don't think we'd got any up yet while he
20  was there.
21  Q.      Did you talk to him?
22  A.      Very briefly.
23  Q.      And did he ask if you had gotten a search
24  warrant or a seizure warrant?
25  A.      No, sir.
```

1     calves.  The cows were around six years old in 2015.

2     Q.     Do you remember whenever you talked to him?

3     A.     No, sir.  It may have been that -- on the --

4     July 12th, 2018.

5     Q.     Okay.  So we've got a notation here about

6     7/13/2018.

7            Is that one died?

8     A.     Yes.

9     Q.     Okay.  And then is this 51 minus six, is

10     that 51 total cattle that you say were seized from

11     the Hopkinses' farm?

12     A.     I'm not sure.

13     Q.     Okay.  How many cattle did you seize in

14     total from the Hopkinses' farm, do you recall?

15     A.     It should have been 53.

16     Q.     53.  Okay.  And let's look back at your

17     interrogatory responses, which is Exhibit Number 8,

18     and we've got Question Number 9.  We're asking every

19     time you entered in July for you to provide a legal

20     justification for doing so, and then we go into each

21     of these dates, and then we get down to July 13th,

22     and that's -- that's when you entered the property

23     to seize the cattle for evidence, as well as for the

24     safety of the animals.

25            Is that still accurate?

```
1    A.      Yes, sir.

2    Q.      Do you want to add or change or take away

3    anything from that statement?  Do you want me to

4    scroll up so you can see the whole question?

5    A.      No.  No, I don't want to change it.

6    Q.      All right.  What about July 31st?  I know

7    Bo Jackson had mentioned some of these cattle were

8    hard to catch on the 13th, so is that why you then

9    obtained a search warrant to go back to this farm

10   and complete the seizure of the cattle?

11   A.      No.  The reason for obtaining the search

12   warrant is every time I'd contacted Mr. Hopkins, he

13   either -- you know, his wife escorted us to the

14   farm.  He gave us permission to be on the farm.  I

15   always had his permission to be there.  When I

16   contacted him about going back to get the other

17   cattle, he told me not to contact him anymore; to

18   contact his attorney and not to be on his property.

19   That's why I did a search warrant.

20   Q.      Okay.  So did he consent to you being on his

21   property on July 13th?

22   A.      Yes.  He never asked us to leave.  He knew

23   we were there; knew what was going on; asked if he

24   could call his attorney.  We told him yes.  He

25   called and talked to his attorney.  Never at any
```

```
 1              "July 12th, 2018, Dr. Johnson and I visited
 2      the farm again, and after another cow had died" --
 3      oh, "again after another cow had died.  We located
 4      the remains of nine head of cattle that had been" --
 5      died -- "that had died" -- that's supposed to be
 6      "previously" --
 7      Q.      Okay.  Yeah.  Especially --
 8      A.      I don't know what I was doing.
 9      Q.      Typos, man.  I make them all the time.  You
10      should see my filings, but anyway.
11      A.      "It appeared that nothing had been done to
12      help the remaining cattle.  I made arrangements to
13      return to the farm on July 13th, 2018, and did take
14      the cattle as evidence of a crime."
15      Q.      All right.  You say you took every single
16      cow there because every single cow was evidence of a
17      crime.
18              Is that accurate?
19      A.      Yes.
20      Q.      Okay.
21      A.      Dr. Johnson determined probable cause on the
22      entire herd.
23      Q.      Right.
24      A.      On each individual cow.  On the entire herd.
25      Q.      Okay.
```

Case 1:19-cv-00059  Document 100-1  Filed 03/31/21  Page 28 of 149 PageID #: 3978
*Elite Reporting Services* (615) 595-0073
*www.EliteReportingServices.com*

```
1    A.       We only took --
2    Q.       Go ahead.
3    A.       We only picked up 49.
4    Q.       But all the cattle that you took, it's your
5    testimony that each and every one of those cows was
6    evidence of a crime?
7    A.       The entire herd, yes.  I'm not saying we
8    looked at each and every cow.  She didn't -- didn't
9    grade each and every cow.  It was the herd as a
10   whole.
11   Q.       She had probable cause on the whole herd?
12   A.       Yes.
13   Q.       All right.  So let's -- let's look at this
14   next exhibit here, and I'm going to drop this in the
15   chat box.  This is preliminary hearing transcript
16   from the Hopkinses' preliminary hearing.  You may
17   remember this.  Whoops.  I'm screen sharing the
18   wrong thing.  Screen share.  There we go.  All
19   right.  Okay.  Yeah.  There we go.
20            So this -- do you recall you were testifying
21   at the preliminary hearing in Mr. Hopkins' criminal
22   case?
23   A.       Yes, sir.
24   Q.       And so do you recall testifying that you
25   went to Mr. Hopkins' residence, followed his wife
```

1  that you seized, did you?

2  A.      We took several photographs, but not one of

3  each cow, no, sir.

4  Q.      And did you tag the cattle -- no one in that

5  group, participants in the seizure, tagged the

6  cattle while they were on Mr. Hopkins' property, did

7  they?

8  A.      No, sir.

9  Q.      And they did not -- the cattle were not

10  tagged upon their arrival at Bo Jackson's farm, were

11  they?

12  A.      No, sir.  They were tagged the next morning

13  about 6 o'clock.  We started about 6:00.

14  Q.      And did you participate in that tagging

15  process?

16  A.      Yes, sir.

17  Q.      And there were other cattle on Bo Jackson's

18  farm; correct?

19  A.      On the farm, yes, but not with these cattle.

20  They weren't mixed with any others.

21  Q.      Okay.  And you did not tell Mr. Hopkins that

22  there were four cattle left on his farm that you

23  were going to come back for, did you?

24  A.      Yes, sir.

25  Q.      You did tell him that?

1    responded to my query regarding the locus of these

2    bovines."

3           Did you respond to any of Mr. Colley's

4    inquiries prior to September 19th, 2018, regarding

5    the location of Mr. Hopkins' cattle?

6    A.      No, sir.  I contacted the district

7    attorney's office and let them know.

8    Q.      Okay.

9    A.      Spoke with them about it.

10   Q.      Did they tell you to withhold that

11   information?

12   A.      In the beginning, we agreed to meet.  We

13   didn't trust that Mr. Hopkins -- Bo didn't want

14   Mr. Hopkins on his property without someone from the

15   sheriff's department being there.  We didn't trust

16   that, if he knew where the cattle were, he wouldn't

17   just up and go, you know, whenever he got ready.  So

18   we agreed to set up time and date.  "We'll meet at

19   this location.  I'll take you to them."  This went

20   back and forth a few times between the district

21   attorney and myself and Mr. Colley, but they

22   weren't -- wouldn't be satisfied until we gave them

23   the address of where the cattle were, and we did

24   that -- or the D.A.'s office did that.

25   Q.      Okay.  And so you swore out these warrants

1  for the cattle that were seized on July 13th.  You

2  swore out these warrants on July 19th, 2018.

3  A.      Yes, sir.

4  Q.      So that's a full six days after the cattle

5  were seized, right?

6  A.      Yes, sir.

7  Q.      And then you served -- or Detective Drew --

8  what's that last name?

9  A.      Binkley.

10  Q.      -- Binkley served those warrants on the

11  24th; is that right?

12  A.      Yes, sir.

13  Q.      And are you aware that the civil asset

14  forfeiture laws apply to government seizures of

15  livestock?

16  A.      No, sir.

17  Q.      A minute ago you said you -- did you say

18  that you -- you called Mr. Hopkins on the 13th and

19  talked to him?

20  A.      I don't -- no.  I don't know if it -- if he

21  was still out there or exactly when I talked to him.

22  I did let him know that there were some that we

23  could not get and that we were going to leave them

24  there for a few days and let them settle down, we'd

25  come back and feed them, and then we would get them

1    that some that were so wild that we couldn't catch

2    them the first time.

3    Q.      And what happened to those cattle?

4    A.      They went to the same farm.  Went to

5    Mr. Jackson's farm with the other -- the rest of the

6    herd.

7    Q.      So you think -- there was still probable

8    cause after two weeks for those four cattle?

9    A.      Yes, sir.

10   Q.      Did you get a warrant for those cattle?

11   A.      Yes, sir.

12   Q.      And that was based on inadequate water

13   supply and inadequate food supply.

14           Is that accurate?

15   A.      That was the probable cause determination,

16   yes.

17   Q.      And so on that whole farm, there wasn't

18   enough food or water for four cows?  Because you

19   removed all the rest of them, right?

20   A.      Those four cows were part of the entire

21   herd.  There were some that we did not get the first

22   time.  It was actually two cows and two calves, but

23   they were so wild we didn't get them the first time.

24   They were part of the original probable cause.  Part

25   of the original herd.  We just couldn't get them on

1    the 13th.

2    Q.      Right.  Right.  I'm asking -- I get that,

3    but you've been around cattle all your life, grew up

4    on a farm.  You've been on Mr. Hopkins' farm.  You

5    saw those five pictures of the water, including the

6    watering trough.  You saw all the different areas on

7    that farm.

8            Was there adequate food supply for those

9    four cattle whenever you seized them?

10   A.      I didn't take Dr. Johnson back with me at

11   that point to redo it.  They were in the -- the

12   original inspection, and probable cause was

13   determined.  The probable cause had already been

14   determined.

15   Q.      I understand that.  I'm asking you was there

16   adequate food supply for four -- two cattle and two

17   calves whenever you went back to see them?  Was

18   there adequate food for those four animals on that

19   entire farm where they were located, yes or no?

20   A.      In the pasture where they were located, no.

21   Q.      Not for four cattle?

22   A.      No.

23   Q.      Was there adequate water supply for four

24   cattle?

25   A.      Yes.

1   such a veterinarian or agent of the commissioner of

2   agriculture?

3   A.      Yes, sir.

4   Q.      And she, in that capacity, made that

5   determination of probable cause that a violation of

6   the animal welfare statutes had occurred?

7   A.      Yes.  Correct.

8   Q.      And in that section of the code, in that

9   statute, there is no reference to any warrant

10  requirement, is there?

11  A.      No, sir.

12  Q.      Your understanding is the two requirements

13  that are made explicit in that statute are the only

14  two requirements that need to be met for such

15  observation or confiscation of such livestock?

16  A.      Yes.

17  Q.      On July 12, 2018, you and Dr. Johnson were

18  present again on that date; correct?

19  A.      Yes.

20  Q.      And I believe you stated that the cow that

21  had previously been seen in the creek had been

22  removed, but all other issues that you and

23  Dr. Johnson noted on that first visit were

24  unresolved; is that right?

25  A.      Yes, that's correct.

1   Q.      So in addition to seeing the unresolved
2   issues, such as the lack of feed and the pink eye,
3   lack of veterinary care, you also discovered
4   something for the first time in speaking to the
5   carcasses that you found, right?
6   A.      Yes, sir.
7   Q.      Okay.  Could you describe those for me, what
8   you saw there?
9   A.      There were a couple of skeletal remains
10  scattered in a wooded area of the pasture, and there
11  was a sinkhole with remains in it of cattle that
12  were still in decomposition stage.  They hadn't been
13  dead long enough to be skeletons.  They still had
14  hide and stuff on them.  They had all been -- they'd
15  been placed into a sinkhole.
16  Q.      You said you saw a couple skeletal remains.
17          That's separate from the remains you saw in
18  the sinkhole?
19  A.      Yes, sir.
20  Q.      And all remains appeared to be cattle?
21  A.      Yes, sir.
22  Q.      Where were the two that were outside the
23  sinkhole?
24  A.      In a wooded area.
25  Q.      Was that nearby?

Case 1:19-cv-00059  Document 109-1  Filed 09/31/21  Page 36 of 149  PageID #986
Elite Reporting Services (615) 360-7349
www.EliteReportingServices.com

```
1    A.      Yes, sir.  Yes.  On -- on the same property.

2    Q.      Okay.  I'm saying in proximity to the

3    sinkhole.

4            It was close by the sinkhole or not

5    particularly?

6    A.      No.  I mean, the sinkhole is kind of in the

7    middle of the property.

8    Q.      Okay.

9    A.      They were near the property line.  One was

10   probably 250, 300 yards.

11   Q.      So of the two skeletal remains that were not

12   in the sinkhole, what was their level of

13   decomposition?

14   A.      They were just -- just bones.  They were

15   decomposed.

16   Q.      It appeared that those carcasses had been

17   there for a substantial period of time such that

18   they had fully decomposed?

19   A.      Yes.  Yes.

20   Q.      As to the remains found in the sinkhole

21   itself, how many do you estimate were in the

22   sinkhole?

23   A.      There were probably at least six or seven in

24   that sinkhole.  May have been more.

25   Q.      And how many of those had hide?
```

1   A.       Everything I could see still had some hide

2   on it.  Some a little more than others.

3   Q.       So is it correct that the skeletal remains,

4   as they got deeper in the sinkhole, appeared farther

5   along in decomposition?

6   A.       Yes.

7   Q.       And the -- the ones that appeared more

8   recently dead were up toward the top?

9   A.       Up on top, yes, sir.  Someone had placed

10  them in that hole.

11  Q.       So judging from the -- the location of them,

12  it appeared they had been drug into the sinkhole?

13  A.       Yes.

14  Q.       From your knowledge of cattle and

15  decomposition in general, do you have any estimate

16  as to the amount of time that the skeletal remains

17  that did have hide on them had been present?

18  A.       No, sir.  I don't know -- you'd have to have

19  some kind of examination probably to get it close,

20  but I would say it -- with the time of year,

21  decomposition would have been relatively quick.

22  Q.       Being in the summertime?

23  A.       Yeah.  I don't think they would have been

24  dead over a few months.

25  Q.       In your experience, when a cow dies and is

*Elite Reporting Services * (615) 595-0073*     *183*
*www.EliteReportingServices.com*

1    left undisturbed to decompose, does it get down to

2    nothing more than skeleton within a year?

3              MR. CLARK:  Objection to form.

4              THE WITNESS:  Normally, yes.

5    BY MR. TISHER:

6    Q.        And the following day was July 13th, 2018.

7    That's the day that the seizures were effectuated

8    for the majority of the cattle; correct?

9    A.        Yes, sir.

10   Q.        Do you recall what day of the week that was?

11   A.        On a Friday.

12   Q.        So the warrants that were filled out that we

13   discussed earlier on July 19th, 2018, those would

14   have been filled out within five working days of the

15   point of seizure; is that correct?

16   A.        Yes, sir.  That -- part of the reason for

17   the delay in the warrants, the time they were taken

18   out and the time they were served, was at

19   Mr. Hopkins' request.

20   Q.        What request had been made?

21   A.        I had advised him on Friday that I would do

22   them on Monday once we had a good head count and

23   stuff.  He wanted to contact his attorney.  I said,

24   "That's fine."  And after he talked to his attorney

25   I told him, you know, I would do it Monday.  He had

1   to go out of town on Wednesday of that week and was

2   under the impression -- or worried about being able

3   to go out of town while under bond so asked if I

4   would hold those warrants until the following

5   Monday, and I agreed.  We agreed to hold them, and

6   he turned himself in on the date that he picked.

7   Q.      So after the main seizure on the 13th, you

8   did go back for four remaining cattle?  I believe

9   that was two cows and two calves; correct?

10  A.      Yes, sir.

11  Q.      When you went back for those four, had

12  anything been done to improve the feed that was

13  provided to those animals?

14  A.      No, sir.

15  Q.      There was still no hay or grain?

16  A.      No.

17          MR. TISHER:  Okay.  I believe that's --

18  that's it for me.

19          Do you have any follow-up, Wes?

20          MR. CLARK:  Yeah, just a couple.

21          MR. TISHER:  Okay.

22

23                  EXAMINATION

24  QUESTIONS BY MR. CLARK:

25  Q.      Detective Nichols, whenever we're talking

```
1                    REPORTER'S CERTIFICATE

2

3   STATE OF TENNESSEE

4   COUNTY OF WILLIAMSON

5        I, LINDSEY R. PERRY, licensed court

6   reporter, with offices in Franklin, Tennessee,

7   hereby certify that I reported the foregoing

8   deposition of TONY NICHOLS by machine shorthand to

9   the best of my skills and abilities, and thereafter

10  the same was reduced to typewritten form by me.

11       I further certify I am not related to any of

12  the parties named herein nor related to their

13  counsel and have no interest, financial or

14  otherwise, in the outcome of the proceedings.

15  I further certify that in order for this document to
    be considered a true and correct copy, it must bear
16  my original signature and that any unauthorized
    reproduction in whole or in part and/or transfer of
17  this document is not authorized, will not be
    considered authentic, and will be in violation of
18  Tennessee Code Annotated 3-914-104, Theft of
    Services.

