## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 01, 2022

Ms. Lynda M. Hill
Middle District of Tennessee at Columbia
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re:  Case No. 21-5686, *Stephen Hopkins, et al v. Anthony Nichols, et al*
     Originating Case No. : 1:19-cv-00059

Dear Ms. Hill:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
 for Michelle Lambert, Case Manager

cc:  Mr. Frank Ross Brazil
     Mr. Wesley Ben Clark
     Mr. Kyle Fite Mothershead
     Ms. Robyn Beale Williams

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-5686

_____

Filed: August 01, 2022

STEPHEN MATTHEW HOPKINS; JULIE R. HOPKINS

    Plaintiffs - Appellees

v.

ANTHONY (TONY) NICHOLS, in his individual and official capacity; WILLIAM (BILLY) LAMB, in his individual and official capacity

    Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 06/16/2022 the mandate for this case hereby issues today.

COSTS: None