UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| STEPHEN MATTHEW HOPKINS, ET AL., | Case No.: 1:19-00059 |
| Plaintiff(s) | Judge: William L. Campbell, Jr. |
| V. | Date of Trial (Day One): October 3, 2023 |
| ANTHONY (TONY) NICHOLS, ET AL., | Location: ☐ Nashville  ☑ Columbia  ☐ Cookeville |
| Defendant(s) | Court Reporter: Patty Jennings |
| | Court Interpreter: |

# CIVIL JURY MINUTES
(Day One Only)

Plaintiff's Attorney(s): Kyle Mothershead, Frank Brazil

Defense Attorney(s): Robyn Williams, Laura Hight

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

COMMENTS:

JURY TRIAL DAY FIVE : Both sides completed their proof; Closing arguments to begin on October 4, 2023.

Total Time in Court: 4 hours

Clerk of Court
by: Angie Brewer