# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| STEPHEN MATTHEW HOPKINS, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )   NO. 1:19-cv-00059<br>) |
| ANTHONY "TONY" NICHOLS, et al., | )   JUDGE CAMPBELL<br>)   MAGISTRATE JUDGE HOLMES |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has returned its verdict.

**IT IS ORDERED AND ADJUDGED** that the jury found in favor of Plaintiffs on their claims brought under 42 U.S.C. § 1983 and awarded Plaintiffs $375,001.00 in compensatory damages, $100,000 in punitive damages against Anthony "Tony" Nichols, and $10,000 in punitive damages against William "Billy" Lamb.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE