Rev 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

STEPHEN MATTHEW HOPKINS, ET AL.,

Plaintiff(s)

V.

ANTHONY (TONY) NICHOLS, ET AL.,

Defendant(s)

Case No.: 1:19-00059
Judge: William L. Campbell, Jr.
Date of Trial (Day One): October 4, 2023
Location: ☐ Nashville  ☑ Columbia  ☐ Cookeville
Court Reporter: Patty Jennings
Court Interpreter:

# CIVIL JURY MINUTES
(Day One Only)

Plaintiff's Attorney(s): Kyle Mothershead, Frank Brazil

Defense Attorney(s): Robyn Williams, Laura Hight

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

COMMENTS:

JURY TRIAL DAY SIX : After deliberating, the jury returned a verdict in favor of Plaintiff. Judgment to enter.

Total Time in Court: 2 hours 40 minutes

Clerk of Court
by: Angie Brewer