IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

STEPHEN MATTHEW HOPKINS, et al., )
              Plaintiffs, )
)
v. ) NO. 1:19-cv-00059
)
ANTHONY "TONY" NICHOLS, et al., ) JUDGE CAMPBELL
)
              Defendants. )

## VERDICT FORM

### A. Unreasonable Seizure of Mrs. Hopkins

| | |
|---|---|
| 1. Did Detective Nichols seize Mrs. Hopkins on July 2, 2018? | __X__ YES _____ NO |
| ➢ *If you answered "Yes" to Question 1, continue to Question 1.a.*<br>➢ *If you answered "No" to Question 1, skip the remaining questions on this page, and proceed to Question 3 on Page 2.* | |
| 1.a. What amount of compensatory damages should be awarded to Mrs. Hopkins for the unlawful seizure of her person? | $ 1.00 |
| 2. Do you find that Mrs. Hopkins should be awarded punitive damages against Detective Nichols for the unlawful seizure of her person? | _____ YES __X__ NO |

## B. Unreasonable Seizure of Cattle

| | |
|---|---|
| 3. Did Mr. Hopkins freely and voluntarily consent to the warrantless seizure of the cattle on July 13, 2018? | _____ YES __X__ NO |

- ➤ *If you answered "No" to Question 3, proceed to Question 4.*
- ➤ *If you answered "Yes" to Question 3, skip all remaining questions and have the foreperson sign and date this form on Page 3.*

| | |
|---|---|
| 4. Did Sheriff Lamb participate, officially authorize, approve, or knowingly go along with Detective Nichols' warrantless seizure of Mr. and Mrs. Hopkins' cattle on July 13, 2018? | __X__ YES _____ NO |
| 5. Did the Marshall County Sheriff's Office have a custom or policy of seizing animals on suspicion of animal cruelty without a warrant? | __X__ YES _____ NO |

- ➤ *If you answered "Yes" to Questions 4 or 5, proceed to Question 6.*
- ➤ *If you answered "No" to Questions 4 and 5, skip Question 6 and proceed to Question 7.*

| | |
|---|---|
| 6. Did the warrantless seizure of Mr. and Mrs. Hopkins' cattle occur as a result of Sheriff Lamb's actions described in Question 4 and/or the custom or policy described in Question 5? | __X__ YES _____ NO |
| 7. What amount of compensatory damages should be awarded to Mr. and Mrs. Hopkins for the unlawful seizure their cattle? | $375,000 |
| 8. Do you find that Mr. and Mrs. Hopkins should be awarded punitive damages against Detective Nichols for the unlawful seizure of their cattle? | __X__ YES _____ NO |

- ➤ *If you answered "Yes" to Question 4, proceed to Question 9.*
- ➤ *If you answered "No" to Question 4, skip Question 9 and have the foreperson sign and date this form on Page 3.*

| 9. Do you find that Mr. and Mrs. Hopkins should be awarded punitive damages against Sheriff Lamb for the unlawful seizure of their cattle? | __X__ YES ____ NO |
|---|---|

Please sign and date this form and return it to the Court.

Jury Foreperson

__4 October 2023__
Date

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| STEPHEN MATTHEW HOPKINS, et al., | ) |  |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO. 1:19-cv-00059 |
| ANTHONY "TONY" NICHOLS, et al., | ) ) | JUDGE CAMPBELL |
| Defendants. | ) ) | |

### VERDICT FORM – PUNITIVE DAMAGES

| | |
|---|---|
| 1. What amount of punitive damages should be awarded against Detective Nichols for the unlawful seizure of the Hopkins' cattle? | $ 100,000 |
| 2. What amount of punitive damages should be awarded against Sheriff Lamb for the unlawful seizure of the Hopkins' cattle? | $ 10,000 |

Please sign and date this form and return it to the Court.

_____
Jury Foreperson

4 October 2023
_____
Date