# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **TENNESSEE**

STEPHEN HOPKINS, ET AL.,

V.

TONY NICHOLS, ET AL.,

## EXHIBIT AND WITNESS LIST

Case Number: 1:19-cv-00059

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William L. Campbell, Jr. | Kyle Mothershead, Frank Brazil | Robyn Williams, Laura Hight |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| September 26 - October 4, 2023 | Patty Jennings | Angie Brewer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 9/26/2023 | | | WIT: Julie Hopkins, PL |
| 1 | | | | Y | Aerial Photographs (Collective) |
| 2 | | | | Y | Hopkins Farm Photographs (Collective) |
| 3 | | | | Y | Surveillance Video |
| 4 | | | | Y | Audio recording of phone call (First) |
| 5 | | | | Y | Audio recording of phone call (Second) |
| 6 | | | | Y | Audio recording of phone call (Vet Call) |
| 7 | | | | Y | Surveillance Video |
| 8 | | | | Y | Surveillance Video |
| 9 | | | | Y | Audio recording of phone call (Vet Cancellation Call) |
| 10 | | 9/27/2023 | | Y | Audio recording of phone call between Mr. and Mrs. Hopkins |
| 14 | | | | Y | Pl's Emails and Journal Entries |
| 11 | | | | Y | Appearance Bond for General Sessions |
| 15 | | | | Y | PL Julie Hopkins' Supplement to Interrogatorries |
| W | | | | | WIT: Robert Davison |
| W | | | | | WIT: Donna Stanley |
| W | | | | | WIT: Matthew Hopkins, PL |
| 16 | | | | Y | Photographs from Farm (Hopkins Gate) |
| 17 | | | | Y | HVAC Receipt (Barn) |
| W | | 9/28/2023 | | | WIT: Gary Price |
| W | | | | | WIT: Matthew Hopkins, PL- returns to the stand |
| 31 | | | | Y | Photographs of Cattle at Jackson Farm (Collective) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

STEPHEN HOPKINS, ET AL., vs. TONY NICHOLS, ET AL., CASE NO. 1:19-cv-00059

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 19 | | | | Y | Surveillance Video |
| 20 | | | | Y | Surveillance Video |
| 21 | | | | Y | Photographs of Remaining Cows (Collective) |
| 26 | | | | Y | Mug shot, Animal Cruelty Charges (Collective) |
| 28 | | | | Y | Atty John Colley Retainer Agreement (General Sessions) |
| 27 | | | | Y | General Sessions Court Documents |
| 29 | | | | Y | Marshall County Circuit Court Indictment |
| 30 | | | | Y | Atty John Colley Retainer Agreement (Circuit Court) |
| 18 | | | | Y | Handwritten Notes |
| 24, 25 | | | | Y | Hopkins Herd Descriptions, Cattle Spreadsheet |
| W | | | | | WIT: Joe Hill |
| W | | | | | WIT: Matthew Hopkins, PL- returns to the stand |
| 22 | | | | Y | Surveillance Video from Herd Inspection |
| 23 | | | | Y | Photographs from Herd Inspection (Collection) |
| 37 | | | | Y | Settlement Statement |
| 32 | | | | Y | Cattle Auction Receipts |
| 34 | | | | Y | Marshall County Agreed Order and Judgment |
| 33 | | | | Y | Mid-South Receipt Summary |
| 35 | | | | Y | Settlement Statement |
| 36 | | | | Y | Warranty Deeds |
| 38 | | | | Y | Commercial Lease Agreement |
| 39 | | | | Y | Hopkins 1040 -2018 |
| 43 | | | | Y | Loss Spreadsheet |
| 41 | | | | Y | Marshall County Lawsuit (Theft) |
| W | | 10/2/2023 | | | WIT: Jennifer Erbeck |
| W | | | | | WIT: Lisa Hunter |
| W | | | | | WIT: Shirley Schuette |

| STEPHEN HOPKINS, ET AL., | | | vs. | TONY NICHOLS, ET AL., | CASE NO. 1:19-cv-00059 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| W | | | | | WIT: Dr. Janie Berryman |
| W | | | | | WIT: Billy Lamb |
| 48 | | | | Y | Marshal County Policy-Animal Control |
| 49 | | | | Y | Responses to Interrogatories |
| 53 | | | | Y | Responses to Interrogatories |
| 55 | | | | Y | Budget Committee Minutes |
| 59 | | | | Y | Mid-South Receipt |
| W | | | | | WIT: Dr. Jill Johnson |
| 57 | | 10/3/2023 | | Y | Dr. Johnson's Hopkins File |
| 58 | | | | Y | Handwritten Notes |
| W | | | | | WIT:John Colley |
| 45 | | | | Y | Payment Ledger |
| 46 | | | | Y | Letter to Tony Nichols re: State v. Matthew Hopkins, |
| 47 | | | | Y | Letter to Marshall County DA re: State v. Hopkins |
| W | | | | | WIT: Paul Merkert |
| 42 | | | | Y | Audio of Voicemail Message |
| | | | | | BOTH SIDES COMPLETED PROOF |