# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT COLUMBIA

| | |
|---|---|
| STEPHEN MATTHEW HOPKINS AND JULIE R. HOPKINS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:19-cv-00059 ) |
| ANTHONY "TONY" NICHOLS, *in his individual and official capacity*, **and** WILLIAM "BILLY" LAMB, *in his individual and official capacity* | ) District Judge Campbell/ ) Magistrate Judge Holmes ) ) ) ) |
| Defendants. | ) JURY DEMAND ) |

## DEFENDANTS' OBJECTION TO PLAINTIFFS' BILL OF COSTS

Come now the defendants, Sheriff William "Billy" Lamb, Detective Anthony "Tony" Nichols, and Marshall County ("the defendants"), and file this objection to the plaintiffs' bill of costs. As stated in their response to the plaintiffs' motion for attorneys' fees and litigation costs, the plaintiffs have not shown that their requested fees for transcripts were "necessarily obtained for use in the case." As such, their requests for such costs in the amount of $4,700.60 should be denied.

Respectfully submitted,

*/s/ Laura Adams Hight*
Robyn Beale Williams, BPR #19736
Laura Adams Hight, BPR #31942
**FARRAR | BATES | BEREXA**
12 Cadillac Drive, Suite 480
Brentwood, Tennessee 37207
Phone: 615-254-3060
Fax: 615-254-9835
rwilliams@fbb.law
lhight@fbb.law
*Counsel for Defendants Tony Nichols and Billy Lamb*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 17th day of November, 2023, a true and correct copy of the foregoing has been forwarded via the Court's electronic filing system to:

| | |
|---|---|
| Frank R. Brazil, BPR #24586<br>Wesley Clark, BPR #32611<br>**BRAZIL CLARK, PLLC**<br>2901 Dobbs Ave<br>Nashville, TN 37211<br>Phone: 615-730-8619<br>Fax: 615-514-9674<br>wesley@brazilclark.com<br>frank@brazilclark.com<br>*Counsel for Plaintiffs* | Kyle Mothershead, BPR #22953<br>Relentless Advocacy, PLLC<br>2901 Dobbs Ave<br>Nashville, TN 37211<br>Phone: 615-429-4717<br>Fax: 615-229-6387<br>Email: kyle@relentlesslaw.com<br>*Counsel for Plaintiffs* |

*/s/ Laura Adams Hight*
Laura Adams Hight