# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| STEPHEN MATTHEW HOPKINS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 1:19-cv-00059 |
| ) | |
| ANTHONY "TONY" NICHOLS, et al., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE HOLMES |
| Defendants. ) | |

## AMENDED JUDGMENT IN A CIVIL CASE

The Judgement (Doc. No. 232) entered on October 5, 2023, is amended as follows:

**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has returned its verdict.

**IT IS ORDERED AND ADJUDGED** that the jury found in favor of Plaintiffs on each of their claims brought under 42 U.S.C. § 1983 against each Defendant, finding Anthony Nichols liable for the July 2, 2018 seizure of Mrs. Hopkins and finding Nichols, William Lamb, and Marshall County liable for the July 13, 2018 seizure of Plaintiffs' cattle. The jury also found punitive damages appropriate as to Defendants Nichols and Lamb for the July 13, 2018 cattle seizure. The jury awarded Plaintiffs the following damages:

- $1 in nominal damages for the July 2, 2018 seizure of Mrs. Hopkins;
- $375,000.00 in compensatory damages for the July 13, 2018 cattle seizure;
- $100,000.00 in punitive damages against Anthony Nichols;
- $10,000.00 in punitive damages against Sheriff Lamb.

The Court hereby enters judgment in favor of Plaintiffs against each Defendant in the amounts found by the jury. Specifically, the Court enters the following judgments, awarding Plaintiffs damages against each of the defendants as stated below:

- $375,000.00 in compensatory damages against Anthony Nichols, Sheriff Lamb, and Marshall County jointly and severally;
- $1.00 in additional nominal damages against Anthony Nichols;
- $10,000.00 in punitive damages against Sheriff Lam; and
- $100,000.00 in punitive damages against Anthony Nichols.

                                                          WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE