IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | | |
|---|---|---|
| STEPHEN MATTHEW HOPKINS AND JULIE R. HOPKINS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:19-cv-00059 |
| ANTHONY "TONY" NICHOLS, *in his individual and official capacity*, and WILLIAM "BILLY" LAMB, *in his individual and official capacity* | ) ) ) ) ) ) | District Judge Campbell/ Magistrate Judge Holmes |
| Defendants. | ) ) ) | JURY DEMAND |

**NOTICE OF FILING FINAL TRANSCRIPTS IN SUPPORT OF MOTION TO ALTER OR AMEND THE JUDGMENT AND/OR FOR REMITTITUR ON BEHALF OF DEFENDANTS**

Defendants, Anthony "Tony" Nichols and William (Billy) Lamb, in their individual and official capacity, by and through undersigned counsel, hereby give notice of the filing of the final transcripts cited in their Motion to Alter or Amend the Judgment and/or for Remittitur (D.E. 243).

1. Final Trial Transcript, D.E. 265, pp 1-123 -Sheriff Lambs Testimony
2. Final Trial Transcript, D.E. 266, pp 1-9

Respectfully submitted,

*/s/ Robyn Beale Williams*
Robyn Beale Williams, BPR #19736
Laura Adams Hight, BPR #31942
**FARRAR | BATES | BEREXA**
12 Cadillac Drive, Suite 480
Brentwood, Tennessee 37207
Phone: 615-254-3060
Fax: 615-254-9835
rwilliams@fbb.law
lhight@fbb.law
*Counsel for Defendants Tony Nichols and Billy Lamb*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 30th day of August, 2024, a true and correct copy of the foregoing has been forwarded via the Court's electronic filing system to:

| | |
|---|---|
| Frank R. Brazil, BPR #24586<br>Wesley Clark, BPR #32611<br>**BRAZIL CLARK, PLLC**<br>2901 Dobbs Ave<br>Nashville, TN 37211<br>Phone: 615-730-8619<br>Fax: 615-514-9674<br>wesley@brazilclark.com<br>frank@brazilclark.com<br>*Counsel for Plaintiffs* | Kyle Mothershead, BPR #22953<br>Relentless Advocacy, PLLC<br>7000 Executive Center Drive, Suite 240<br>Nashville, TN 37027<br>Phone: (615) 891-3901<br>Fax: 615-229-6387<br>Email: kyle@relentlesslaw.com<br>*Counsel for Plaintiffs* |

*/s/ Robyn Beale Williams*
Robyn Beale Williams