19

20

21  _____
    LINDSEY R. PERRY, LCR, RPR, CRR, CSR
22  Licensed Court Reporter
    Registered Professional Reporter
23  Certified Realtime Reporter
    Certified Shorthand Reporter
24  State of Tennessee at Large

25  LCR #790 - Expires:    6/30/2022
```

*Elite Reporting Services * (615)595-0073          194*
www.EliteReportingServices.com

**INCIDENT REPORT**
**MARSHALL COUNTY**
**SHERIFF'S OFFICE**
**TN 0590000**

| ADMINISTRATIVE | | |
|---|---|---|

**CASE NO.** 18-07-079
**REPORTING OFFICER** Det. T Nichols
**ASSISTING OFFICER**

**INCIDENT STATUS**
☐ UNFOUNDED
☐ CLEARED BY ARREST
☐ CLEARED EXCEPTIONALLY
DATE:

**EXCEPTIONAL CLEARANCE**
A ☐ DEATH OF OFFENDER
B ☐ PROSECUTION DECLINED
C ☐ EXTRADITION DECLINED
D ☐ REFUSED TO COOPERATE
E ☐ JUVENILE, NO CUSTODY
N ☐ NOT APPLICABLE

**ZONE** ☐ 1  ☐ 3 ☐ F  **CITY** ☐
☐ 2  ☐ 4

**REPORT CLASS** ☐ ARREST ☑ OFFENSE
**REPORT TYPE** ☑ INITIAL ☐ SUPPLEMENT

**OCCURRENCE DATE** 6/29/2018
**OCCURRENCE TIME**
**REPORT DATE** 7/02/2018
**TIMES:** TR    TD    TA

**INCIDENT LOCATION** 3706 Mealer Rd Chapel Hill Lat: 35.619770 Lon: -86.653580
AT    TJ    TC

**OFFENSE**

| OFFENSE | UCR CODE | TOA CODE | OFFICE USE ONLY |
|---|---|---|---|
| 1. Cruelty to Animals | | 39-14-202 | 1. |
| 2. | | | 2. |
| 3. | | | 3. |
| 4. | | | 4. |
| 5. | | | 5. |

**BIAS MOTIVATION FOR OFFENSE #1** (CHECK ONE)

**RACIAL**
11 ☐ ANTI-WHITE
12 ☐ ANTI-BLACK
13 ☐ ANTI-AMERICAN INDIAN/ ALASKAN NATIVE
14 ☐ ANTI-ASIAN/PACIFIC ISLANDER
15 ☐ ANTI-MULTI RACIAL GROUP

**RELIGIOUS**
21 ☐ ANTI-JEWISH
22 ☐ ANTI-CATHOLIC
23 ☐ ANTI-PROTESTANT
24 ☐ ANTI-ISLAMIC (MOSLEM)
25 ☐ ANTI-OTHER RELIGION
26 ☐ ANTI-MULTI-RELIGIOUS GROUP
27 ☐ ANTI-ATHEISM / AGNOSTICISM

**DISABILITY**
52 ☐ ANTI-PHYSICAL
53 ☐ ANTI-MENTAL

88 ☐ NONE
99 ☐ UNKNOWN

**ENTER BIAS MOTIVATION CODE IF**

**ETHNICITY / NATIONAL ORIGIN**
31 ☐ ANTI-ARAB
32 ☐ ANTI-HISPANIC
33 ☐ ANTI-OTHER ETHNICITY/ NATIONAL ORIGIN

**SEXUAL**
41 ☐ ANTI-MALE HOMOSEXUAL (GAY)
42 ☐ ANTI-FEMALE HOMOSEXUAL (LESBIAN)
43 ☐ ANTI-HOMOSEXUAL (GAYS AND LESBIANS)
44 ☐ ANTI-HETEROSEXUAL
45 ☐ ANTI-BISEXUAL

**DIFFERENT FROM OFFENSE #1**
#2 ☐ ☐    #3 ☐ ☐
#4 ☐ ☐    #5 ☐ ☐

**LOCATION OF OFFENSE (CHECK ONLY ONE)**
(ENTER CODE NUMBER FOR OFFENSE  #2 ___  #3 ___  #4 ___  #5 ___)

01 ☐ AIR / BUS / TRAIN TERMINAL
02 ☐ BANK / SAVINGS & LOAN
03 ☐ BAR / NIGHT CLUB
04 ☐ CHURCH / SYNAGOGUE / TEMPLE
05 ☐ COMMERCIAL / OFFICE BUILDING
06 ☐ CONSTRUCTION SITE
07 ☐ CONVENIENCE STORE
08 ☐ DEPARTMENT / DISCOUNT STORE
09 ☐ DRUG STORE / DR.'S OFFICE / HOSPITAL
10 ☐ FIELD / WOODS
11 ☐ GOVERNMENT / PUBLIC BUILDINGS
12 ☐ GROCERY / SUPERMARKET
13 ☐ HIGHWAY / ROAD / ALLEY
14 ☐ HOTEL / MOTEL / ETC.
15 ☐ JAIL / PRISON
16 ☐ LAKE / WATERWAY
17 ☐ LIQUOR STORE
18 ☐ PARKING LOT / GARAGE
19 ☐ RENTAL / STORAGE FACILITY
20 ☐ RESIDENCE / HOME
21 ☐ RESTAURANT
22 ☐ SCHOOL / COLLEGE
23 ☐ SERVICE / GAS STATION
24 ☐ SPECIALTY STORE (TV/FURN. ETC.)
25 ☐ OTHER / UNKNOWN

**OFFENSE STATUS: (CHECK ONLY ONE PER OFFENSE)**
1. A ☐ ATTEMPTED  2. A ☐ ATTEMPTED  3. A ☐ ATTEMPTED
C ☐ COMPLETED  C ☐ COMPLETED  C ☐ COMPLETED
4. A ☐ ATTEMPTED  5. A ☐ ATTEMPTED
C ☐ COMPLETED  C ☐ COMPLETED

**FOR BURGLARIES/ROBBERIES ONLY**
DID INCIDENT INVOLVE A HOME INVASION ☐ YES  ☐ NO
# OF PREMISES ENTERED ___
METHOD OF ENTRY:  F ☐ FORCIBLE  N ☐ NO FORCE

**TYPE CRIMINAL ACTIVITY: (Check Up to Three)**
B ☐ BUYING / RECEIVING
C ☐ CULTIVATING / MANUFACTURING / PUBLISHING
D ☐ DISTRIBUTING / SELLING
E ☐ EXPLOITING CHILDREN
O ☐ OPERATING / PROMOTING / ASSISTING
P ☐ POSSESSING / CONCEALING
T ☐ TRANSPORTING / TRANSMITTING / IMPORTING
U ☐ USING / CONSUMING

**TYPE WEAPON/FORCE INVOLVED: (Check Up To 3)**
11 ☐ FIREARM (type not stated)
12 ☐ HANDGUN
13 ☐ RIFLE
14 ☐ SHOTGUN
15 ☐ OTHER FIREARM
20 ☐ KNIFE / CUTTING INSTR.
30 ☐ BLUNT OBJECT
35 ☐ MOTOR VEHICLE
40 ☐ PERSONAL WEAPONS
50 ☐ POISON
60 ☐ EXPLOSIVES
65 ☐ FIRE / INCENDIARY
70 ☐ NARCOTICS / DRUGS
85 ☐ ASPHYXIATION
90 ☐ OTHER
95 ☐ UNKNOWN  ☑ NONE

#2 ___ #3 ___ #4 ___ #5 ___

**OFFENDER (S) USED**
A ☐ ALCOHOL
C ☐ COMPUTER EQUIPMENT
D ☐ DRUGS
N ☑ NOT APPLICABLE

**GANG ACTIVITY**
☐ JUVENILE GANG
☐ OTHER GANG
☐ JUVENILE & OTHER
☑ NO GANG ACTIVITY

**NAME**
GANG #1
GANG #2

**GANG TYPE** #2 ___
T ☐ PRISON GANGS / SECURITY THREAT GROUP
S ☐ STREET GANG
O ☐ OUTLAW MOTORCYCLE GANG
C ☐ ORGANIZED CRIME
R ☐ TERRORIST / SUBVERSIVE GROUP
M ☐ MISCELLANEOUS

**OFFICE USE ONLY**

**APPROVED BY:** ___    **DATE:** ___

EXHIBIT
Tony Nichols 7/24/2020
10

| | |
|---|---|
| NUMBER OF OFFENDER (S): ( 1 ) | OFFENDER ARRESTED ☑ YES ☐ NO — ARREST DATE **7/24/2018** |

IF MORE THAN (1) OFFENDER, PROVIDE ADDITIONAL INFORMATION ON SUPPLEMENT SHEET

**OFFENDER / ARRESTEE**

OFFENDER #: (LAST) **Hopkins** (FIRST) **Stephen** (MIDDLE) **Matthew** — HOME PHONE:

ADDRESS **3417 Mealer Rd** CITY **Chapel Hill** STATE **TN** ZIP **37034** — WORK PHONE:

| DOB 06/20/1971 | AGE 47 | HEIGHT 5'9" | WEIGHT 155 | EYE BR | HAIR Bald | DRIVER'S LICENSE #: 066758168 | STATE TN | SSN 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 |

SEX: M ☑ MALE  F ☐ FEMALE  U ☐ UNKNOWN
RACE: W ☑ WHITE  B ☐ BLACK  I ☐ INDIAN  A ☐ ASIAN  U ☐ UNKNOWN

ADDITIONAL DESCRIPTION (CLOTHING)

SCARS / MARKS / TATTOOS

ARRESTEE ARMED WITH: (CHECK UP TO TWO) (ENTER A BOX IF AUTOMATIC)
01 ☑ UNARMED  11 ☐ FIREARM (TYPE NOT STATED)  12 ☐ HANDGUN  13 ☐ RIFLE  14 ☐ SHOTGUN  15 ☐ OTHER FIREARM  16 ☐ LETHAL CUTTING INSTRUMENT (E.G. SWITCH BLADE KNIFE, ETC.)  17 ☐ CLUB / BLACKJACK / BRASS KNUCKLES

TYPE OF ARREST:
O ☐ ON-VIEW  S ☐ SUMMONED / CITED  T ☑ TAKEN INTO CUSTODY

DISPOSITION OF ARRESTEE UNDER 18:
H ☐ HANDLED WITHIN DEPARTMENT  R ☐ REFERRED TO OTHER AUTHORITIES
TIBRS OFFENSE CODE (S) 1. ___ 3. ___  2. ___ 4. ___

ARRESTEE ETHNICITY: H ☐ HISPANIC  N ☑ NON-HISPANIC  U ☐ UNKNOWN
RESIDENT STATUS: R ☑ RESIDENT  N ☐ NON-RESIDENT  U ☐ UNKNOWN
MULTIPLE CLEARANCE INDICATOR: M ☐ MULTIPLE  C ☐ COUNT ARRESTEE  N ☐ NOT APPLICABLE
WAS THERE EVIDENCE SEIZED IN THIS CASE ☐ YES ☐ NO  IF YES COMPLETE PROPERTY SEGMENT

FINGERPRINT CARD NO.:

**VICTIM**

NUMBER OF VICTIM (S): ( ) — IF MORE THAN (1) VICTIM, PROVIDE ADDITIONAL INFORMATION ON SUPPLEMENT SHEET — IS THE VICTIM ALSO THE COMPLAINANT ☐ YES ☐ NO

VICTIM #: (LAST) (FIRST) (MIDDLE) — HOME PHONE:

ADDRESS CITY STATE ZIP — WORK PHONE:

| DOB | AGE | HEIGHT | WEIGHT | EYE | HAIR |

TYPE OF VICTIM (CHECK ONLY ONE)
I ☐ INDIVIDUAL  B ☐ BUSINESS  F ☐ FINANCIAL  G ☐ GOVERNMENT  L ☐ LAW ENFORCEMENT OFFICIAL  R ☐ RELIGIOUS  S ☐ SOCIETY/PUBLIC  O ☐ OTHER  U ☐ UNKNOWN

RACE: W ☐ WHITE  B ☐ BLACK  I ☐ INDIAN  A ☐ ASIAN  U ☐ UNKNOWN
SEX: M ☐ MALE  F ☐ FEMALE  U ☐ UNKNOWN
RESIDENT STATUS: R ☐ RESIDENT  U ☐ UNKNOWN  N ☐ NON-RESIDENT
ETHNICITY: H ☐ HISPANIC  N ☐ NON-HISPANIC  U ☐ UNKNOWN

AGGRAVATED ASSAULT / HOMICIDE CIRCUMSTANCES: (CHECK UP TO TWO)
01 ☐ ARGUMENT  02 ☐ ASSAULT ON LAW OFFICER  03 ☐ DRUG DEALING  04 ☐ GANGLAND  05 ☐ JUVENILE GANG  06 ☐ LOVERS' QUARREL  07 ☐ MERCY KILLING  08 ☐ OTHER FELONY INVOLVED  09 ☐ OTHER CIRCUMSTANCES  10 ☐ UNKNOWN CIRCUMSTANCES

INJURY TYPE: (CHECK UP TO FIVE)
N ☐ NONE  B ☐ BROKEN BONES  I ☐ POSS. INT. INJURIES  L ☐ SEVERE LACERATION  M ☐ MINOR INJURY  O ☐ MAJOR INJURY  T ☐ LOSS OF TEETH  U ☐ UNCONSCIOUSNESS

VICTIM CONNECTED TO OFFENSE NUMBER ABOVE: 1. ___ 4. ___  2. ___ 5. ___  3. ___

RELATIONSHIP OF VICTIM TO OFFENDER:
SE ☐ SPOUSE  CS ☐ COMMON-LAW SPOUSE  PA ☐ PARENT  SB ☐ SIBLING  CH ☐ CHILD  GP ☐ GRANDPARENT  GC ☐ GRANDCHILD  IL ☐ IN-LAW  SP ☐ STEPPARENT  SC ☐ STEPCHILD  SS ☐ STEPSIBLING  OF ☐ OTHERFAMILY  AQ ☐ ACQUAINTANCE  FR ☐ FRIEND  NE ☐ NEIGHBOR  BE ☐ BABYSITTER(BABY)  BG ☐ BOY/GIRL FRIEND  CF ☐ CHILD OF "B/G" ABOVE  HH ☐ HOMOSEXUAL REL.  XS ☐ EX-SPOUSE  EE ☐ EMPLOYEE  ER ☐ EMPLOYER  OK ☐ OTHERWISE KNOWN  ST ☐ STRANGER  VO ☐ VICTIM WAS OFFENDER  RU ☐ RELATIONSHIP UNKNOWN

IS THE VICTIM A COLLEGE STUDENT ☐ YES ☐ NO
DID OFFENSE OCCUR ON CAMPUS ☐ YES ☐ NO

NEGLIGENT MANSLAUGHTER (CHECK ONE)
30 ☐ CHILD PLAYING WITH GUN  31 ☐ GUN CLEANING ACCIDENT  32 ☐ HUNTING ACCIDENT  33 ☐ OTHER NEGLIGENT WEAPON HANDLING  34 ☐ OTHER NEGLIGENT KILLING

JUSTIFIABLE HOMICIDE (CHECK ONE)
20 ☐ CRIMINAL KILLED BY PRIVATE CITIZEN  21 ☐ CRIMINAL KILLED BY POLICE OFFICER/ LAW ENFORCEMENT OFFICIAL

JUSTIFIABLE HOMICIDE CIRCUMSTANCES (CHECK ONE)
A ☐ ATTACKED POLICE OFFICER & THAT OFFICER KILLED CRIMINAL  B ☐ ATTACKED OFFICER & FELLOW OFFICER KILLED CRIMINAL  C ☐ CRIMINAL ATTACKED A CIVILIAN  D ☐ CRIMINAL ATTEMPTED FLIGHT FROM A CRIME  E ☐ KILLED IN COMMISSION OF CRIME  F ☐ RESISTED ARREST  G ☐ UNABLE TO DETERMINE / NOT ENOUGH INFORMATION

DOMESTIC VIOLENCE ☐ YES ☐ NO
VICTIM TRANSPORTED TO SAFE PLACE ☐ YES ☐ NO

DID INCIDENT INVOLVE A VIOLATION OF AN ORDER OF PROTECTION ☐ YES ☐ NO
WARRANT SIGNED BY (DOMESTIC VIOLENCE ONLY) ☐ OFFICER ☐ VICTIM ☐ OTH

7-13-18 Lac y 11:55 A.R. ?

Freeman Jordan | Sold 12 cows 6yrs. Old
580-7340 | 6 Calves

Sgt. Jack Morgan Franklin Police
615 550-6848

7-13-18 49 2 Died 48

8-1-3-18 3 head = 51 - 5 = 46

```
  51
 - 6
  45
  46  reused
  47
```

Total 51 Head
  - 6 Died
  46 Head

```
  49
  43
```

Page 2

11/27/18

Tommy Gooty
~~~ old
22 cows 6 calves - Bought from Mr. Freeman
Loaned Ball - Let it Die

Hopkins in jail for shooting Neighbors by Ins. gar
fire 4-5 yr

Sink Hole ??

993-6990
Lisa                          Susan
                        256-509-5789

4419 thick Rd.

Jimmy Gonfry —      3417 Mealer
                        Hopkins

        3706 Mealer Rd. Cowa

Matthew Hopkins
DWAS on business
works all over
Nud Twi.
615-708-0281

7-3-18 line 1  12:04 p.m.
7-3-18 line 1  12:06 p.m.
Did contact someone to pick up the cows.

7/23/2018  2:07 p.m. Line 1
615-708-0281
Lft. Msg.

    7/27/2018  4:45 P.M. Line 2 - Mr. Hopkins Advised
John Colley - 931-388-8564  call his attorney.
Line 2 Lft 7 p.m.

1) Blk Mid H Calf
2) Blk Wht Face Mid bull calf
3) Blk Mid H Calf
4) Blk N Hf calf
5) Bk Cow
6) Bk Wht Fc Cow BPE
7) Bk Mid Bull Cal BPE
8) Blk Bull BPE
9) Bk Wht Fc Cow y
10) Blk Heifer BPE
11) Blk Cow BPE
12) Blk Cow BPE
13) Blk Cow
14) Blk Cow
15) Blk Cow
16) Blk wht Fc Cow
17) Blk Cow
18) Blk Cow
19) Blk Cow Died
20) Blk w/wht Heifer
21) Blk Bull BPE
22) Blk Cow
23) Blk Cow
24) Blk Cow
25) Blk Cow

26 Blk Bull Calf BPE
27 Blk Heart Calf Blk Dead
28 Ly Blk Steer
29 Blk Bull Md Calf P.E.
30 Blk H. Calf B.t.E.
31 Blk Wht Fc Hf Calf
32 Blk Hf Calf
33 Red Bull Calf B.P.E.
34 Blk Bull Clf B.t.E. Died
35 Blk Bull Calf
36 Blk Wht Hfr Clf
37 Blk Hf Calf
38 Blk Bull Clf
39 Blk Hfr clf Died
40 Blk Hfr Clf
41 Blk Bull Clf Died → Replaced/Reused Blk 3650
42 Blk Bull Clf BPE
43 Blk Hfr Clf
44 Blk Bull Clf
45 Blk Hfr Clf
46 Blk Bull Clf
47 Blk Hfr Clf
48 Blk Hfr Clf
49 Blk Cow Died → Re-reused For Black/white Faced Cow 2613
50 Blk Bull Calf
51 Blk Wht Face Heifer

**CASE MANAGEMENT LOG**

CASE # 18-07-079      DATE ASSIGNED: 7-2-2018      INVESTIGATOR: T. Nichols

| PERSON CONTACTED | DATE/TIME | NOTES | HR |
|---|---|---|---|
| | 7-2-2018 | Went to 3206 Mealer Rd. with D. Jill Johnson in reference to a complaint on some poor cattle with atleast 1 dead cow. | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | | | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | | The owner of the cattle live at 3419 Mealer Rd. Matthew Hopkins | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | | Spoke with Mrs. Hopkins and she accompanied us to the Farm | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | | | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | | Spoke with Mr. Hopkins by his wifes phone. | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | | | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | | Located approx 50 Head of cattle in poor shape with approx 30 Head being in very bad shape | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | | | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | 7/3/18 | Spoke with Mr. Hopkins by phone He did have 1 dead cow but to be picked up. | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | | | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | | | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | | | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | | | |
| VICTIM  WITNESS  SUSPECT  A.S.A.  OTHER AGENCY | | | |

**LIVESTOCK WELFARE Examination FORM**

| TENNESSEE DEPARTMENT OF AGRICULTURE<br>Division of Consumer & Industry Services<br>Animal Health<br>P. O. Box 40627, Nashville TN 37204<br>Phone: 615-837-5120, Fax 615-837-5250 | COMPLAINT NUMBER<br>APEE-B27RP4 | Date of complaint<br>06/29/2018 |
|---|---|---|
| | Date/time of inspection:<br>07/02/2018        12:00 | |
| | Inspector:<br>Jill Johnson | Others present:<br>Det Tony Nichols |

Law Enforcement Agency: Marshall County Sheriff's Dept    Contact: Det Tony Nichols

Email: detnichols@marshalltn.com | County: Marshall | Phone: 931-359-6122

Livestock Owners Name: Matthew Hopkins | Street: 3417 Mealer Road | City: Chapel Hill | ZIP: 37034

Email of contact person: | Phone number of contact person: 615-708-0281

Number of Livestock present for each species (If none, leave blank. If not listed, please write in species.):

Horses ~50  Cattle___  Sheep___  Goats___  Other: _____

Description/ID of Livestock  (2) seperate herds of mostly black Angus & black baldy cattle.  Smaller herd appeared to be in better BCS than larger herd in poorer pasture.  Dead cow was located in stream in the pasture with larger number of cattle with lower BCS

| YES | NO | | |
|---|---|---|---|
| | ✓ | 01. | Is the body condition score of each animal indicative of reasonable health for its species?<br>*Provide individual body condition scores as an attachment. |
| ✓ | ✓ | 02. | Is proper shelter/protection from the weather provided? |
| | ✓ | 03. | Do livestock have access to fresh water? |
| | ✓ | 04. | Do livestock have access to appropriate forage/feed to support normal body function? |
| | ✓ | 05. | Are there any injuries present?  If yes, describe: |
| ✓ | | 06. | Are there any major health/disease issues present?  If yes, describe: Many cattle had active pinkeye |
| | ✓ | 07. | Are the animals receiving appropriate and timely care? |
| | ✓ | 08. | Are the animals under veterinary care?  If yes, contact information: |
| | ✓ | 09. | Have you inspected these animals before?  If yes, list dates: |

Additional observations: _____

Recommendations (complete as appropriate):

☐ No recommendations.  Livestock appears to be held under reasonable care, which should be continued.

☑ Recommendations. Livestock and circumstances observed during this examination indicate needs that would typically be addressed under reasonable care. Livestock's continued existence under these same or similar circumstances may support a finding of probable cause of animal cruelty.  To redress livestock's needs and avoid probable cause determination in the future, owner should: remove dead cow from water source for 1 herd of cattle as soon as possible & properly dispose of the cow by either rendering or burial on property away from water sources.  Owners have been told to have a veterinarian examine the cattle & provide appropriate treatment for pinkeye, weight loss such as aging cattle to be able to determine what cattle needed to be culled because of age.

Probable cause determination:

☐ No probable cause of persistent or egregious deficits in livestock care.  Owner should continue care as recommended above.

☑ Yes, probable cause.  Livestock observed during this examination appear to be subject to (check all that apply):

☐ Torture, maiming, or gross overwork;

☑ Unreasonable failure to provide livestock necessary food, water, care or shelter;

☐ Unreasonable abandonment;

☐ Transportation or confinement in a cruel manner; or

☐ Burning, cutting, laceration, or other injury to the legs or hooves of horses in order to make them sore.

Inspector/Veterinarian: _____  Date: 07/02/2018

Review: _____

**DEAD ANIMAL SANITARY DISPOSITION FIELD INSPECTION FORM**

| TENNESSEE DEPARTMENT OF AGRICULTURE | PURPOSE: Complaint |
|---|---|
| Division of Consumer & Industry Services | Inspector Name: Jill Johnson |
| Animal Health | County: Marshall |
| P. O. Box 40627, Nashville TN 37204 | Date: 07/02/2018 |
| Phone: 615-837-5120, Fax 615-837-5250 | |

| Owner/Business Name: Matthew Hopkins | APEE-B27RP4 | | | |
|---|---|---|---|---|
| Physical Address: 3706 Mealer Road | City Chapel Hill | Zip 37034 | Phone (615) 708-0281 |
| Mailing Address (if different): 3417 Mealer Road | City Chapel Hill | Zip 37034 | Phone |

Items marked as "NO" must be corrected by the next routine inspection or by such time as may be specified by the department. Failure to comply as specified in this NOTICE could result in the assessment of civil penalties. (Inspections authority is from T.C.A. §§ 44–2–102

| DEAD ANIMAL SANITARY DISPOSAL | | | |
|---|---|---|---|
| **YES** | **NO** | | |
| | ✓ | 01 | Owners shall dispose of animal carcasses within 48 hours of discovery of the dead animal regardless of weather conditions: |
| | ✓ | a. | The dead animal(s) have been disposed of in a timely manner. |
| | | 02 | Owner utilized the following options for sanitary disposition of dead animal(s): |
| | | a. | On farm burial: more than 300 feet from well head, more than 165 feet from property line or public use area, more than 100 feet from waters or wet weather conveyance, more than 2 feet above bedrock, and the ground water table. |
| | | b. | Composting |
| | | c. | Landfilling in Class 1 landfill, or Class 11 or 111 with written permission from the Commissioner of TDEC. |
| | | d. | Burning: Facilitated by #1 or #2 grade fuels, vegetation grown on the property of the burn site or wood waste. |
| | | e. | Incineration (requires TDEC permit) |
| | | f. | Rendering |
| | | g. | Catastrophic losses – more than 10,000 pounds of dead animal disposal – notification of the state veterinarian |
| | ✓ | 03 | The dead animal(s) has (ve) been disposed of properly. |

Comment: Dead cow located in stream

_____

_____

**ACTION:** Violation

| | 07/02/2018 | 12:30pm | |
|---|---|---|---|
| Inspector Signature | Date | Time | Follow - Up Inspection Date |

| | | | |
|---|---|---|---|
| Owner or Agent Signature | Date | Time | ☐ Owner or Agent declined to sign. Inspector left copy. |

## Animal Identification and Body Condition Scoring Chart

| Complaint Number | Date | Inspector Name |
|---|---|---|
| APEE-B27RP4 | 07/02/2018 | Jill Johnson |

| Animal ID/Description | Body Condition Scores (BCS) | Comment Column |
|---|---|---|
| Herd 1 | 2-3 | Many black Angus cows in larger herd with BCS 2-3 |
| Herd 2 | 3-5 | Many black Angus cows in smaller herd with BCS 3-4 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## LIVESTOCK WELFARE Examination FORM

| TENNESSEE DEPARTMENT OF AGRICULTURE<br>Division of Consumer & Industry Services<br>Animal Health<br>P. O. Box 40627, Nashville TN 37204<br>Phone: 615-837-5120, Fax 615-837-5250 | | COMPLAINT NUMBER<br>APEE-B27RP4 | Date of complaint<br>06/29/2018 |
|---|---|---|---|
| | | Date/time of inspection:<br>07/02/2018 | 12:00 |
| | | Inspector:<br>Jill Johnson | Others present:<br>Det Tony Nichols |

| Law Enforcement Agency: Marshall County Sheriff's Dept | | Contact Det Tony Nichols | |
|---|---|---|---|
| Email detnichols@marshalltn.com | County Marshall | | Phone 931-359-6122 |
| Livestock Owners Name: Matthew Hopkins | Street: 3417 Mealer Road | City Chapel Hill | ZIP 37034 |
| Email of contact person: | Phone number of contact person: 615-708-0281 | | |

Number of Livestock present for each species (If none, leave blank. If not listed, please write in species.):

___ Horses ~50 Cattle ___ Sheep ___ Goats ___ Other: ___

Description/ID of Livestock (2) separate herds of mostly black Angus & black baldy cattle. Smaller herd appeared to be in better BCS than larger herd in poorer pasture. Dead cow was located in stream in the pasture with larger number of cattle with lower BCS

| YES | NO | | |
|---|---|---|---|
| | ✓ | 01. | Is the body condition score of each animal indicative of reasonable health for its species?<br>*Provide individual body condition scores as an attachment. |
| ✓ | | 02. | Is proper shelter/protection from the weather provided? |
| | ✓ | 03. | Do livestock have access to fresh water? |
| | ✓ | 04. | Do livestock have access to appropriate forage/feed to support normal body function? |
| | ✓ | 05. | Are there any injuries present? If yes, describe: |
| ✓ | | 06. | Are there any major health/disease issues present? If yes, describe: Many cattle had active pinkeye |
| | ✓ | 07. | Are the animals receiving appropriate and timely care? |
| | ✓ | 08. | Are the animals under veterinary care? If yes, contact information: |
| | ✓ | 09. | Have you inspected these animals before? If yes, list dates: |

Additional observations: _____

Recommendations (complete as appropriate):

☐ *No recommendations. Livestock appears to be held under reasonable care, which should be continued.*

☑ *Recommendations. Livestock and circumstances observed during this examination indicate needs that would typically be addressed under reasonable care. Livestock's continued existence under these same or similar circumstances may support a finding of probable cause of animal cruelty. To redress livestock's needs and avoid probable cause determination in the future, owner should:* remove dead cow from water source for 1 herd of cattle as soon as possible & properly dispose of the cow by either rendering or burial on property away from water sources. Owners have been told to have a veterinarian examine the cattle & provide appropriate treatment for pinkeye, weight loss such as aging cattle to be able to determine what cattle needed to be culled because of age.

Probable cause determination:

☐ *No probable cause of persistent or egregious deficits in livestock care. Owner should continue care as recommended above.*

☑ *Yes, probable cause. Livestock observed during this examination appear to be subject to (check all that apply):*

☐ *Torture, maiming, or gross overwork;*

☑ *Unreasonable failure to provide livestock necessary food, water, care or shelter;*

☐ *Unreasonable abandonment;*

☐ *Transportation or confinement in a cruel manner; or*

☐ *Burning, cutting, laceration, or other injury to the legs or hooves of horses in order to make them sore.*

Inspector/Veterinarian: _____ Date: 07/02/2018

Review: _____

## LIVESTOCK WELFARE EXAMINATION FORM

| TENNESSEE DEPARTMENT OF AGRICULTURE | | |
|---|---|---|
| **Division of Consumer & Industry Services** | **COMPLAINT NUMBER** APEE-B27RP4 | **Date of complaint** 06/29/2018 |
| **Animal Health** | **Date/time of inspection:** 07/12/2018   14:30 | |
| P. O. Box 40627, Nashville TN 37204 | **Inspector:** Jill Johnson | **Others present:** Det Nichols & Galyon |
| Phone: 615-837-5120, Fax 615-837-5250 | | |

Law Enforcement Agency: Marshall County Sheriff's Dept     Contact Det Tony Nichols

Email dettnichols@marshalltn.com     County Marshall     Phone 931-359-6122

Livestock Owners Name: Matthew Hopkins     Street: 3417 Mealer Road     City Chapel Hill     ZIP 37034

Email of contact person:     Phone number of contact person: 615-708-0281

Number of Livestock present for each species (If none, leave blank. If not listed, please write in species.):

Horses 49   Cattle____ Sheep____ Goats____ Other: ____

Description/ID of Livestock  This farm has 2 separate herds of mostly black Angus cattle with a few BWF cattle & a few red cattle.  One herd has around 28 head of cattle which have BCS 2-4
The smaller herd consists of around 21 head of Angus cattle with BCS of 2-5.  Both herds are comprised of adult cows, 1 adult bull, 1 adult steer & various ages of calves.

| YES | NO | | |
|---|---|---|---|
| | ✓ | 01. | Is the body condition score of each animal indicative of reasonable health for its species? *Provide individual body condition scores as an attachment. |
| ✓ | | 02. | Is proper shelter/protection from the weather provided? |
| ✓ | | 03. | Do livestock have access to fresh water? |
| ✓ | | 04. | Do livestock have access to appropriate forage/feed to support normal body function? |
| | ✓ | 05. | Are there any injuries present?  If yes, describe: |
| ✓ | | 06. | Are there any major health/disease issues present?  If yes, describe: Many cattle have pinkeye that |
| | ✓ | 07. | Are the animals receiving appropriate and timely care? |
| | ✓ | 08. | Are the animals under veterinary care?  If yes, contact information: |
| ✓ | | 09. | Have you inspected these animals before?  If yes, list dates: 07/02/2108 |

Additional observations: _____

Recommendations (complete as appropriate):

☐ *No recommendations. Livestock appears to be held under reasonable care, which should be continued.*

☐ *Recommendations. Livestock and circumstances observed during this examination indicate needs that would typically be addressed under reasonable care. Livestock's continued existence under these same or similar circumstances may support a finding of probable cause of animal cruelty.  To redress livestock's needs and avoid probable cause determination in the future, owner should: _____*

Probable cause determination:

☐ *No probable cause of persistent or egregious deficits in livestock care.  Owner should continue care as recommended above.*

☑ *Yes, probable cause.  Livestock observed during this examination appear to be subject to (check all that apply):*

☐ *Torture, maiming, or gross overwork;*

☑ *Unreasonable failure to provide livestock necessary food, water, care or shelter;*

☐ *Unreasonable abandonment;*

☐ *Transportation or confinement in a cruel manner; or*

☐ *Burning, cutting, laceration, or other injury to the legs or hooves of horses in order to make them sore.*

Inspector/Veterinarian: _____     Date: 07/12/2018

Review: _____

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

COUNTY OF MARSHALL
STATE OF TENNESSEE

Personally, appeared before **Lee Bussart, General Sessions Court Judge for Marshall County, Tennessee,** the undersigned Detective Tony Nichols of the Marshall County Sheriff's Office, and now makes oath in due form of law that there is probable cause and reasonable cause to believe that **the property located at 3706 Mealer Road located in Marshall County Tennessee and further described as from the Marshall County Sheriff's Office travel. North on 1ˢᵗ Ave 0.6 miles, turn right onto Verona Ave. 0.3 miles, continue North on US 31A 12.0 miles, turn right onto Hwy 270 E 1.8 miles, turn left onto Mealer road 1.7 miles to 3706 Mealer road.** contains certain evidence of a crime, to wit: violations of Tennessee state laws as set forth in TCA sections, **39-14-202 Cruelty to Animals,** and the evidence to be searched for is as follows:

**Cows and or calves**

## Experience and Basis of Knowledge of Affiant

Your affiant has been a certified law enforcement officer for 17 years, of which time approximately 6 years has been in an investigative capacity. Your affiant has attended numerous workshops and training seminars covering several topics in criminal investigations. Your affiant's training, experience and participation in criminal investigations have led to numerous arrests and convictions in state court. Through experience, training and consultation with other law enforcement agencies your affiant is familiar with the habits, characteristics and practices of people involved in criminal activity.

## Statement of Facts in Support of Probable Cause

This affidavit is made by Detective Tony Nichols of the Marshall County Sheriff's Office who has 19 years of law enforcement experience of which 6 of those years are exclusively in criminal investigations, now testifies herein which is based upon information received from other law

enforcement officers, as well as personal investigation, unless otherwise stated, which your affiant believes to be true, and is as follows:

On June 29th 2018, I received a complaint of a herd of cattle that appeared to be poor with one cow down in a creek with buzzard's eating on her while she was still alive. On July 02nd 2018, I along with Dr. Jill Johnson with the Tennessee Department of Agriculture, accompanied by Mrs. Hopkins inspected the herd of cattle located at 3706 Mealer Road. We looked at two separate heard located on the same farm. Dr. Johnson did determine probable cause that the cruelty to Animals statute had been violated and we both spoke to Mr. Hopkins by phone. Dr. Johnson told Mr. Hopkins to have a veterinarian come out to examine the cattle and provide treatment for pinkeye and weight loss and explained how to properly dispose of the dead cow. On July 12th 2018, after learning of another cow dying, Dr. Johnson and I spoke with Mr. Hopkins by phone and with his permission inspected the cattle again. We found where approximately 9 head of cattle had died in the past and saw that there had been very little attempt if any to provide better care for the cattle. On July 13th 2018, the cattle were seized as evidence and Mr. Hopkins was made aware that he was being charged for animal cruelty. On August 1st 2018, we executed a search warrant signed on July 31st 2018 and were unable to catch a black calf. We left the calf's mother on the property for the best interest of the calf's survival.

Your affiant believes he will locate, at-least one cow, one calf and possibly more that were unable to be caught on August 1st 2018, relating to these crimes. Your affiant further believes other evidence relating to these crimes may be stored on the property for collection purposes.

The affiant swears the forgoing is true under penalty of perjury and therefore prays that a search warrant be issued based upon the above set forth facts, for the seizure of said property, or any part thereof, and that same be brought before the General Sessions Court in Marshall County, Tennessee, as provided by law.

_____
AFFIANT

Sworn to and subscribed before me this 1st day of August, 2018

_____
General Sessions Judge, Marshall County, Tennessee

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

**COUNTY OF MARSHALL**
**STATE OF TENNESSEE**

Personally, appeared before **Lee Bussart, General Sessions Court Judge for Marshall County, Tennessee,** the undersigned Detective Tony Nichols of the Marshall County Sheriff's Office, and now makes oath in due form of law that there is probable cause and reasonable cause to believe that **the property located at 3706 Mealer Road located in Marshall County Tennessee and further described as from the Marshall County Sheriff's Office travel. North on 1$^{St}$ Ave 0.6 miles, turn right onto Verona Ave. 0.3 miles, continue North on US 31A 12.0 miles, turn right onto Hwy 270 E 1.8 miles, turn left onto Mealer road 1.7 miles to 3706 Mealer road.** contains certain evidence of a crime, to wit: violations of Tennessee state laws as set forth in TCA sections, **39-14-202 Cruelty to Animals,** and the evidence to be searched for is as follows:

**Cows and or calves**

## Experience and Basis of Knowledge of Affiant

Your affiant has been a certified law enforcement officer for 17 years, of which time approximately 6 years has been in an investigative capacity. Your affiant has attended numerous workshops and training seminars covering several topics in criminal investigations. Your affiant's training, experience and participation in criminal investigations have led to numerous arrests and convictions in state court. Through experience, training and consultation with other law enforcement agencies your affiant is familiar with the habits, characteristics and practices of people involved in criminal activity.

## Statement of Facts in Support of Probable Cause

This affidavit is made by Detective Tony Nichols of the Marshall County Sheriff's Office who has 19 years of law enforcement experience of which 6 of those years are exclusively in criminal investigations, now testifies herein which is based upon information received from other law

enforcement officers, as well as personal investigation, unless otherwise stated, which your affiant believes to be true, and is as follows:

On June 29th 2018, I received a complaint of a herd of cattle that appeared to be poor with one cow down in a creek with buzzard's eating on her while she was still alive. On July 02nd 2018, I along with Dr. Jill Johnson with the Tennessee Department of Agriculture, accompanied by Mrs. Hopkins inspected the herd of cattle located at 3706 Mealer Road. We looked at two separate heard located on the same farm. Dr. Johnson did determine probable cause that the cruelty to Animals statute had been violated and we both spoke to Mr. Hopkins by phone. Dr. Johnson told Mr. Hopkins to have a veterinarian come out to examine the cattle and provide treatment for pinkeye and weight loss and explained how to properly dispose of the dead cow. On July 12th 2018, after learning of another cow dying, Dr. Johnson and I spoke with Mr. Hopkins by phone and with his permission inspected the cattle again. We found where approximately 9 head of cattle had died in the past and saw that there had been very little attempt if any to provide better care for the cattle. On July 13th 2018, the cattle were seized as evidence and Mr. Hopkins was made aware that he was being charged for animal cruelty.

Your affiant believes he will locate, at-least two cows and possibly more that were unable to be caught on July 13th 2018, relating to these crimes. Your affiant further believes other evidence relating to these crimes may be stored on the property for collection purposes.

The affiant swears the forgoing is true under penalty of perjury and therefore prays that a search warrant be issued based upon the above set forth facts, for the seizure of said property, or any part thereof, and that same be brought before the General Sessions Court in Marshall County, Tennessee, as provided by law.

_____
AFFIANT

Sworn to and subscribed before me this 31st day of July, 2018

_____
General Sessions Judge, Marshall County, Tennessee

Document: Tenn. Code Ann. § 39-14-211

‹ Previous                                                        Next ›

# Tenn. Code Ann. § 39-14-211

### Copy Citation

Current through the 2018 Regular Session. The commission may make editorial changes to this version and may relocate or redesignate text. Those changes will appear on Lexis Advance after the publication of the certified volumes and supplements. Pursuant to TCA 1-1-110, 1-1-111, and 1-2-114 the Tennessee Code Commission certifies the final, official version of the Tennessee Code. Until the annual issuance of the certified volumes and supplements, references to the updates made by the most recent legislative session should be to the

**Tennessee Code Annotated**    **Title 39 Criminal Offenses**    **Chapter 14 Offenses Against Property**    **Part 2 Animals**

## 39-14-211. Examination of livestock by commissioner of agriculture or other persons.

**(a)** No entry onto the property of another, arrest, interference with usual and customary agricultural or veterinary practices, confiscation, or any other action authorized by this part or any other law shall be taken in response to an allegation that this part has been violated with regard to livestock unless, prior to or at the time of such action:

**(1)** The livestock in question has been examined by:

**(A)** The commissioner of agriculture or the commissioner's duly authorized agent trained to conduct livestock cruelty examinations;

**(B)** A graduate of an accredited college of veterinary medicine specializing in livestock practice; or

**(C)** A graduate of an accredited college of agriculture with a specialty in livestock; and

**(2)** Upon examination of the livestock, the commissioner, commissioner's agent, or graduate has probable cause to believe that a violation of this part has occurred with regard to the livestock.

**(b)** If a person authorized by this section to make a probable cause examination of livestock does not examine the livestock within twenty-four (24) hours of receiving the allegation, a licensed veterinarian may make the inspection, and the veterinarian's findings shall be afforded the same presumption and effect as an examination conducted by a person authorized pursuant to subsection (a).



Document: Tenn. Code Ann. § 39-14-211

## History

Acts 1997, ch. 90, § 3; 2016, ch. 740, § 1.

TENNESSEE CODE ANNOTATED
© 2018 by The State of Tennessee All rights reserved

‹ Previous                                              Next ›

About LexisNexis®    Privacy Policy    Terms & Conditions    Sign Out    Copyright © 2018 LexisNexis. All rights reserved.



## TCA 39-14-210 (f)

Upon seizure by law enforcement, custody of any animal victimized under this part shall be placed with any governmental animal control agency, law enforcement agency, or their designee. The governmental animal control agency, law enforcement agency, or their designee shall assist the animal and preserve evidence for prosecution

```
07/12/2018              Marshall County 911                    ----- -
12:32:47                 CAD Incident Detail                   USER CBASS


CAD Incident: 2018-00020877        ESN : 0204           SO  56  EM  R
Phone    :        -                Law : MCSO           N
Name     :                         Fire : CHAPEL HILL   56 51 54 52
Address  : 3417 MEALER RD          EMS : EMS            N
Community: CHAPEL HILL              Rescue:
Jurisdctn:
                                   Disp : C
SubDivisn:                         Source: O
Low Intersection : HIGHWAY 270
High Intersection: BEDFORD CO LINE
..........................................................................
CAD Call Times: OTHER EVENT
..........................................................................
Incoming Call: 07/02/2018 11:34:12
Call Created : 07/02/2018 11:34:12   Created By: DSTONGE   Pos:022 TERM 22
Call Send Time  :        11:34:12    Sent By   : DSTONGE   Action:
Call Dispatch Time:      11:34:37    Event : OTHER    9    Language:
Call Enroute Time :      11:34:37    Law   :          9
Call Arrival Time :      11:34:37    Fire  :
Call Clear Time   :      12:48:23    EMS   :
Call Closed  :07/02/2018 12:48:23    Rescue:
..........................................................................
                            Narratives
..........................................................................
..........................................................................
                        Vehicle Information
..........................................................................

UNIT  DEPT STATUS/DSP/CASE  LOCATION/REMARK        USER  DATE    TIME
..........................................................................
5904   L02 DSP          Auto Backfill              DSTON 07/02 11:34:37
                        0700000079
5904   L02 ENR          Auto Backfill              DSTON 07/02 11:34:37
                        0700000079
5904   L02 OS           W DEPT OF AGRICULTURE       DSTON 07/02 11:34:37
                        0700000079
5904   L02 ENR           ENROUTE TO ANOTHER LOCATION DSTON 07/02 11:45:54
5904   L02 OS           3046 MEALER RD             CBASS 07/02 11:53:31
5904   L02 AVL                                     JDICK 07/02 12:48:16
..........................................................................
UNIT / VEHICLE ASSIGNMENT
..........................................................................
5904   5904         NICHOLS, TONY      8354          07/02 07:52:59
```

APEE-B27RP4 Matthew Hopkins in Marshall County Pictures



Tue 7/3/2018 9:39 AM
**From:** Dr.Jill Johnson
**To:** Samantha Beaty, Sara Clariday, Charles Hatcher
**Cc:** dettnichols@marshalltn.com

---

I determined PC on this case because there was a dead cow in the stream & the
majority of the cows in the larger herd had BCS 2-3. The owner was told to
promptly remove the dead cow from the stream & properly dispose of it by either
burial away from the water sources or by rendering. He was also told that a
veterinarian should be called to provide appropriate treatment for the cattle to
treat pinkeye & evaluate ages of cattle to assist in culling aged cattle & deworming
since no vet care has been provided by the owner in the last 2-3 years.

Jill Johnson DVM

Tennessee Department of Agriculture

PO Box 40627-Melrose Station

Nashville TN 37204

(615) 837-5120

(615) 417-6537 cell

**Attachments:**
- DSCF1492.JPG
- DSCF1493.JPG
- DSCF1495.JPG
- DSCF1499.JPG
- DSCF1502.JPG

IN THE CIRCUIT COURT FOR MARSHALL COUNTY, TENNESSEE

| | | |
|---|---|---|
| State of Tennessee | ) | Case No. 18-CR-151 |
| v. | ) | |
| Stephen Matthew Hopkins | ) | |

### Agreement of Parties for Sale of Cattle and Holding of Funds

The parties hereby agree to sell the cattle currently being held by Marshall County Sheriff's Office as evidence in the above-captioned case, pursuant to the following terms:

- Sale will take place on December 17th, 2018 at the cattle auction in Unionville, TN
- All documents associated with the sale and transfer of said cattle will be filed with the Clerk's office and provided to the parties
- All proceeds from the sale will be held in escrow by the Clerk's office until an order is issued by this Court for disbursement of said funds
- Best faith efforts will be made to obtain top market value for all cattle at auction
- No further agreement about the disbursement of the funds is being made at this time
- A review of this transaction will be held on December 20th, 2018 by the Court

Approved for entry:

_Wright, BPR # 29930_
stant District Attorney General
hall County Courthouse Room 407
sburg, TN 37091
270-2225; alwright@tndagc.org

_____
John Colley, Counsel for Defenda

9/4/18

| | | | brea? | | BCS |
|---|---|---|---|---|---|
| Blue 10 | heifer Blk | 600# | Pinkeye | (R) | 4 |
| 4 | Blk bull calf | 200# | " | (R) | 3 |
| 12 | Blk cow | 800# | | (L) | (3) |
| 21 | Adult bull | 900# | " | (R) | (4) |
| 26 | bull calf Blk | 500# | " | (L) | (4) |
| 14 | Adult Blk cow | 900# | " | (R) | (3) |
| 3 | Blk heifer | 700# | " | — | (3) |
| 34 | Blk bull calf | 250# | " | (L) | (2) |
| 30 | Blk cow | 700# | | (L) | (3) |
| 25 | Blk cow | 1000# | | — | (5) |
| 20 | BWF heifer | 600# | | — | (4) |
| 18 | Blk cow (humpback) | 1000# | | — | (5) |
| 47 | Blk calf heifer | 150# | | — | (2) |
| 7 | Blk bull calf | 600# | | (L) | (4) |
| 15 | Blk cow | 1000# | | — | (4) |
| 40 | Blk bull calf | 150# | | — | (3) |
| 33 | RWF bull calf | 450# | | Both | 3.5 |
| 49 | BWF cow | 750# | | (L) | (3) |
| 19 | Blk cow | 750 | | | (3.5) |
| 38 | Blk bull calf | 350 | | | 3.5 |
| 29 | Blk bull | 700 ✗✗✗ | | — | (4) |
| 24 | Blk cow (orng tag) | 800th | | (A.D) | 3.8 |
| 9 | Blk cow BWF | 750 | | | (3) |
| 11 | Blk cow (Red tag) | 850 | | (L) | (2.5) |
| 45 | Blk heifer calf | 250# | | | (4) |
| (31) | BWF heifer | 600# | | — | (4) |
| 16 | BWF heifer | 800# | | — | 4 |

9/4/18

| Blue Tag | Description | Wt. | Pinkeye | BCS |
|---|---|---|---|---|
| 44 | Blk bull calf | 450 | | 4 |
| 23 (orange tag) | Blk cow | 800# (Blk bull calf born here) | — | 4 |
| 37 | Blk heifer calf | 275 | — | 3 |
| 50 | Blk bull calf | 80# | — | 4 |
| 17 | Blk cow (orange tag) | 1000# | — | 4 |
| 22 | Blk cow | 1100# | — | 3 |
| 13 | Blk cow (metal tag) | 1300# | — | |
| 43 | Blk heifer calf | 300 | — | 4 |
| 35 | Blk bull calf | 250 | R | 3 |
| 5 | Blk cow | 1100 | — | 4 |
| 42 | Blk bull calf | 375 | — | 4 |
| 4 | Blk cow heifer | 775 | — | 4.5 |
| 39 | Blk heifer calf | 175 | — | 3.5 |
| 46 | Blk bull calf | 150 | — | 4 |
| 28 | Blk steer | 1400# | | 5 |
| 6 | BWF heifer | 800 | (L) | 4 |
| 32 | Blk heifer | 700 | — | 4.5 |
| 8 | Blk bull | 800 | (L) | |
| 51 | BWF heifer | 750 | — | 5 |
| 2 | BWF bull | 475 | — | 4 |
| 36 | BWF heifer | 275 | — | 3 |
| 1 | Blk cow | 800 | — | 4 |

State of Tennessee ⬡ Comptroller of the Treasury

# Real Estate Assessment Data

| Home | About | New Search | Return to List |

**County Number: 059**　　　　　　**County Name: MARSHALL**　　　　　　　　**Tax Year: 2018**

## Property Owner and Mailing Address

| Jan 1 Owner: | Current Owner: |
| HOPKINS STEPHEN MATTHEW | HOPKINS STEPHEN MATTHEW |
| 3417 MEALER RD | 3417 MEALER RD |
| CHAPEL HILL, TN 37034 | CHAPEL HILL, TN 37034 |

## Property Location

Address: MEALER RD 3417

Map: 026　　Grp:　　Ctrl Map: 026　　Parcel: 053.00　　Pl:　　S/I: 000

## Value Information

Reappraisal Year: 2017

| | |
| Land Mkt Value: | $35,200 |
| Improvement Value: | $279,300 |
| Total Market Appraisal: | $314,500 |
| Assessment %: | 25 |
| Assessment: | $78,625 |

## General Information

| | | | |
| Class: | 00 - RESIDENTIAL | | |
| City #: | 000 | City: | |
| SSD1: | 000 | SSD2: | 000 |
| District: | 01 | Mkt Area: | K100 |
| # Bldgs: | 1 | # Mobile Homes: | 0 |
| Utilities - Water / Sewer: | 11 - INDIVIDUAL / INDIVIDUAL | Utilities - Electricity: | 01 - PUBLIC |
| Utilities - Gas / Gas Type: | 00 - NONE | Zoning: | A1 |

## Subdivision Data

Subdivision:

Plat Bk:　　Plat Pg:　　Block:　　Lot:

## Additional Description

016 016 011.02 000

## Building Information

**Building # 1**

| | | | |
| Improvement Type: | 01 - SINGLE FAMILY | Stories: | 1 |
| Living/Business Sq. Ft.: | 2,457 | | |
| Foundation: | 02 - CONTINUOUS FOOTING | Floor System: | 04 - WOOD W/ SUB FLOOR |
| Exterior Wall: | 11 - COMMON BRICK | Structural Frame: | 00 - NONE |
| Roof Framing: | 02 - GABLE/HIP | Roof Cover/Deck: | 13 - PREFIN METAL CRIMPED |

State of Tennessee 🏛 Comptroller of the Treasury
# Real Estate Assessment Data

| Home | About | New Search | Return to List |
|------|-------|------------|----------------|

**County Number: 059**  **County Name: MARSHALL**  **Tax Year: 2018**

## Property Owner and Mailing Address

Jan 1 Owner:
HOPKINS STEPHEN M ETUX JULIE R
3417 MEALER RD
CHAPEL HILL, TN 37034

## Property Location

Address:  MEALER RD 3706

Map:  027  Grp:   Ctrl Map:  027   Parcel:  001.00   PI:   S/I: 000

## Value Information

Reappraisal Year:  2017

| Land Mkt Value: | $401,100 | Land Use Value: | $123,400 |
|---|---|---|---|
| Improvement Value: | $64,800 | Improvement Value: | $64,800 |
| Total Market Appraisal: | $465,900 | Total Use Appraisal: | $188,200 |
| | | Assessment %: | 25 |
| | | Assessment: | $47,050 |

## General Information

| Class: | | 11 - AGRICULTURAL | | |
|---|---|---|---|---|
| City #: | | 000 | City: | |
| SSD1: | | 000 | SSD2: | 000 |
| District: | | 01 | Mkt Area: | K100 |
| # Bldgs: | | 1 | # Mobile Homes: | 0 |
| Utilities - Water / Sewer: | | 11 - INDIVIDUAL / INDIVIDUAL | Utilities - Electricity: | 01 - PUBLIC |
| Utilities - Gas / Gas Type: | | 00 - NONE | Zoning: | A1 |

## Subdivision Data

Subdivision:

Plat Bk:   Plat Pg:   Block:   Lot:

## Additional Description

016 016 006.00 000

## Building Information

Building # 1

| Improvement Type: | 01 - SINGLE FAMILY | Stories: | 1 |
|---|---|---|---|
| Living/Business Sq. Ft.: | 1,304 | | |
| Foundation: | 02 - CONTINUOUS FOOTING | Floor System: | 04 - WOOD W/ SUB FLOOR |
| Exterior Wall: | 11 - COMMON BRICK | Structural Frame: | 00 - NONE |
| Roof Framing: | 02 - GABLE/HIP | Roof Cover/Deck: | 03 - COMPOSITION SHINGLE |

| | | | |
|---|---|---|---|
| Cabinet/Millwork: | 03 - AVERAGE | Floor Finish: | 11 - CARPET COMBINATION |
| Interior Finish: | 10 - PANEL-PLAST-DRYWALL | Paint/Decor: | 03 - AVERAGE |
| Heat and A/C: | 08 - HEAT & COOLING PKG | Plumbing Fixtures: | 3 |
| Bath Tile: | 00 - NONE | Electrical: | 03 - AVERAGE |
| Shape: | 04 - IRREGULAR SHAPE | Quality: | 01 - AVERAGE |
| Act Yr Built: | 1945 | Condition: | A - AVERAGE |

**Building Areas:**

| | |
|---|---|
| Area: BAS | Sq Ft: 1,024 |
| Area: CPU | Sq Ft: 696 |
| Area: BSF | Sq Ft: 280 |
| Area: UTF | Sq Ft: 280 |
| Area: OPF | Sq Ft: 224 |
| Area: OPF | Sq Ft: 196 |

## Extra Features

| Bldg/Card# | Type | Description | Units |
|---|---|---|---|
| 1 | ATTACHED SHED | 10X48 | 480 |
| 1 | OPEN SHED | 40X32 | 1,280 |
| 1 | LOFT BARN | 32X42 | 1,344 |
| 1 | ATTACHED SHED | 20X42 | 840 |
| 1 | ATTACHED SHED | 10X32 | 320 |
| 1 | OPEN SHED | 40X80 | 3,200 |

## Sale Information

| Sale Date | Price | Book | Page | Vac/Imp | Type Instrument | Qualification |
|---|---|---|---|---|---|---|
| 04/06/2015 | $329,000 | 654 | 22 | IMPROVED | WD | J |
| 04/08/2014 | | W&W | 107 | | WL | |
| 12/15/2008 | | 527 | 92 | | TE | |
| 08/06/1970 | $0 | 23 | 437 | | | |
| 05/22/1970 | $0 | 22 | 255 | | | |

## Land Information

| | | |
|---|---|---|
| Deed Acres: 124.97 | Calc Acres: 0.00 | Total Land Units: 124.97 |
| Land Type: 54 - PASTURE | Soil Class: G | Units: 56.97 |
| Land Type: 46 - ROTATION | Soil Class: A | Units: 42.00 |
| Land Type: 62 - WOODLAND 2 | Soil Class: P | Units: 25.00 |
| Land Type: 04 - IMP SITE | Soil Class: | Units: 1.00 |

| New Search | Return to List | View GIS Map for this Parcel |
|---|---|---|

| Glossary of Terms | How to Search | Fact Sheet |
|---|---|---|
| Division of Property Assessments Home Page | Comptroller of the Treasury Home Page | State of Tennessee Home Page |



**Google** Maps   209 N 1st Ave, Lewisburg, TN 37091 to   Drive 16.4 miles, 24 min
3706 Mealer Rd, Chapel Hill, TN 37034

Map data ©2018 Google   2 mi

**209 N 1st Ave**
Lewisburg, TN 37091

↑   1.   Head north on N 1st Ave toward Water St

0.6 mi

↱   2.   Turn right onto Verona Ave

0.3 mi

↑   3.   Continue onto US-31 ALT N

12.0 mi

↱   4.   Turn right onto TN-270 E

1.8 mi

↰   5.   Turn left onto Mealer Rd

1.7 mi

**3706 Mealer Rd**
Chapel Hill, TN 37034

These directions are for planning purposes only. You may find that construction
projects, traffic, weather, or other events may cause conditions to differ from the
map results, and you should plan your route accordingly. You must obey all signs or
notices regarding your route.



## COLLEY, COLLEY & KELLEY*
710 NORTH MAIN STREET
SUITE 200
COLUMBIA, TENNESSEE 38401

JERRY C. COLLEY
JOHN S. COLLEY, III
BARTON E. KELLEY

FAX: 931-388-8569
TELEPHONE: (931) 388-8564
jsc@colleycolleyandkelley.com
bkelley@colleycolleyandkelley.com

*Via Fax (931) 359-5902*

August 15, 2018

Investigator Tony Nichols
Marshall County Sheriff's Department
209 1st Ave North
Lewisburg TN  37091

Re: *State v. Matthew Hopkins*

Dear Inv. Nichols:

I represent Matthew Hopkins. You recently initiated and supervised the seizure of 49 head of cattle from him. I am unaware of any process issued by a court or any other legal official authorizing this seizure of his property. Please forward a copy of whatever process has issued authorizing the acts. Absent such process, the law requires you to return said livestock to Mr. Hopkins immediately.

Please advise in writing (by fax or email) where the cattle are currently located. I intend to photograph the herd and have them inspected by a veterinarian prior to court.

I look forward to your response.

Very truly yours,

John S. Colley, III

JSCIII/jw

*an association of attorneys, not a partnership

10/09/2018   07:05 Colley & Colley                    (FAX)19313888569        P.002/003

IN THE CIRCUIT COURT FOR MARSHALL COUNTY, TENNESSEE

STATE of TENNESSEE )
)
Versus )            Docket Nos. _____
)
MATTHEW HOPKINS, )
Defendant )

## MOTION TO SUPPRESS

    Comes the Defendant and moves the Court to exclude any and all evidence derived from the illegal entry, search of his property located at 3417 Mealer Road, Chapel Hill, Tennessee, and seizures therefrom, by the Marshall County Sheriff's Department, on various days beginning July 2, 2018 and continuing on throughout the month of July, 2018, with dates of illegal entry including July 9, 11, and 13, 2018. These illegal entries and searches culminated in the illegal seizure of Defendant's property, to wit: approximately fifty (50) head of livestock, on July 13, 2018. More livestock were illegally seized from Defendant on July 31, 2018, as the search warrant that day was tainted by the prior illegal entries upon Defendant's property.

    All of the above-described entries, searches and seizures occurred without a warrant, consent or any other legal justification, in violation of his guarantees against unreasonable search and seizure under the state and federal constitutions.

    This the 9 day of October, 2018.

                COLLEY, COLLEY & KELLEY

By: _____

JOHN S. COLLEY, III #12029
Attorney for Defendant
710 N. Main Street
Columbia TN 38401
(931) 388-8564

1

10/09/2018   07:06 Colley & Colley

## CERTIFICATE OF SERVICE

I, John S. Colley, III, hereby certify that I have sent a true and exact copy of the foregoing Motion to:

District Attorney General
Marshall County Cthse Rm 407
Lewisburg TN 37091
(931) 270-2227

by facsimile transmission, this the _____ day of October, 2018.

JOHN S. COLLEY, III

NOTICE OF HEARING: This motion will be heard on October, 17

2018 at 1:00 p.m.

2

11/15/2018 11:12 Colley & Colley

IN THE CIRCUIT COURT FOR MARSHALL COUNTY, TENNESSEE

STATE of TENNESSEE          )
                           )
Versus                      )          Docket Nos. 18-cr-151
                           )
MATTHEW HOPKINS,            )
     Defendant              )

## MOTION TO CONTINUE SUPPRESSION HEARING

Comes the Defendant and moves the Court to reset his suppression hearing to another date, based on the following reasons:

1. This matter was previously set on October 17, 2018. The parties agreed to reset the hearing to allow Defendant time to have his cattle inspected by a veterinarian.

2. The Defendant retained a veterinarian and made arrangements with the State to inspect the cattle on October 24, 2018 (a week later). The Defendant inquired whether the livestock "were roaming the fields or in a confined area," and was informed the cattle "were in a confined area and can easily be worked into a barn to be caught if need be."

3. When Defendant and his veterinarian arrived on October 24, 2018, all 50+ head of cattle were, in fact, roaming the field. Defendant had neither the manpower nor equipment necessary to work the cattle up for inspection by his vet that day.

4. The vet who met Defendant to inspect his cattle on October 24, 2018 subsequently refused to further assist the Defendant; Defendant has retained a new veterinarian to inspect the cattle, but said vet is unavailable to view the cattle until *after* November 21, 2018.

5. Defendant is loathe to undertake either his suppression motion or the State's latest motion for a bond to pay for keeping the Defendant's cows from him until discovery has been completed. More importantly, the Defendant believes the opinion and testimony of his own veterinarian is necessary to impeach the vet employed full-time by the State of Tennessee at the upcoming

11/15/2018  11:12 Colley & Colley

hearings. His inability to proceed with the inspection of his cattle on October 24, 2018 was through no fault of his own.

WHEREFORE the Defendant respectfully prays that the Court reset the pending hearings in this cause to a new date in December or January.

This the 15th day of November, 2018.

COLLEY, COLLEY & KELLEY

By: _____

JOHN S. COLLEY, III #12029
Attorney for Defendant
710 N. Main Street
Columbia TN 38401
(931) 388-8564

CERTIFICATE OF SERVICE

I, John S. Colley, III, hereby certify that I have sent a true and exact copy of the foregoing Motion to:

Drew Wright, ADA
Marshall County Cthse Rm 407
Lewisburg TN 37091
(931) 270-2227

by first-class mail postage prepaid and facsimile transmission, this the 15th day of November, 2018.

_____
JOHN S. COLLEY, III

11/15/2018    11:12 Colley & Colley                    (FAX)19313888569              P.002/003

IN THE CIRCUIT COURT FOR MARSHALL COUNTY, TENNESSEE

STATE of TENNESSEE )
)
Versus )          Docket Nos. 18-cr-151
)
MATTHEW HOPKINS, )
Defendant )

## MOTION TO CONTINUE SUPPRESSION HEARING

Comes the Defendant and moves the Court to reset his suppression hearing to another date, based on the following reasons:

1. This matter was previously set on October 17, 2018. The parties agreed to reset the hearing to allow Defendant time to have his cattle inspected by a veterinarian.

2. The Defendant retained a veterinarian and made arrangements with the State to inspect the cattle on October 24, 2018 (a week later). The Defendant inquired whether the livestock "were roaming the fields or in a confined area," and was informed the cattle "were in a confined area and can easily be worked into a barn to be caught if need be."

3. When Defendant and his veterinarian arrived on October 24, 2018, all 50+ head of cattle were, in fact, roaming the field. Defendant had neither the manpower nor equipment necessary to work the cattle up for inspection by his vet that day.

4. The vet who met Defendant to inspect his cattle on October 24, 2018 subsequently refused to further assist the Defendant; Defendant has retained a new veterinarian to inspect the cattle, but said vet is unavailable to view the cattle until *after* November 21, 2018.

5. Defendant is loathe to undertake either his suppression motion or the State's latest motion for a bond to pay for keeping the Defendant's cows from him until discovery has been completed. More importantly, the Defendant believes the opinion and testimony of his own veterinarian is necessary to impeach the vet employed full-time by the State of Tennessee at the upcoming

hearings. His inability to proceed with the inspection of his cattle on October 24, 2018 was through no fault of his own.

WHEREFORE the Defendant respectfully prays that the Court reset the pending hearings in this cause to a new date in December or January.

This the 15th day of November, 2018.

COLLEY, COLLEY & KELLEY

By: _____

JOHN S. COLLEY, III #12029
Attorney for Defendant
710 N. Main Street
Columbia TN 38401
(931) 388-8564

CERTIFICATE OF SERVICE

I, John S. Colley, III, hereby certify that I have sent a true and exact copy of the foregoing Motion to:

Drew Wright, ADA
Marshall County Cthse Rm 407
Lewisburg TN 37091
(931) 270-2227

by first-class mail postage prepaid and facsimile transmission, this the 15th day of November, 2018.

_____

JOHN S. COLLEY, III

## Address



Fri 10/12/2018 3:36 PM
**From:** Andrew L. Wright
**To:** jsc@colleycolleyandkelley.com
**Cc:** dettnichols@marshalltn.com

---

Mr. Colley:

The address where the cattle are located is 802 Booneshill-Petersburg Rd, Petersburg, TN.

The owners of that property have been reluctant to turn over the address because they have greatly preferred to set up the meeting at an agreed upon time, as we have discussed before. That is why I thought the understanding we had previously reached would work best for everyone.

Since the vets needed more specifics, I have finally been provided the address, and I am providing to you now. The owners of the property have asked us to stress to your client than he is not welcome on the property without proper notice being given, and he is not welcome without making arrangements to have officers from Marshall County Sheriff's Office present for the inspection.

I would ask that you or your client propose a time for the inspection and that we make arrangements similarly to what we had previously agreed to for today.

Please let me know how you wish to proceed.

DW

Drew Wright

Assistant District Attorney General, 17th Jud. Dist.

Marshall County Courthouse Room 407

Lewisburg, TN 37091

(931) 270-2225

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

**FYI**

Tue 10/9/2018 9:46 AM
**From:** Andrew L. Wright
**To:** dettnichols@marshalltn.com



See attached. For the 17th. Also, just FYI I did file the security bond motion.


DW


Drew Wright

Assistant District Attorney General, 17th Jud. Dist.

Marshall County Courthouse Room 407

Lewisburg, TN 37091

(931) 270-2225


LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.


**Attachments:**
- 20181009094359.pdf

10/09/2018   07:05 Colley & Colley

IN THE CIRCUIT COURT FOR MARSHALL COUNTY, TENNESSEE

STATE of TENNESSEE          )
                            )
Versus                      )          Docket Nos. _____
                            )
MATTHEW HOPKINS,            )
          Defendant         )

## MOTION TO SUPPRESS

Comes the Defendant and moves the Court to exclude any and all evidence derived from the illegal entry, search of his property located at 3417 Mealer Road, Chapel Hill, Tennessee, and seizures therefrom, by the Marshall County Sheriff's Department, on various days beginning July 2, 2018 and continuing on throughout the month of July, 2018, with dates of illegal entry including July 9, 11, and 13, 2018. These illegal entries and searches culminated in the illegal seizure of Defendant's property, to wit: approximately fifty (50) head of livestock, on July 13, 2018. More livestock were illegally seized from Defendant on July 31, 2018, as the search warrant that day was tainted by the prior illegal entries upon Defendant's property.

All of the above-described entries, searches and seizures occurred without a warrant, consent or any other legal justification, in violation of his guarantees against unreasonable search and seizure under the state and federal constitutions.

This the 9 day of October, 2018.

                              COLLEY, COLLEY & KELLEY

                    By:  _____
                         JOHN S. COLLEY, III #12029
                         Attorney for Defendant
                         710 N. Main Street
                         Columbia TN 38401
                         (931) 388-8564

1

10/09/2018   07:06 Colley & Colley                    (FAX)19313888569          P.003/003

## CERTIFICATE OF SERVICE

I, John S. Colley, III, hereby certify that I have sent a true and exact copy of the foregoing Motion to:

District Attorney General
Marshall County Cthse Rm 407
Lewisburg TN  37091
(931) 270-2227

by facsimile transmission, this the _____ day of October, 2018.

JOHN S. COLLEY, III

NOTICE OF HEARING: This motion will be heard on October, 17 2018 at 1:00 p.m.

2

Re: Follow up to letter



Mon 9/24/2018 6:36 PM
**From:** Andrew L. Wright
**To:** jsc@colleycolleyandkelley.com
**Cc:** dettnichols@marshalltn.com

Sorry for the many typos and mistakes. I will redraft this tmw from the office so you don't have to recruit an interpreter to decipher this.

Get Outlook for Android (https://aka.ms/ghei36)

---

**From:** Andrew L. Wright
**Sent:** Monday, September 24, 2018 3:36:45 PM
**To:** 'jsc@colleycolleyandkelley.com'
**Cc:** dettnichols@marshalltn.com
**Subject:** Follow up to letter

Mr. Colley:

I have spoken to Detective Nichols. He wanted me to assure you he would be happy to accommodate your request. However, he would like to set up your appointment at a time convenient to both you, your inspectors, him, and the folks at the place currently keeping the cattle.

I suspect if you call his office and give you some proposed meeting/inspection times, he will be more than happy to accommodate.

Additionally, he did not ignore your requests before. He addressed the situation with others in my office, but there was some delay in the decision based on Now that the case is in Circuit court, he and I have discussed it. He is happy to accommodate, but he and the others involved would like to present for the inspection. I trust and hope that you will find that request reasonable.

Best,

DW

Get Outlook for Android (https://aka.ms/ghei36)

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

Follow up to letter



Mon 9/24/2018 3:36 PM
**From:** Andrew L. Wright
**To:** jsc@colleycolleyandkelley.com
**Cc:** dettnichols@marshalltn.com

Mr. Colley:

I have spoken to Detective Nichols. He wanted me to assure you he would be happy to accommodate your request. However, he would like to set up your appointment at a time convenient to both you, your inspectors, him, and the folks at the place currently keeping the cattle.

I suspect if you call his office and give you some proposed meeting/inspection times, he will be more than happy to accommodate.

Additionally, he did not ignore your requests before. He addressed the situation with others in my office, but there was some delay in the decision based on Now that the case is in Circuit court, he and I have discussed it. He is happy to accommodate, but he and the others involved would like to present for the inspection. I trust and hope that you will find that request reasonable.

Best,

DW

**Get Outlook for Android** (https://aka.ms/ghei36)

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

State v. Hopkins



Thu 9/20/2018 11:49 AM
**From:** Andrew L. Wright
**To:** dettnichols@marshalltn.com
**Cc:** jsc@colleycolleyandkelley.com

Det. Nichols,

Please see the attached letter from Mr. Colley. He would like to inspect the cattle, and I would appreciate it if you would make accommodations to allow him to do so. You may call me with any questions.

Also, as a reminder, we will be having a hearing in this matter the afternoon of 10-17. You and the vet will be needed for testimony.

DW

Drew Wright

Assistant District Attorney General, 17th Jud. Dist.

Marshall County Courthouse Room 407

Lewisburg, TN 37091

(931) 270-2225

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

**Attachments:**

- John Colley letter requesting inspection.pdf

**COLLEY, COLLEY & KELLEY***
710 NORTH MAIN STREET
SUITE 200
COLUMBIA, TENNESSEE 38401

JERRY C. COLLEY
JOHN S. COLLEY, III
BARTON E. KELLEY

FAX: 931-388-8569
TELEPHONE: (931) 388-8564
jsc@colleyandkelley.com
bkelley@colleyandkelley.com

*Via Fax (931) 270-2227*

September 19, 2018

Drew Wright
Marshall County Courthouse
Room 407
Lewisburg, TN 37091

Re: *State v. Hopkins*

Dear General Wright:

Please advise as to the location of my client's cattle. I would like to inspect them, photograph them, and have a vet examine them.

Investigator Nichol has not responded to my query regarding the locus of these bovines.

Very truly yours,

John S. Colley, III

JSCIII/jw

*an association of attorneys, not a partnership

## COLLEY, COLLEY & KELLEY*
### 710 NORTH MAIN STREET
### SUITE 200
### COLUMBIA, TENNESSEE 38401

JERRY C. COLLEY
JOHN S. COLLEY, III
BARTON E. KELLEY

FAX: 931-388-8569
TELEPHONE: (931) 388-8564
jsc@colleycolleyandkelley.com
bkelley@colleycolleyandkelley.com

*Via Fax (931) 270-2227*

September 19, 2018

Drew Wright
Marshall County Courthouse
Room 407
Lewisburg, TN 37091

     Re: *State v. Hopkins*

Dear General Wright:

     Please advise as to the location of my client's cattle. I would like to inspect them, photograph them, and have a vet examine them.

     Investigator Nichol has not responded to my query regarding the locus of these bovines.

Very truly yours,

John S. Colley, III

JSCIII/jw

*an association of attorneys, not a partnership

RE: Motion filed -- Hopkins



Thu 11/15/2018 4:17 PM
**From:** Andrew L. Wright
**To:** dettnichols@marshalltn.com

Hey Tony, I appreciate your passion on this issue...and I understand your concern with yet another continuance. However, I do not think it would be the best move to challenge this continuance request at this time. I don't think Mr. Colley is intentionally giving misinformation to the Court. He may be receiving bad information from his client (probably is), but I don't think that the discrepancies are enough to tip the scales on this request being denied. I believe the judge would likely grant this request whether I oppose it or not. If he didn't, it could be a ground for appeal later. People charged with crimes have a right to defend themselves, whether we love the way they choose to do it or not.

I know the restitution issue is a growing concern, and he is potentially even tactically delaying this hearing on purpose. But perhaps this is also a reason for us to be cautious in undertaking these huge amounts of costs on the front end of cases when we aren't positive we have funding to back it. Court cases very, very commonly drag on. We all know this.

The cows are safe and being properly cared for. No animal life or human life is in jeopardy. No one's safety is in danger if the case is continued. This man has no criminal history. He is not a flight risk. I think the request is going to be granted by the judge, so I don't find it prudent to fight it.

If you, or anyone else, feels the need to further discuss this, you may call me. I understand if my position on this issue is not what you were hoping for, but I stand by it.

-Drew

**From:** Det Tony Nichols <dettnichols@marshalltn.com>
**Sent:** Thursday, November 15, 2018 1:18 PM
**To:** Andrew L. Wright <alwright@tndagc.org>
**Subject:** re: Motion filed -- Hopkins

Drew

We feel like the State can prove Mr. Colley is wrong in his reasons for wanting his hearing continued. Mr. Colley has either received inaccurate information from his client or is giving inaccurate information to the court. Either way the Sheriff's Office would like for the State to ask the Court to keep the hearing as scheduled.

**From:** "Andrew L. Wright" <alwright@tndagc.org>
**Sent:** Thursday, November 15, 2018 11:55 AM
**To:** "dettnichols@marshalltn.com" <dettnichols@marshalltn.com>
**Subject:** Motion filed -- Hopkins

FYI, Colley filed the attached motion today.

DW

Drew Wright

Assistant District Attorney General, 17th Jud. Dist.

Marshall County Courthouse Room 407

Lewisburg, TN 37091

(931) 270-2225

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

| | | Marshall County Trustee | User: | Autumn Berlin |
|---|---|---|---|---|
| Created By: | Autumn Berlin | Miscellaneous Receipt | Date/Time: | 1/2/2019 |
| Date: | 12/21/2018 | | Miscellaneous Receipt Number: | 808 |
| Initials: | KB | | Transaction Total Amount: | 22,062.07 |
| Drawer No: | 1 | Kaye's Drawer | Transaction Total Tendered: | 22,062.07 |
| | | | Change: | 0.00 |
| | | | Group: | Trustee |

| Transaction No: | | 436905 | Description: | | Bud Dir - Mid South Livestock Center | |
|---|---|---|---|---|---|---|
| Amount: | | $22,062.07 | | | | |
| Revenue Code | | Object | Cost Center | Allocation | | Receipt Item Amount |
| 42910 | Proceeds From Confiscated Property | | | 101 - County General | | $22,062.07 |
| Received of | | Payment Type | | | Payment No | Amount |
| Bud Dir - Mid South Livestock Center | | Check | | | 60485 | $7,360.29 |
| Bud Dir - Mid South Livestock Center | | Check | | | 60486 | $7,935.26 |
| Bud Dir - Mid South Livestock Center | | Check | | | 60484 | $6,766.52 |

Duplicate

Scottie Poarch, Marshall County Trustee

749082      749080

**Statement** — DATE 12/16/18 — TERMS

TO Marshall County

IN ACCOUNT WITH Jared B. Jackson
2797 Fishing Ford Rd.
Belfast, TN 37019

| | | | | |
|---|---|---|---|---|
| 8/21 – 8/31 | 11 days × 47 hd × 5⁰⁰ | | 2585 | 00 |
| 9/1 – 9/30 | 30 days × 47 hd × 5⁰⁰ | | 7050 | 00 |
| 10/1 – 10/31 | 31 days × 47 hd × 5⁰⁰ | | 7,285 | 00 |
| 11/1 – 11/30 | 30 days × 47 hd × 5⁰⁰ | | 7050 | 00 |
| 12/1 – 12/16 | 16 days × 47 hd × 5⁰⁰ | | 3,760 | 00 |
| | 4 hd dead | 0 | | |
| | Medicine | | | |
| | Tags # 39,34,41,19,46,40,50 | | $ 70 | 00 |

CURRENT — OVER 30 DAYS — OVER 60 DAYS — TOTAL AMOUNT 27,800 00

adams DC5812   01-11

---

**Statement** — DATE 8/20/18 — TERMS

TO

IN ACCOUNT WITH Bo Jackson
2797 Fishing Ford Rd.
Belfast, TN 37019

| | | | | |
|---|---|---|---|---|
| 7/13 | Roped 3 head | $150 00 | 450 | 00 |
| 8/1 | Roped 2 Head | $150 00 | 300 | 00 |
| 8/2 | Roped 1 Head | $150 | 150 | 00 |
| 7/13 | Trucking 4 loads | $300 00 | 1,200 | 00 |
| | Feed | | | |
| 7/13 – 8/20 | 48 head × 38 days | $5 00 | $9,120 | 00 |
| 8/2 – 8/20 | 3 head × 18 days | $5 00 | $270 | 00 |
| | Tags, Medicine, Wormer | | $325 | |

CURRENT — OVER 30 DAYS — OVER 60 DAYS — TOTAL AMOUNT $11,815

adams DC5812

Total = 39,615.00

749082

749080

## Statement (left, 749082)

DATE: 12/16/18   TERMS:

TO: Marshall County

IN ACCOUNT WITH: Jared B. Jackson
2797 Fishing Ford Rd.
Belfast, TN 37019

| Date | Description | | Amount |
|------|-------------|---|--------|
| 8/21 – 8/31 | 11 days × 47 hd × 5.00 | | 2585 00 |
| 9/1 – 9/30 | 30 days × 47 hd × 5.00 | | 7050 00 |
| 10/1 – 10/31 | 31 days × 47 hd × 5.00 | | 7,285 00 |
| 11/1 – 11/30 | 30 days × 47 hd × 5.00 | | 7050 00 |
| 12/1 – 12/16 | 16 days × 47 hd × 5.00 | | 3,760 00 |
| | 4 hd dead | Ø | |
| | Medicine | | |
| | Tags $ 39,34,41,19,46,40,50 | $ 70 00 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 27,800 00 |
|---------|--------------|--------------|--------------|-----------|

adams DC5812   01-11

## Statement (right, 749080)

DATE: 8/20/18   TERMS:

TO:

IN ACCOUNT WITH: Bo Jackson
2797 Fishing Ford Rd.
Belfast, TN 37019

| Date | Description | Unit | Amount |
|------|-------------|------|--------|
| 7/13 | Roped 3 Head | $150 00 | 450 00 |
| 8/1 | Roped 2 Head | $150 00 | 300 00 |
| 8/2 | Roped 1 Head | $150 00 | 150 00 |
| 7/13 | Trucking 4 loads | $300 00 | 1,200 00 |
| | Feed | | |
| 7/13 – 8/20 | 48 head × 38 days | $5 00 | $9,120 00 |
| 8/2 – 8/20 | 3 head × 18 days | $5 00 | $270 00 |
| | Tags, Medicine, Wormer | | $325 00 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | 11,815 00 |
|---------|--------------|--------------|--------------|-----------|

adams DC5812   01-

**Marshall County Government**
SELLER or CONSIGNOR

**209 First Ave N.**
ADDRESS

**37091**
CITY _____ ZIP

# CATTLE: **15**

| LOT | PEN # | TAG # | DESCRIPTION | |
|-----|-------|-------|-------------|---|
| 1st. 1. | 5 | 2610 | BHf | 32 |
| 2. | 5 | 2611 | BHf | 10 |
| 3. | 5 | 2612 | BB | 35 |
| 4. | 5 | 2613 | BWHf | Blue |
| 5. | 232X | 2614 | BC | 5 |
| 6. | 232X | 2615 | BC | 8 |
| 7. | 232X | 2616 | BC | 14 |
| 8. | 232X | 2617 | BC | Blue |
| 9. | 5 | 2618 | BHf | 30 |
| 10. | 5 | 2619 | BB | 7 |
| 11. | 232X | 2620 | BC | 3 |
| 12. | 232X | 2621 | BC | 24 |
| 13. | ) | 2622 | BC | 13 |
| 14. | / | 2623 | BWC | 51 |
| 15. | 232X | 2624 | BB | 21 (cont) |

CLERK _____ _____ DATE **12-17-18**
PLEASE CHECK YOUR TICKET - THANK YOU!

I HAVE READ AND UNDERSTAND THE REVERSE SIDE OF THIS TICKET

_____
Name of consignor (printed)

_____
Signature of consignor

Re-Order from Celebration 2000 • 931-607-6291

Marshall County Government
SELLER or CONSIGNOR

ADDRESS

37091
CITY                    ZIP

15 # CATTLE

| LOT | PEN # | TAG # | DESCRIPTION | |
|-----|-------|-------|-------------|---|
| 1. | 232X | 2625 | BWC | 9 |
| 2. | 232X | 2626 | BB | 8 |
| 3. | 1 | 2627 | BB | 40 |
| 4. | | 2628 | BB | 46 |
| 5. | | 2629 | BHf | 47 |
| 6. | | 2630 | BB | 41 |
| 7. | | 2631 | BB | 50 |
| 8. | 41 | 2632 | BSt | 28 |
| 9. | 232X | 2633 | BC | Blue |
| 10. | 232X | 2634 | BWC | 6 |
| 11. | 232X | 2635 | BC | Blue 13 |
| 12. | 5 | 2636 | BHf | 37 |
| 13. | 5 | 2637 | BWB | 2 |
| 14. | 5 | 2638 | BWHf | 20 |
| 15. | 5 | 2639 | BHf | Cont. |

CLERK  TRS  Josh                    12-17-18
PLEASE CHECK YOUR TICKET - THANK YOU!    DATE

I HAVE READ AND UNDERSTAND THE REVERSE SIDE OF THIS TICKET

_____
Name of consignor (printed)

_____
Signature of consignor

Re-Order from Celebration 2000 • 931-607-6291

931-294-5101 • www.midsouthlivestock.com

**Marshall County Government**
SELLER or CONSIGNOR

ADDRESS

CITY                          ZIP

*16* # CATTLE

| LOT | PEN # | TAG # | | DESCRIPTION |
|-----|-------|-------|------|-------------|
| 1. | 5 | 2640 | BB | 44 |
| 2. | 5 | 2641 | BHf | 38 |
| 3. | 41 | 2642 | BC | 22 |
| 4. | 41 | 2643 | BC | Blue |
| 5. | 5 | 2644 | RNB | 33 |
| 6. | 41 | 2645 | BC | 15 |
| 7. | 41 | 2646 | BC | 11 |
| 8. | 5 | 2647 | BB | 26 |
| 9. | ⎱ | 2648 | BHf | 43 |
| 10. | | 2649 | BB | 42 |
| 11. | ⎰ 5 | 2650 | BHf | Blue |
| 12. | 5 | 2651 | BB | 29 |
| 13. | 5 | 2652 | BWHf | 31 |
| 14. | 232x | 2653 | BWC | 6 |
| | 232x | 2654 | BB | 12 |
| 15. | 232x | 2655 | BWC | 9 |

CLERK YRS _Josh_ DATE _12-17-1_

PLEASE CHECK YOUR TICKET - THANK YOU!

I HAVE READ AND UNDERSTAND THE REVERSE SIDE OF THIS TICKET

Name of consignor (printed)

Signature of consignor

Re-Order from Celebration 2000 • 931-607-8291



**MID-SOL**
HWY. 41-A
UNIONVILLE, TN 37180
(931) 294-5101

P.O. BOX 3033
LEBANON, TN 37088

**No. 060484**

Seller 96    MARSHALL COUNTY GOVERNMENT          12/17/18    PF 26732

| PEN # | HEAD | TAG | DESC | | COMMENTS | BUYER | | WGT | PRICE | AMOUNT |
|-------|------|-----|------|------|----------|-------|------|------|-------|--------|
| 5 | 1 | 2610 | BLK | HFR | | TB | 72 | 805 | 78.00 | 627.90 |
| 5 | 1 | 2611 | BLK | HFR | | TC | 6X | 675 | 95.00 | 641.25 |
| 5 | 1 | 2612 | BLK | BULL | | RUP | 3 | 365 | 135.00 | 492.75 |
| 5 | 1 | 2613 | BWF | HFR | | F | 40X | 410 | 140.00 | 574.00 |
| 232X | 1 | 2614 | BLK | VET COW | P/H F-4 | TBOY | | 1025 | 590.00 | 590.00 |
| 232X | 1 | 2615 | BLK | VET COW | F-1+ | BJ | 20X | 1080 | 39.50 | 426.60 |
| 232X | 1 | 2616 | BLK | VET COW | SS-0 | DB | | 760 | 30.00 | 228.00 |
| 232X | 1 | 2617 | BLK | VET COW | P/H F-5+ | TS | 10 | 1095 | 685.00 | 685.00 |
| 5 | 1 | 2618 | BLK | HFR | | BJ | 5X | 670 | 40.00 | 268.00 |
| 5 | 1 | 2619 | BLK | BULL | | CO | 75 | 790 | 80.00 | 632.00 |
| 232X | 1 | 2620 | BLK | VET COW | 2-0 | BJ | 5X | 615 | 58.00 | 356.70 |
| 232X | 1 | 2621 | BLK | VET COW | SS-4 | CO | /C | 830 | 34.00 | 282.20 |
| 232X | 1 | 2622 | BLK | VET COW | P/H F-2 | TBOY | | 940 | 480.00 | 480.00 |
| 232X | 1 | 2623 | BWF | VET COW | P/H 2-6 | DB | 20 | 785 | 385.00 | 385.00 |
| 232X | 1 | 2624 | BLK | BULL | 4 | BJ | 10 | 925 | 50.00 | 462.50 |

```
          15 Totals                          11770        7,131.90
Gen Vet   50.00                                              50.00
```

```
Insur    8.56  Beef Pro   15.00  TN Beef   7.50  Comm    284.32
Deds   365.38  Net      6,766.52
```

MERRY CHRISTMAS
SEE YOU JANUARY 7, 2019

---



MID-SOUTH LIVESTOCK CENTER, LLC.
HWY. 41-A
UNIONVILLE, TN 37180
(931) 294-5101

MAILING ADDRESS:
P.O. BOX 3033
LEBANON, TN 37088

87-908
641

**No. 060484**

Check No.  60484
12/17/2018
20

DOLLARS    CENTS

Six Thousand Seven Hundred Sixty Six Dollars and 52 Cents

$****6,766.52

First FREEDOM BANK

PAY To The Order Of

MARSHALL COUNTY GOVERNMENT
209 FIRST AVE NORTH
LEWISBURG, TN 37091-

MID-SOUTH LIVESTOCK CENTER, LLC.
CUSTODIAL ACCOUNT FOR SHIPERS PROCEEDS

*Kristina McKee*

VOID AFTER 30 DAYS

⑈060484⑈ ⑆064109086⑆ 1 23 2800⑈

Trailer

Marshall County Government
SELLER or CONSIGNOR

209 First Ave. N.
ADDRESS

37091
CITY                                    ZIP

15
# CATTLE

| LOT | PEN # | TAG # | DESCRIPTION | |
|-----|-------|-------|-------------|---|
| 1. | 5 | 2610 | BHF | 32 |
| 2. | 5 | 2611 | BHF | 18 |
| 3. | 5 | 2612 | BB | 35 |
| 4. | 5 | 2613 | BWHF | Blue |
| 5. | 232X | 2614 | BC | 5 |
| 6. | 232X | 2615 | BC | 8 |
| 7. | 232X | 2616 | BC | 14 |
| 8. | 232X | 2617 | BC | Blue |
| 9. | 5 | 2618 | BHF | 30 |
| 10. | 5 | 2619 | BB | 7 |
| 11. | 232X | 2620 | BC | 3 |
| 12. | 232X | 2621 | BC | 24 |
| 13. | | 2622 | BC | 13 |
| 14. | | 2623 | BWC | 51 |
| 15. | 232X | 2624 | BB | 21 |

cont'

CLERK  YRS   Josh           12-17-18
PLEASE CHECK YOUR TICKET - THANK YOU!      DATE

I HAVE READ AND UNDERSTAND THE REVERSE SIDE OF THIS TICKET

Tony Stello

Name of consignor (printed)

Signature of consignor

Re-Order from Celebration 2000 - 931-607-8291



**MID-SO**
HWY.
UNIONVILLE, TN 37180
(931) 294-5101

P.O. BOX 3033
LEBANON, TN 37088

**No. 060486**

Seller 98    MARSHALL COUNTY GOVERNMENT          12/17/18   PF 26732

| PEN # | HEAD | TAG | DESC | | COMMENTS | BUYER | | WGT | PRICE | AMOUNT |
|-------|------|-----|------|------|----------|-------|------|-----|-------|--------|
| 5 | 1 | 2640 | BLK | BULL | | F | 55 | 580 | 124.00 | 719.20 |
| 5 | 1 | 2641 | BLK | BULL | | BJ | 0 | 455 | 88.00 | 400.40 |
| | | | | | R/T 9711 | | | | | |
| 41 | 1 | 2642 | BLK | VET COW | | CO | /C | 1020 | 37.00 | 377.40 |
| | | | | | F-0 | | | | | |
| 41 | 1 | 2643 | BLK | VET COW | P/H | DB | 20 | 850 | 500.00 | 500.00 |
| | | | | | 2-3+ | | | | | |
| 5 | 1 | 2644 | RNK | BULL | | F | 55 | 580 | 120.00 | 696.00 |
| 41 | 1 | 2645 | BLK | VET. COW | | CO | /C | 985 | 35.00 | 344.75 |
| | | | | | SS-0 | | | | | |
| 41 | 1 | 2646 | BLK | VET COW | | DB | | 890 | 33.00 | 293.70 |
| | | | | | SS-2+ | | | | | |
| 5 | 1 | 2647 | BLK | BULL | | TC | 6 | 655 | 96.00 | 628.80 |
| 5 | 1 | 2648 | BLK | HFR | | RI | 46 | 500 | 115.00 | 575.00 |
| 5 | 1 | 2649 | BLK | BULL | | CMK | 3 | 435 | 148.00 | 643.80 |
| 5 | 1 | 2650 | BLK | HFR | | OG | 11 | 460 | 121.00 | 556.60 |
| 5 | 1 | 2651 | BLK | BULL | | BJ | 65 | 695 | 89.00 | 618.55 |
| 5 | 1 | 2652 | BWF | HFR | | TC | 5X | 590 | 106.00 | 625.40 |
| 232X | 1 | 2653 | BWF | VET COW | P/H | BJ | 20 | 880 | 600.00 | 600.00 |
| | | | | | 3-5 | | | | | |
| 232X | 1 | 2654 | BLK | VET COW | P/H | TB | 20 | 825 | 330.00 | 330.00 |
| | | | | | SS-5 | | | | | |
| 232X | 1 | 2655 | BWF | VET COW | | BJ | 5X | 630 | 66.00 | 415.80 |
| | | | | | 2-0 | | | | | |

        16 Totals                                11030            8,325.40
   Gen Vet   36.00                                                  36.00


   Insur      9.98  Beef Pro   16.00   TN Beef      8.00  Comm       320.16
   Deds     390.14  Net      7,935.26

MERRY CHRISTMAS
SEE YOU JANUARY 7, 2019

---



MID-SOUTH LIVESTOCK CENTER, LLC.
HWY. 41-A
UNIONVILLE, TN 37180
(931) 294-5101

MAILING ADDRESS:
P.O. BOX 3033
LEBANON, TN 37088

87-908
641

**No. 060486**

Check No.  60486
12/17/2018
20

DOLLARS    CENTS

FIRST FREEDOM BANK

PAY
To The
Order Of

Seven Thousand Nine Hundred Thirty Five Dollars and 26 Cents          $****7,935.26

MARSHALL COUNTY GOVERNMENT
209 FIRST AVE NORTH
LEWISBURG, TN 37091-

MID-SOUTH LIVESTOCK CENTER, LLC.
CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

*Kristina McKee*

VOID AFTER 30 DAYS

⑈060486⑈ ⑆064109086⑆ ⑈232800⑈

931-294-5101 • www.midsouthlivestock.com

**Marshall County Government**
SELLER or CONSIGNOR

ADDRESS

_____ CITY _____  ZIP _____

16 # CATTLE

| LOT | PEN # | TAG # | | DESCRIPTION |
|-----|-------|-------|------|-------------|
| 1. | 5 | 2640 | BB | 44 |
| 2. | 5 | 2641 | BB | 38 |
| 3. | 41 | 2642 | BC | 22 |
| 4. | 41 | 2643 | B/C | Blue |
| 5. | 5 | 2644 | RNB | 33 |
| 6. | 41 | 2645 | BC | 15 |
| 7. | 41 | 2646 | BC | 11 |
| 8. | 5 | 2647 | BB | 26 |
| 9. | | 2648 | BHf | 43 |
| 10. | | 2649 | BB | 42 |
| 11. | 5 | 2650 | BHf | Blue |
| 12. | 5 | 2651 | BB | 29 |
| 13. | 5 | 2652 | BWHf | 31 |
| 14. | 232y | 2653 | BWc | 6 |
| | 232y | 2654 | BB | 12 |
| 15. | 232y | 2655 | BWc | 9 |

CLERK MRS Josh          DATE 12-17-18
PLEASE CHECK YOUR TICKET - THANK YOU!

I HAVE READ AND UNDERSTAND THE REVERSE SIDE OF THIS TICKET

_____
Name of consignor (printed)

_____
Signature of consignor

Re-Order from Celebration 2000 • 931-607-6291



**MID-SO**
HWY.
UNIONVILLE, TN 37180
(931) 294-5101

P.O. BOX 3033
LEBANON, TN 37088

**No.** 060485

Seller 97      MARSHALL COUNTY GOVERNMENT                     12/17/18      PF 26732

| PEN # | HEAD | TAG | DESC | COMMENTS | BUYER | | WGT | PRICE | AMOUNT |
|-------|------|-----|------|----------|-------|---|-----|-------|--------|
| 232X | 1 | 2625 | BWF | VET COW P/H 3-5 | BJ | 20 | 845 | 650.00 | 650.00 |
| 232X | 1 | 2626 | BLK | BULL P/H 2 | ZABI | | 940 | 590.00 | 590.00 |
| 1 | 1 | 2627 | BLK | BULL | TROY | | 230 | 145.00 | 333.50 |
| 1 | 1 | 2628 | BLK | BULL | TROY | | 225 | 90.00 | 202.50 |
| 1 | 1 | 2629 | BLK | HFR | DB | | 190 | 105.00 | 199.50 |
| 1 | 1 | 2630 | BLK | BULL | BJ | /0 | 160 | 80.00 | 128.00 |
| 1 | 1 | 2631 | BLK | BULL | CRIPPLE | CO | /CFX | 190 | 130.00 | 247.00 |
| 41 | 1 | 2632 | BLK | STR | | CO | /BX | 1325 | 64.00 | 848.00 |
| 232X | 1 | 2633 | BLK | VET COW P/H F-3 | TBOY | | 1015 | 585.00 | 585.00 |
| 232X | 1 | 2634 | BWF | VET COW P/H 2-5 | BJ | 20 | 890 | 600.00 | 600.00 |
| 232X | 1 | 2635 | BLK | VET COW P/H F-6 | DB | 20 | 1365 | 810.00 | 810.00 |
| 5 | 1 | 2636 | BLK | HFR | MG | 42 | 400 | 131.00 | 524.00 |
| 5 | 1 | 2637 | BWF | BULL | BW | | 575 | 116.00 | 667.00 |
| 5 | 1 | 2638 | BWF | HFR | TC | 5X | 585 | 105.00 | 614.25 |
| 5 | 1 | 2639 | BLK | HFR | F | 91X | 845 | 85.00 | 718.25 |

          15 Totals                                9780          7,717.00
Gen Vet  26.00                                                      26.00

Insur      9.26  Beef Pro    15.00  TN Beef        7.50  Comm      298.95
Deds     356.71  Net       7,360.29

MERRY CHRISTMAS
SEE YOU JANUARY 7, 2019

---



MID-SOUTH LIVESTOCK CENTER, LLC.
HWY. 41-A                    MAILING ADDRESS:
UNIONVILLE, TN 37180          P.O. BOX 3033
(931) 294-5101              LEBANON, TN 37088

87-908
641

**No.** 060485

Check No.  60485
12/17/2018
20

DOLLARS    CENTS

Seven Thousand Three Hundred Sixty Dollars and 29 Cents          $****7,360.29

**FIRST FREEDOM BANK**

PAY
To The
Order Of    MARSHALL COUNTY GOVERNMENT
            209 FIRST AVE NORTH
            LEWISBURG, TN 37091-

MID-SOUTH LIVESTOCK CENTER, LLC.
CUSTODIAL ACCOUNT FOR SHIPPERS PROCEEDS

*Kristina McKee*

VOID AFTER 30 DAYS

⑈060485⑈ ⑆064109086⑆ 123 2800⑈

931-294-5101 • www.midsouthlivestock.com

**Marshall County Government**
SELLER or CONSIGNOR

ADDRESS

37091
CITY                                                    ZIP

15 # CATTLE

| LOT | PEN # | TAG # | DESCRIPTION | |
|-----|-------|-------|-------------|---|
| 1. | 232X | 2625 | BWC | 9 |
| 2. | 232X | 2626 | BB | 8 |
| 3. 2nd | 1 | 2627 | BB | 40 |
| 4. | | 2628 | BB | 46 |
| 5. | | 2629 | BHf | 47 |
| 6. | | 2630 | BB | 41 |
| 7. | | 2631 | BB | 50 |
| 8. | 41 | 2632 | BSt | 28 |
| 9. | 232X | 2633 | BC | Blue |
| 10. | 232X | 2634 | BWC | 6 |
| 11. | 232X | 2635 | BC | Blue 13 |
| 12. | 5 | 2636 | BHf | 37 |
| 13. | 5 | 2637 | BWB | 2 |
| 14. 3rd | 5 | 2638 | BWHf | 20 |
| 15. | 5 | 2639 | BHf | Conti |

CLERK  TRJ  Josh                           DATE 12-17-18
PLEASE CHECK YOUR TICKET - THANK YOU!

I HAVE READ AND UNDERSTAND THE REVERSE SIDE OF THIS TICKET

Name of consignor (printed)

Signature of consignor

Re-Order from Celebration 2000 • 931-607-8291

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female    ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #1 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue    *Blanket* ☐Criminal summons shall issue

$25,000

Court Date: 7-31-18 @ 9:00am    Bond Amount: $25,000    Attorney: _____

☐Check if appointed

_Del. Drew Brithy_    7-24-18

Officer/Sheriff    Date Served

Affiant's Signature: _Tony Nichols_

Name (Printed): Det Tony Nichols

Phone: 931-359-6122

Sworn to and Subscribed before me on

_July 19_, 20 18

_Courtney Boatright/CCC_

Judge/Clerk/Judicial Commissioner

Lee Bussart,    Courtney Boatright
General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson    Witness: _____

Address: Tenn. Dept of Agriculture    Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

**GENERAL SESSIONS COURT**
**MARSHALL COUNTY, TENNESSEE**

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals                          Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168                                       Race: W

SSN: 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

DOB: 06/20/1971                          ☐Female      ☑Male

---

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #3 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-202 Cruelty To Animals .

☑Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount: _____     Attorney: _____
                                                               ☐Check if appointed

_Det. Drew Brittly_                             7-24-18
Officer/Sheriff                                Date Served

Affiant's Signature: _Tony L Nichols_          Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols              July 19 , 2018
Phone: 931-359-6122                            _Courtney Boatright TCB_
                                               Judge/Clerk/Judicial Commissioner
                                               **Lee Bussart,**      **Courtney Boatright**
                                               General Sessions Judge  Circuit Court Clerk

Witness: Dr Jill Johnson                       Witness: _____
Address: Tenn. Dept of Agriculture            Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-740

Race: W

☐ Female      ☑ Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #4 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-202

Cruelty To Animals

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                                            ☐ Check if appointed

_Det. Drew Buckley_
Officer/Sheriff

_7-21-18_
Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_ 20_18_
_Courtney Boatright CCB_
Judge/Clerk/Judicial Commissioner
**Lee Bussart,**                **Courtney Boatright**
General Sessions Judge     Circuit Court Clerk

Witness: Dr Jill Johnson
Address: Tenn. Dept of Agriculture

Witness:_____
Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road
Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-740

Race: W

☐Female  ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202  Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #5 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202
Cruelty To Animals

☑Arrest warrant shall issue        ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                            ☐Check if appointed

*Del. Drew Butler*
Officer/Sheriff

7-21-18
Date Served

Affiant's Signature: *Tony Nichols*
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
July 19, 2018
*Courtney Boatright*
Judge/Clerk/Judicial Commissioner
Lee Bussart,            Courtney Boatright
General Sessions Judge  Circuit Court Clerk

Witness: Dr Jill Johnson
Address: Tenn. Dept of Agriculture

Witness:_____
Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female  ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #6 a black with white face cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                              ☐Check if appointed

_Ded. Drew Buckley_                         _7-24-18_
Officer/Sheriff                                Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 2018
_Courtney Boatright RVB_
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge     Circuit Court Clerk

Witness: Dr Jill Johnson          Witness:_____
Address: Tenn. Dept of Agriculture      Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

COPY

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-740

Race: W

☐ Female        ☑ Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals. I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #7 a black mid age bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☑ Arrest warrant shall issue        ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am        Bond Amount:_____        Attorney:_____
                                                                                                    ☐ Check if appointed

Officer/Sheriff: _Del. Drew Butler_        Date Served: _7-24-18_

Affiant's Signature: _Tony Nichols_
Name (Printed): Det Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 2018 _Courtney Boatright TCB_

Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge     Circuit Court Clerk

Witness: Dr Jill Johnson
Address: Tenn. Dept of Agriculture

Witness:_____
Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-740

Race: W

☐Female  ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #8 a black bull. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                          ☐Check if appointed

_Ded. Drew Brittly_                        7-21-18
Officer/Sheriff                              Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
July 19 2018
_Courtney Boatright ICCC_
Judge/Clerk/Judicial Commissioner
Lee Bussart,              Courtney Boatright
General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson              Witness:_____
Address: Tenn. Dept of Agriculture    Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female  ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #9 a black with white face cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                          ☐Check if appointed

*Dt. Drew Butler*

Officer/Sheriff

7-24-18

Date Served

Affiant's Signature *Tony Nichols*

Name (Printed): Det. Tony Nichols

Phone: 931-359-6122

Sworn to and Subscribed before me on

*July 19* 2018

*Courtney Boatright* CCB

Judge/Clerk/Judicial Commissioner

**Lee Bussart,**                    **Courtney Boatright**
General Sessions Judge      Circuit Court Clerk

Witness: Dr Jill Johnson

Address: Tenn. Dept of Agriculture

Witness:_____

Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐ Female    ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02, 2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #10 a black heifer. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                    ☐ Check if appointed

_Deb. Drew Buthby_                     7-31-18
Officer/Sheriff                        Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 2018
_Courtney Boatright_ CCB
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge         Circuit Court Clerk

Witness: Dr Jill Johnson               Witness:_____
Address: Tenn. Dept of Agriculture     Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

**GENERAL SESSIONS COURT**
**MARSHALL COUNTY, TENNESSSEE**

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐ Female   ☑ Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202   Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #11 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-202

Cruelty To Animals .

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount: _____     Attorney: _____
                                                                                      ☐ Check if appointed

_Del. Drew Butly_                              7-24-18
Officer/Sheriff                                     Date Served

Affiant's Signature: _Tony Nichols_                    Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                      _July 19_, 2018
Phone: 931-359-6122                                    _Courtney Boatright 0715_
                                                        Judge/Clerk/Judicial Commissioner
                                                        Lee Bussart,                Courtney Boatright
                                                        General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson               Witness: _____
Address: Tenn. Dept of Agriculture     Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-740

Race: W

☐ Female          ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #12 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                                          ☐ Check if appointed

Officer/Sheriff: Det. Drew Binkly          Date Served: 7-24-18

Affiant's Signature: Tony Nichols
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
July 19 , 2018
Courtney Boatright CCRS
Judge/Clerk/Judicial Commissioner
Lee Bussart,          Courtney Boatright
General Sessions Judge          Circuit Court Clerk

Witness: Dr Jill Johnson          Witness:_____
Address: Tenn. Dept of Agriculture          Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female    ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals    . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #13 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18  @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                                                    ☐Check if appointed

_Det. Drew Buthy_                              _7-24-18_
Officer/Sheriff                                    Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_ , _2018_
_Courtney Boatright_ /JMB
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge      Circuit Court Clerk

Witness: Dr Jill Johnson              Witness:_____
Address: Tenn. Dept of Agriculture    Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-740

Race: W

☐ Female    ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals. I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #14 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 Cruelty To Animals

☐ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount: _____     Attorney: _____
                                                                              ☐ Check if appointed

_Del. Drew Bartley_                          3-24-18
Officer/Sheriff                                 Date Served

Affiant's Signature _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
July 19 2018
_Courtney Boatright_ CCB

Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge      Circuit Court Clerk

Witness: Dr Jill Johnson              Witness: _____
Address: Tenn. Dept of Agriculture   Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐ Female          ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals    . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #15 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-202

Cruelty To Animals

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am      Bond Amount: _____      Attorney: _____
                                                                   ☐ Check if appointed

_Del. Drew Bentley_                          7-24-18
Officer/Sheriff                              Date Served

Affiant's Signature: _Tony Nichols_              Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                _July 19_, 20_18_
Phone: 931-359-6122                              _Courtney Boatright_ DHB
                                                 Judge/Clerk/Judicial Commissioner
                                                 Lee Bussart,           Courtney Boatright
                                                 General Sessions Judge  Circuit Court Clerk

Witness: Dr Jill Johnson                    Witness: _____
Address: Tenn. Dept of Agriculture          Address: _____

Legal Authority: TCA §§ 40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐ Female   ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #16 a black with white face cow. This did happen In Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-202

Cruelty To Animals .

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount: _____     Attorney: _____
                                                                                   ☐ Check if appointed

*Det. Drew Butler*                          7-24-18
Officer/Sheriff                               Date Served

Affiant's Signature: *Tony Nichols*                    Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                     *July 19* 20 18
Phone: 931-359-6122                                    *Courtney Boatright CCC*
                                                       Judge/Clerk/Judicial Commissioner
                                                       **Lee Bussart,**          **Courtney Boatright**
                                                       General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson                      Witness: _____
Address: Tenn. Dept of Agriculture           Address: _____

Legal Authority: TCA §§ 40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins _____

Address: 3417 Mealer Road _____

Chapel Hill Tn 37034 _____

Charge: Cruelty To Animals _____

Case #: 18-CR-740 _____

TCA: 39-14-202 _____

DL: 066758168 _____

Race: W _____

SSN: 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 _____

DOB: 06/20/1971 _____

☐Female        ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:
On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #17 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 _____

Cruelty To Animals _____ .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-71-18 @ 9:00am      Bond Amount: _____      Attorney: _____
                                                                                          ☐Check if appointed

_Deb Drew Butch_                              _7-24-18_
Officer/Sheriff                                     Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_ , 2018
_Courtney Boatright_ CCB
Judge/Clerk/Judicial Commissioner
Lee Bussart,                          Courtney Boatright
General Sessions Judge        Circuit Court Clerk

Witness: Dr Jill Johnson
Address: Tenn. Dept of Agriculture

Witness: _____
Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female  ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #18 a black cow, This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 Cruelty To Animals

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                              ☐Check if appointed

_Det. Drew Bently_                          7-24-18
Officer/Sheriff                              Date Served

Affiant's Signature: _Tony Nichols_         Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols           July 19 , 2018
Phone: 931-359-6122                         _Courtney Boatright ICM_
                                            Judge/Clerk/Judicial Commissioner
                                            Lee Bussart,              Courtney Boatright
                                            General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                    Witness:_____
Address: Tenn. Dept of Agriculture          Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐ Female       ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals. I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #19 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-202

Cruelty To Animals .

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am       Bond Amount: _____       Attorney: _____
                                                                                                    ☐ Check if appointed

_Det. Drew Bate_                              7-24-18
Officer/Sheriff                                   Date Served

Affiant's Signature: _Tony Nichols_                    Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                       July 19, 2018
Phone: 931-359-6122                                          _Courtney Boatright / cb_
                                                                          Judge/Clerk/Judicial Commissioner
                                                                          **Lee Bussart,**              **Courtney Boatright**
                                                                          General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                                     Witness: _____
Address: Tenn. Dept of Agriculture                     Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-740

Race: W

☐ Female     ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #20 a black with white face helfer. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                              ☐ Check if appointed

_Det Drew Burg_
Officer/Sheriff

7-24-18
Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
July 19 , 20 18
_Courtney Boatright_
Judge/Clerk/Judicial Commissioner
Lee Bussart,              Courtney Boatright
General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson
Address: Tenn. Dept of Agriculture

Witness:_____
Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

☐Female    ☑Male

DOB: 06/20/1971

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals    . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #21 a black bull. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals    .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am    Bond Amount:_____    Attorney:_____
                                                                                    ☐Check if appointed

*Det. Drew Bratton*                                            7-24-18
Officer/Sheriff                                              Date Served

Affiant's Signature: *Tony Nichols*            Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols              *July 19*, 2018
Phone: 931-359-6122                            *Courtney Boatright* /CMS
                                              Judge/Clerk/Judicial Commissioner
                                              **Lee Bussart,**          **Courtney Boatright**
                                              General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson                       Witness:_____
Address: Tenn. Dept of Agriculture             Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-740

Race: W

☐ Female          ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals    . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #22 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount: _____          Attorney: _____
                                                                    ☐ Check if appointed

_Det. Drew Butly_                     7-24-18
Officer/Sheriff                       Date Served

Affiant's Signature: _Tony Nichols_           Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols             _July 19_ ___ 2018
Phone: 931-359-6122                           _Courtney Boatright_ CCB

                                              Judge/Clerk/Judicial Commissioner
                                              Lee Bussart,              Courtney Boatright
                                              General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson              Witness: _____
Address: Tenn. Dept of Agriculture    Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

**GENERAL SESSIONS COURT**
**MARSHALL COUNTY, TENNESSSEE**

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female  ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be In possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are Identified with ear tag #23 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☑Arrest warrant shall issue            ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am        Bond Amount:_____        Attorney:_____
                                                                                         ☐Check if appointed

_Del. Drew Batley_                                    7-24-18
Officer/Sheriff                                          Date Served

Affiant's Signature: _Tony Nichols_                 Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                   _July 19_    2018
Phone: 931-359-6122                                  _Courtney Boatright CCB_

                                                     Judge/Clerk/Judicial Commissioner
                                                     **Lee Bussart,**              **Courtney Boatright**
                                                     General Sessions Judge        Circuit Court Clerk

Witness: Dr Jill Johnson                             Witness:_____
Address: Tenn. Dept of Agriculture                  Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 08/20/1971

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02, 2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #24 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18   @ 9:00am          Bond Amount: _____          Attorney: _____
                                                                    ☐Check if appointed

_Deb. Drew Batright_                      7-24-18
Officer/Sheriff                          Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 2018
_Courtney Boatright_ 7/19
Judge/Clerk/Judicial Commissioner
Lee Bussart,              Courtney Boatright
General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson              Witness: _____
Address: Tenn. Dept of Agriculture    Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

**GENERAL SESSIONS COURT**
**MARSHALL COUNTY, TENNESSSEE**

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

☐ Female  ☑ Male

DOB: 06/20/1971

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals. I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #25 a black cow. This did happen in Marshall County.

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☑ Arrest warrant shall issue                 ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am      Bond Amount:_____      Attorney:_____

☐ Check if appointed

_Del. Drew Butler_

Officer/Sheriff

7-24-18

Date Served

Affiant's Signature: _Tony Nichols_

Name (Printed): Det. Tony Nichols

Phone: 931-359-6122

Sworn to and Subscribed before me on

_July 19, 2018_

_Courtney Boatright_ CCC

Judge/Clerk/Judicial Commissioner

**Lee Bussart,**                      **Courtney Boatright**
General Sessions Judge      Circuit Court Clerk

Witness: Dr Jill Johnson                        Witness:_____

Address: Tenn. Dept of Agriculture          Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female    ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #26 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue                 ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am      Bond Amount:_____      Attorney:_____
                                                                    ☐Check if appointed

_Det. Drew Butler_                          7-24-18
Officer/Sheriff                            Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_ 20_18_
_Courtney Boatright_ CCB
Judge/Clerk/Judicial Commissioner
Lee Bussart,                 Courtney Boatright
General Sessions Judge       Circuit Court Clerk

Witness: Dr Jill Johnson            Witness:_____
Address: Tenn. Dept of Agriculture  Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐ Female  ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #27 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am      Bond Amount: _____     Attorney: _____
                                                                            ☐ Check if appointed

_Det. Drew Batley_                    7-24-18
Officer/Sheriff                       Date Served

Affiant's Signature: _Tony Nichols_          Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols            _July 19_, 20_18_
Phone: 931-359-6122                          _Courtney Boatright_ CCC
                                             Judge/Clerk/Judicial Commissioner
                                             Lee Bussart,                Courtney Boatright
                                             General Sessions Judge      Circuit Court Clerk

Witness: Dr Jill Johnson                     Witness: _____
Address: Tenn. Dept of Agriculture           Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

☐Female   ☑Male

DOB: 06/20/1971

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #28 a large black steer. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                          ☐Check if appointed

*Det. Drew Batty*
Officer/Sheriff

7-24-18
Date Served

Affiant's Signature: *Tony Nichols*
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
*July 19* , 2018
*Courtney Boatright*
Judge/Clerk/Judicial Commissioner
Lee Bussart,                    Courtney Boatright
General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson
Address: Tenn. Dept of Agriculture

Witness:_____
Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02, 2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #29 black middle age bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find that there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☑Arrest warrant shall issue                    ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am        Bond Amount:_____        Attorney:_____
                                                                                    ☐Check if appointed

*Det. Drew Batty*
Officer/Sheriff

7-24-18
Date Served

Affiant's Signature *Tony Nichols*
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
*July 19* 2018
*Courtney Boatright* LCJB
Judge/Clerk/Judicial Commissioner
**Lee Bussart,**                    **Courtney Boatright**
General Sessions Judge        Circuit Court Clerk

Witness: Dr Jill Johnson                    Witness:_____
Address: Tenn. Dept of Agriculture        Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-740

Race: W

☐Female      ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #30 black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am    Bond Amount:_____    Attorney:_____
                                                                                              ☐Check if appointed

_Det Drew Bentley_          7-24-18
Officer/Sheriff                   Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 20_18_
_Courtney Boatright_ DB3
Judge/Clerk/Judicial Commissioner
Lee Bussart,              Courtney Boatright
General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson            Witness:_____
Address: Tenn. Dept of Agriculture   Address:_____

Legal Authority:  TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female    ☑Male

AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02, 2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #31 black with white face heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue        ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am        Bond Amount:_____        Attorney:_____
                                                                                          ☐Check if appointed

Det. Drew Binkly                                7-24-18
Officer/Sheriff                                 Date Served

Affiant's Signature: Tony Nichols              Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols              July 19, 2018
Phone: 931-359-8122                            Courtney Boatright JMB

                                               Judge/Clerk/Judicial Commissioner
                                               Lee Bussart,              Courtney Boatright
                                               General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                       Witness:_____
Address: Tenn. Dept of Agriculture             Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female    ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #32 black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am       Bond Amount:_____       Attorney:_____
                                                                                          ☐Check if appointed

_Det. Dusso Brittley_                          7-31-18
Officer/Sheriff                                    Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
July 19 , 2018
_Courtney Boatright CFR_
Judge/Clerk/Judicial Commissioner
Lee Bussart,                      Courtney Boatright
General Sessions Judge       Circuit Court Clerk

Witness: Dr Jill Johnson                    Witness:_____
Address: Tenn. Dept of Agriculture       Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-740

Race: W

☐Female   ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #33 red bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☑Arrest warrant shall issue              ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am      Bond Amount:_____

Attorney:_____
☐Check if appointed

_Det. Drew Battey_
Officer/Sheriff

7-24-18
Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 20_18_
_Courtney Boatright_ /s/ CB
Judge/Clerk/Judicial Commissioner
**Lee Bussart,**            **Courtney Boatright**
General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson
Address: Tenn. Dept of Agriculture

Witness:_____
Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins _____

Address: 3417 Mealer Road _____

Chapel Hill Tn 37034 _____

Charge: Cruelty To Animals _____

TCA: 39-14-202 _____

DL: 066758168 _____

SSN: 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 _____

DOB: 06/20/1971 _____

Case #: 18-CR-740 _____

Race: W _____

☐ Female    ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 _____ in Marshall County, Tennessee, Stephen Matthew Hopkins _____ committed the offense(s) of violation(s) of T.C.A. § 39-14-202 _____ Cruelty To Animals _____. I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #34 a black bull calf. This did happen in Marshall County.

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 _____

Cruelty To Animals _____.

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount: _____     Attorney: _____
                                                                                       ☐ Check if appointed

_Deb Drew Bartley_                          7-24-18
Officer/Sheriff                                 Date Served

Affiant's Signature: _Tony Nichols_                Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols                _July 19_____, 2018
Phone: 931-359-6122                               _Courtney Boatright for LB_
                                                           Judge/Clerk/Judicial Commissioner
                                                           **Lee Bussart,**              **Courtney Boatright**
                                                           General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson                    Witness: _____
Address: Tenn. Dept of Agriculture      Address: _____

Legal Authority: TCA §§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female  ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #35 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-202

Cruelty To Animals

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
☐Check if appointed

*Det. Drew Brittly*
Officer/Sheriff

7-24-18
Date Served

Affiant's Signature: *Tony Nichols*
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
*July 19* 2018
*Courtney Boatright* CJB
Judge/Clerk/Judicial Commissioner
Lee Bussart,            Courtney Boatright
General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson          Witness:_____
Address: Tenn. Dept of Agriculture   Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-740

Race: W

☐Female ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals. I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #36 a black with white face heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue            ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am      Bond Amount:_____      Attorney:_____
                                                                                                      ☐Check if appointed

*Det. Drew Brtlg*
Officer/Sheriff

7-24-18
Date Served

Affiant's Signature: *Tony Nichols*
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
*July 19*, 2018
*Courtney Boatright DC13*
Judge/Clerk/Judicial Commissioner

**Lee Bussart,**          **Courtney Boatright**
General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                Witness:_____
Address: Tenn. Dept of Agriculture      Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18 - CR - 740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

☐ Female    ☑ Male

DOB: 06/20/1971

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #37 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 Cruelty To Animals .

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am      Bond Amount: _____      Attorney: _____
                                                                                              ☐ Check if appointed

*Deb Drew Butts* _____          7-24-18 _____
Officer/Sheriff                              Date Served

Affiant's Signature: *Tony Nichols*           Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols             July 19 , 20 18
Phone: 931-359-6422                             *Courtney Boatright* CCC
                                                         Judge/Clerk/Judicial Commissioner
                                                         **Lee Bussart,**              **Courtney Boatright**
                                                         General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                      Witness: _____
Address: Tenn. Dept of Agriculture      Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-1740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐ Female    ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #38 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                            ☐ Check if appointed

_Del. Drew Buckley_                     7-24-18
Officer/Sheriff                              Date Served

Affiant's Signature: _Tony Nichols_         Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols           _July 19_ , 20_18_
Phone: 931-359-6122                          _Courtney Boatright / CCC_
                                             Judge/Clerk/Judicial Commissioner
                                             Lee Bussart,              Courtney Boatright
                                             General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson                    Witness:_____
Address: Tenn. Dept. of Agriculture          Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

## GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-1740

Race: W

☐ Female   ☑ Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #39 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☐ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                                    ☐ Check if appointed

_Del. Drew Butler_                           _7-24-18_
Officer/Sheriff                                  Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_ , 20 18
_Courtney Boatright 19/18_
Judge/Clerk/Judicial Commissioner
Lee Bussart,                          Courtney Boatright
General Sessions Judge        Circuit Court Clerk

Witness: Dr Jill Johnson              Witness:_____
Address: Tenn. Dept of Agriculture   Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female   ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #40 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                            ☐Check if appointed

_Det. Drew Buntley_                          7-24-18
Officer/Sheriff                              Date Served

Affiant's Signature: _Tony Nichols_          Sworn to and Subscribed before me on
Name (Printed): Det. Tony Nichols            _July 19_, 20_18_
Phone: 931-359-6122                          _Courtney Boatright ECCC_
                                             Judge/Clerk/Judicial Commissioner
                                             Lee Bussart,              Courtney Boatright
                                             General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                     Witness:_____
Address: Tenn. Dept of Agriculture           Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-1740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female ☑Male

### AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #41 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 Cruelty To Animals

☑Arrest warrant shall issue ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                   ☐Check if appointed

_Del. Drew Batey_     _7-24-18_
Officer/Sheriff          Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_ 20_18_
_Courtney Boatright TDC_
Judge/Clerk/Judicial Commissioner
Lee Bussart,              Courtney Boatright
General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson          Witness:_____
Address: Tenn. Dept of Agriculture    Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-740

Race: W

☐Female          ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals    . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #42 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals

☒Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                                          ☐Check if appointed

_Det. Drew Bihtly_                                    2-24-18
Officer/Sheriff                                         Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
July 19 , 20 18
_Courtney Boatright TCHB_
Judge/Clerk/Judicial Commissioner
**Lee Bussart,**          **Courtney Boatright**
General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson          Witness:_____
Address: Tenn. Dept of Agriculture          Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

TCA: 39-14-202

DL: 066758168

SSN: 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

DOB: 06/20/1971

Case #: 18-CR-740

Race: W

☐ Female    ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202    Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #43 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202
Cruelty To Animals

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 2-31-18 @ 9:00am     Bond Amount: _____     Attorney: _____
                                                                      ☐ Check if appointed

*Del. Drew Butler*
Officer/Sheriff

2-24-18
Date Served

Affiant's Signature: *Tony Nichols*
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
*July 19*, 20 18
*Courtney Boatright CCB*
Judge/Clerk/Judicial Commissioner
**Lee Bussart,**                    **Courtney Boatright**
General Sessions Judge          Circuit Court Clerk

Witness: Dr Jill Johnson
Address: Tenn. Dept of Agriculture

Witness: _____
Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female  ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #44 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202

Cruelty To Animals .

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am          Bond Amount:_____          Attorney:_____
                                                                                    ☐Check if appointed

_Deb Drew Bethy_          7-24-18
Officer/Sheriff                    Date Served

Affiant's Signature _Tony Nichols_
Name (Printed): Det Tony Nichols          Sworn to and Subscribed before me on
Phone: 931-359-6122                          _July 19_ 20_18_
                                                      _Courtney Boatright KMB_
                                                      Judge/Clerk/Judicial Commissioner
                                                      Lee Bussart,                Courtney Boatright
                                                      General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                    Witness:_____
Address: Tenn. Dept of Agriculture    Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

**GENERAL SESSIONS COURT**
**MARSHALL COUNTY, TENNESSSEE**

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female    ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals. I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #45 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find that there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 Cruelty To Animals

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am    Bond Amount:_____    Attorney:_____
                                                                ☐Check if appointed

*Det. Drew Buchly*          7-24-18
Officer/Sheriff              Date Served

Affiant's Signature: _____
Name (Printed): Det. Tony Nichols          Sworn to and Subscribed before me on
Phone: 931-359-6122                        July 19, 20 18

                                           *Courtney Boatright*
                                           Judge/Clerk/Judicial Commissioner
                                           Lee Bussart,          Courtney Boatright
                                           General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson          Witness:_____
Address: Tenn. Dept of Agriculture    Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

# GENERAL SESSIONS COURT
## MARSHALL COUNTY, TENNESSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female   ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had falied unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #46 a black bull calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 Cruelty To Animals

☑Arrest warrant shall issue          ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                  ☐Check if appointed

_Del. Drew Bethy_
Officer/Sheriff

7-24-18
Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_ , 2018
_Courtney Boatright_ CB
Judge/Clerk/Judicial Commissioner
**Lee Bussart,**          **Courtney Boatright**
General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson
Address: Tenn. Dept of Agriculture

Witness:_____
Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐ Female       ☑ Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #47 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find that there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA § 39-14-202 Cruelty To Animals

☑ Arrest warrant shall issue          ☐ Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount: _____     Attorney: _____
                                                                      ☐ Check if appointed

_Det. Drew Butler_                          _7-24-18_
Officer/Sheriff                              Date Served

Affiant's Signature: _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 2018
_Courtney Boatright_ CB/S
Judge/Clerk/Judicial Commissioner
Lee Bussart,            Courtney Boatright
General Sessions Judge   Circuit Court Clerk

Witness: Dr Jill Johnson          Witness: _____
Address: Tenn. Dept of Agriculture   Address: _____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female    ☑Male

AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #48 a black heifer calf. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 Cruelty To Animals .

☑Arrest warrant shall issue    ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am    Bond Amount:_____    Attorney:_____
☐Check if appointed

_Det. Drew Butler_    7-24-18
Officer/Sheriff    Date Served

Affiant's Signature _Tony Nichols_
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
_July 19_, 20_18_
_Courtney Boatright_
Judge/Clerk/Judicial Commissioner
**Lee Bussart,**    **Courtney Boatright**
General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson    Witness:_____
Address: Tenn. Dept of Agriculture    Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3

GENERAL SESSIONS COURT
MARSHALL COUNTY, TENNESSSEE

COPY

State of Tennessee vs. Stephen Matthew Hopkins

Address: 3417 Mealer Road

Chapel Hill Tn 37034

Charge: Cruelty To Animals

Case #: 18-CR-740

TCA: 39-14-202

DL: 066758168

Race: W

SSN: 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

DOB: 06/20/1971

☐Female   ☑Male

## AFFIDAVIT OF COMPLAINT

I, the affiant named above, after being sworn, state under oath that on or about July 02, 2018 in Marshall County, Tennessee, Stephen Matthew Hopkins committed the offense(s) of violation(s) of T.C.A. § 39-14-202 Cruelty To Animals . I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On July 02 ,2018 Matthew Hopkins was found be be in possession of a heard of cattle which he had failed unreasonably to provide necessary food, water, care or shelter for. The cattle were seized and cared for and are identified with ear tag #49 a black cow. This did happen in Marshall County

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Marshall County, Tennessee the defendant committed the offense(s) of violation(s) of TCA§ 39-14-202 Cruelty To Animals

☑Arrest warrant shall issue           ☐Criminal summons shall issue

Court Date: 7-31-18 @ 9:00am     Bond Amount:_____     Attorney:_____
                                                                                    ☐Check if appointed

Officer/Sheriff: Det. Drew Butler        7-24-18
                                                       Date Served

Affiant's Signature: Tony Nichols
Name (Printed): Det. Tony Nichols
Phone: 931-359-6122

Sworn to and Subscribed before me on
May 14 , 2018
Courtney Boatright
Judge/Clerk/Judicial Commissioner
**Lee Bussart,**              **Courtney Boatright**
General Sessions Judge    Circuit Court Clerk

Witness: Dr Jill Johnson                    Witness:_____
Address: Tenn. Dept of Agriculture    Address:_____

Legal Authority: TCA§§40-6-203, 40-6-204, TRCRP 3